IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:   Jerry Wayne McLarty                                  Case No. 25-11845-SDM
         Nancy Sue McLarty                                                CHAPTER 12

## MOTION TO EXPEDITE HEARING

COMES NOW, Jerry Wayne MacLarty and Nancy Sue McLarty (Debtors) by and through counsel, and moves this Court to order an expedited preliminary hearing on the *Motion and Final Orders Authorizing Use of Cash Collateral* (Dk # 5), and in support thereof, would respectfully show the Court as follows:

1. Debtors are the duly qualified, and acting, Debtor-in-possession. Debtor continues to operate its business as debtor-in-possession.
2. Debtors have filed a *Motion and Final Orders Authorizing Use of Cash Collateral* (Dk#5) seeking authority of the Court to use cash collateral and for other relief.
3. Debtors would respectfully show unto the Court that debtor has an immediate business need to use cash collateral to continue operations, acquire goods and services and other necessary business expenses. Failure to do so would irreparably harm the business.

WHEREFORE, Debtors pray for an Order granting this motion and entering an order expediting a preliminary hearing on the Cash Collateral Motion.

Respectfully Submitted,

Jerry Wayne McLarty and Nancy Sue McLarty

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr., MSB 103469
The Rollins Law Firm, PLLC
P.O. Box 13767,
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533