

SO ORDERED,

Judge Selene D. Maddox

United States Bankruptcy Judge

**The Order of the Court is set forth below. The case docket reflects the date entered.**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

IN RE: JERRY AND NANCY MCLARTY                    CASE NO.: 25-11845-SDM

DEBTORS                                           CHAPTER 12

## <u>ORDER GRANTING MOTION FOR EXPEDITED HEARING</u>

Before the Court is the *Motion for Expedited Hearing* (Dkt. #6) filed by the Debtor in connection with its *Motion to Use Cash Collateral* (Dkt. #5). After review, the Court finds that the Motion for Expedited Hearing should be granted.

Accordingly, it is hereby **ORDERED** that the *Motion for Expedited Hearing* (Dkt. #6) is **GRANTED**, and an expedited in-person hearing on the shall be held on the *Motion to Use Cash Collateral* (Dkt. #5) on **Monday, June 23, 2025, at 10:00 a.m.** at the Thad Cochran U.S. Courthouse, 703 Hwy 145 North, Aberdeen, MS 39730.

It is further, **ORDERED**, that:

(1) Any objections to the *Motion to Use Cash Collateral* shall be filed no later than **5:00 p.m. CST on Friday, June 20, 2025.**

(2) Counsel for the Debtor who requested this expedited hearing shall serve a copy of this Order granting the *Motion for Expedited Hearing* and the underlying *Motion to use*

*Cash Collateral* on all parties required to be served under the Federal Rules of Bankruptcy Procedure by the most expeditious method(s) possible, e.g., via email; and

(3) Debtor's counsel shall also file a Certificate of Service with this Court, indicating the date, time and method(s) of service prior to the expedited hearing.

##END OF ORDER##