_____

**SO ORDERED,**



*[signature]*

**Judge Selene D. Maddox**

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.
_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| **IN RE: JERRY AND NANCY MCLARTY** | **CASE NO.: 25-11845-SDM** |
| **DEBTORS** | **CHAPTER 12** |

### ORDER GRANTING MOTION FOR EXPEDITED HEARING

Before the Court is the *Motion for Expedited Hearing* (Dkt. #6) filed by the Debtor in connection with its *Motion to Use Cash Collateral* (Dkt. #5). After review, the Court finds that the Motion for Expedited Hearing should be granted.

Accordingly, it is hereby **ORDERED** that the *Motion for Expedited Hearing* (Dkt. #6) is **GRANTED**, and an expedited in-person hearing on the shall be held on the *Motion to Use Cash Collateral* (Dkt. #5) on **Monday, June 23, 2025, at 10:00 a.m.** at the Thad Cochran U.S. Courthouse, 703 Hwy 145 North, Aberdeen, MS 39730.

It is further, **ORDERED**, that:

(1) Any objections to the *Motion to Use Cash Collateral* shall be filed no later than **5:00 p.m. CST on Friday, June 20, 2025.**

(2) Counsel for the Debtor who requested this expedited hearing shall serve a copy of this Order granting the *Motion for Expedited Hearing* and the underlying *Motion to use*

*Cash Collateral* on all parties required to be served under the Federal Rules of Bankruptcy Procedure by the most expeditious method(s) possible, e.g., via email; and

(3) Debtor's counsel shall also file a Certificate of Service with this Court, indicating the date, time and method(s) of service prior to the expedited hearing.

##END OF ORDER##

United States Bankruptcy Court

Northern District of Mississippi

| | |
|---|---|
| In re: | Case No. 25-11845-SDM |
| Jerry Wayne McLarty | Chapter 12 |
| Nancy Sue McLarty | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0537-1 | User: autodocke | Page 1 of 2 |
| Date Rcvd: Jun 17, 2025 | Form ID: pdf0001 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jerry Wayne McLarty, Nancy Sue McLarty, 20103 Old Hwy 8, Aberdeen, MS 39730-9534 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 17, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Harold J. Barkley, Jr. | hjb@hbarkley13.com  trusteeMSNB81@ecf.epiqsystems.com |
| Thomas C. Rollins, Jr. | on behalf of Debtor Jerry Wayne McLarty trollins@therollinsfirm.com jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email |
| Thomas C. Rollins, Jr. | on behalf of Joint Debtor Nancy Sue McLarty trollins@therollinsfirm.com jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email |
| U. S. Trustee | USTPRegion05.AB.ECF@usdoj.gov |

District/off: 0537-1 User: autodocke Page 2 of 2
Date Rcvd: Jun 17, 2025 Form ID: pdf0001 Total Noticed: 1
TOTAL: 4