---



**SO ORDERED,**

*Selene D. Maddox*

**Judge Selene D. Maddox**

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

---

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**IN RE:**  **Jerry Wayne McLarty**          **Case No. 25-11845-SDM**
**Nancy Sue McLarty, Debtors**          **CHAPTER 12**

### PROPOSED ORDER AUTHORIZING USE OF CASH COLLATERAL

   This matter came before the Court upon the Motion of the Debtors for Authority to Use Cash Collateral [Dkt. _5_]. The Court finds that (i) it has jurisdiction over this matter; (ii) notice of the motion and hearing was sufficient; and (iii) the Debtors have shown good cause for the relief requested.

IT IS HEREBY ORDERED THAT:

1. The Debtors are authorized to use cash collateral through and including in accordance with the budget attached as Exhibit A to the Motion, not to exceed the line items without further order of this Court or written consent of the secured creditor.

2. The Debtors shall provide adequate protection to Simplot by preserving the collateral, maintaining records, and providing monthly operating reports to the Chapter 12 Trustee and Simplot upon request.

3. Nothing in this Order shall be construed as a finding as to the validity, priority, or extent of any secured creditor's interest in the Debtors' property or cash collateral.

4.  This Order is without prejudice to the rights of any party to seek further or different

relief.

##END OF ORDER##

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr., (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533