# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: | CHAPTER 12 |
| JERRY WAYNE MCLARTY AND | |
| NANCY SUE MCLARTY | CASE NO. 25-11845-SDM |

## ENTRY OF APPEARANCE AND REQUEST FOR COPIES

Erin A. McManus of the law firm of Watkins & Eager PLLC, Post Office Box 650, Jackson, Mississippi 39205, enters her appearance as counsel for Helena Agri-Enterprises, LLC.

Respectfully submitted this 27th day of June, 2025.

        HELENA AGRI-ENTERPRISES, LLC

        By: /s/ Erin A. McManus
           Erin A. McManus
           Its attorneys

OF COUNSEL
JIM F. SPENCER, JR. (MSB#7736)
ERIN A. MCMANUS (MSB #106317)
WATKINS & EAGER PLLC
P.O. BOX 650
JACKSON, MISSISSIPPI 39205
(601) 965-1900
jspencer@watkinseager.com
emcmanus@watkinseager.com

## CERTIFICATE OF SERVICE

I, Erin A. McManus, do hereby certify that I have caused to be served the above and for going pleading on all parties requesting notice by using the ECF filing system of the court:

    United States Trustee - USTPRegion05.JA.ECF@usdoj.gov
    Thomas C. Rollins, Jr. – trollins@therolinsfirm.com

This 27th day of June, 2025.

        /s/ Erin A. McManus
        Erin A. McManus