# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:  JERRY WAYNE MCLARTY &
        NANCY SUE MCLARTY                      CASE NO.  25-11845 SDM

        DEBTORS                                  CHAPTER 12

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

**NOTICE** is hereby given under Bankruptcy Rule 9010(b) that James T. Milam, 300 S. Spring St., Tupelo, Mississippi 38804 (jtm@milamlawpa.com) enters his appearance in this case as counsel for Community Bank. Request is made under Bankruptcy Rules 2002, 3017, 4001, 9010(b), 9013 and 9014, that a copy of all matters filed herein as to which any notice is given or required to be given be furnished to the undersigned in the manner provided by applicable statute, Bankruptcy Rules, Local Rules of this Court and/or local custom and practice. Service by electronic distribution shall be sufficient for the undersigned unless otherwise ordered by the Court.

This the 27th day of June, 2025.

## COMMUNITY BANK

**By:** /s/ James T. Milam, MBN 3259
Attorney for Community Bank

**OF COUNSEL:**

**MILAM LAW PA**
300 S. Spring St.
Tupelo, MS   38804
662-205-4815
jtm@milamlawpa.com

## CERTIFICATE OF SERVICE

I, James T. Milam, Attorney for *Community Bank*, do hereby certify that I have this day filed the above styled document electronically with the Clerk of Court, which constitutes service by Notice of Electronic Filing upon participants registered in this case with ECF, including the following:

>Thomas Rollins, Esq.
>Attorney for Debtors
>
>Harold J. Barkley
>Chapter 12 Trustee

This the 27th day of June, 2025.

/s/ *James T. Milam*