Certificate Number: 17082-MSN-DE-039829320

Bankruptcy Case Number: 25-11845



17082-MSN-DE-039829320

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 2, 2025, at 9:54 o'clock AM MST, NANCY S MCLARTY completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Mississippi.

Date:   July 2, 2025                          By:      /s/Orsolya K Lazar

                                             Name:   Orsolya K Lazar

                                             Title:    Executive Director