Certificate Number: 17082-MSN-DE-039845281

Bankruptcy Case Number: 25-11845



17082-MSN-DE-039845281

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 8, 2025, at 8:18 o'clock AM MST, JERRY W MCLARTY completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Mississippi.

Date: July 8, 2025

By: /s/Orsolya K Lazar

Name: Orsolya K Lazar

Title: Executive Director