## CHAPTER 12 CASE – MONTHLY CASH RECEIPTS AND DISBURSEMENTS

CHAPTER 12 CASE                                  Month of __June__, 20__25__

NAME OF DEBTOR: __Jerry Wayne & Nancy Sue McLarty__ CASE NO.: __25-11845__

### MONTHLY CASH RECEIPTS AND DISBURSEMENTS

I. <u>Cash Received During Month:</u>                                Amount

   Business / Farm Income (itemize):

   | Item | Quantity Sold | Amount: |
   |------|---------------|---------|
   | Hay  | 30 Bales      | 950.00  |

   Total business / farm income:                                 $ 950.00

   Loan proceeds received this month (if any):                   $ -0-

   Income received from non-farming employment:                  $ -0-

   Other receipts: SS – Nancy                                    $ 871.00
                   Bank adjustment                               1,027.96

II. TOTAL CASH RECEIPTS                                          $2,848.96

III. <u>Expenses Paid:</u>                                       Amount

   Total amount paid for household or living expenses:           $ 500.00

   Operating expenses paid (itemize):

   Item                                                          Amount:

   Total operating expenses paid:                                $ 7,609.08

   Plan Payments Made to Chapter 12 Trustee:                     $ 0

   TOTAL EXPENSES PAID                                           ($_____)

IV. <u>Income (or Loss) For Month</u>                         – $ 4,760.12

V. <u>Cash Reconciliation:</u>

   Cash and Bank Account Balance at Beginning of Month:          $ 30,959.13

   Income (or Loss) During Month:                              – $ 4,760.12

   Cash and Bank Account Balance at End of Month:                $ 26,199.01

VI. Other: <u>Unpaid Post Petition Expenses Incurred to date and not paid (Itemize):</u>

   Expense                                                       Amount

   listed in add pages

I CERTIFY UNDER PENALTY OF PERJURY THAT I HAVE READ THE FOREGOING STATEMENT, AND IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

__7-21-25__                    __Jerry McLarty__    __Nancy Sue McLarty__
DATE                             DEBTOR/OFFICER OF DEBTOR

Chapter 12 Case - Monthly Cash Receipts & Disbursements

Chapter 12 Case  
Name of Debtor  Jerry Wayne McLarty  
Nancy Sue McLarty

Month of June 12-30, 2025  
Case No. 25-11845-SDM

## Monthly Cash Receipts & Disbursements

I. Cash Received During Month                     Amount

Business/Farm Income (Itemize)

| Item | Quanity Sold | Amount |
|------|--------------|--------|
| Hay  | 30 Bales     | 950.00 |

Total business/farm income              $ 950.00  
Loan Proceeds received this month       $ 0  
Income Received from non-farming emp.     0  
Other Receipts (Social Security - Nancy) $ 871.00  
Bank Adjustment to reconcile)           $ 1,027.96

II. Total Cash Receipts                   $ 2,848.96

III. Expenses Paid  
Total Paid for Household or living   $ 500.00  
Plan Payments Made to Chapter 12        0  
Operating expenses paid

| Item | Amount |
|------|--------|
| wages | 3,407.59 |
| Fed withholding | 1,463.28 |
| state withholding | 199.00 |
| utilities water, electric | 260.84 |

III cont
    Operating expenses

| Item | Amount |
|---|---|
| Telephone | 202.76 |
| Tag | 88.59 |
| Insurance – Jerry | 15.41 |
| Fuel | 1,432.61 |
| Bank charges | 39.00 |
| Total Expenses Paid | $ 7,609.08 |
| | $ 4,760.12 |

IV  Income or Loss for Month

V  Cash Reconcilliation:
  Cash + Bank Account Balance @ Beginning of Month $ 30,959.13
  Income or Loss During Month    – $ 4,760.12
  Cash + Bank Account @ end of Month    $ 26,199.01

VI.  Other Unpaid Post Petition Expenses Incurred
  and not paid (Itemize)

| Date | Expense | Amount | |
|---|---|---|---|
| 6-10-25 | Guaranty Bank | $ 10,636.71 | Peterbuilt Truck |
| 6-24-25 | John Deere | $ 7,048.88 | J.D. Corn Head |
| 6-30-25 | John Deere | $ 7,630.27 | J.D. Baler |
| | | $ 25,315.86 | |

Bank Accounts

6-12-25

| | |
|---|---|
| McLarty Farms | 1,414.85 |
| Jerry & Nancy McLarty | 3,875.96 |
| Jerry McLarty | 19,041.53 |
| Jerry McLarty dba McLarty Construction | 1,300.04 |
| Jerry McLarty dba McLarty Farms | 3,635.09 |
| Nan Mc Farms | 1,691.66 |
| | 30,959.13 |

6-30-25

| | |
|---|---|
| McLarty Farms | 2,074.77 ~~1,962.34~~ |
| Jerry & Nancy McLarty | 4,744.96 |
| Jerry McLarty | 14,630.69 |
| Jerry McLarty dba McLarty Const. | 1,286.04 |
| Jerry McLarty dba McLarty Farms | 1,536.81 |
| Nan Mc Farms | 1,925.74 |
| | 26,199.01 |