**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**  **Jerry Wayne McLarty and**  **CHAPTER 12**
**Nancy Sue McLarty**  **CASE NO. 25-11845-SDM**

**NOTICE OF APPEARANCE**

Ashley N. Lane,  of Gore, Kilpatrick & Dambrino, PLLC, 2000 Gateway Street, Suite 160

(38901), Post Office Box 901, Grenada, Mississippi 38902-0901, alane@gorekilpatrick.com,

hereby gives notice, pursuant to Bankruptcy Rule 9010(b), of her notice of appearance on behalf

of **Guaranty Bank & Trust Company** in the above-captioned matter and requests that a copy of

all pleadings and notices of all hearings or other proceedings be sent to me at the address above.

Respectfully submitted this the 29th day of July, 2025.

 /s/ Ashley N. Lane
Ashley N. Lane, MSB# 102999
Gore, Kilpatrick & Dambrino, PLLC
2000 Gateway, Suite 160 (38901)
Post Office Box 901
Grenada, Mississippi 38902-0901
662.226.1891 (telephone)
Alane@gorekilpatrick.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon the parties listed

below as a registered CM/ECF participant who has consented to electronic notice, and the Notice

of Electronic Filing indicates Notice was electronically mailed to said  party:

Thomas C. Rollins, Jr.
trollins@therollinsfirm.com

Harold J. Barkley, Jr.
Chapter 12 Trustee

This the 29th day of July, 2025.

/s/ Ashley N. Lane
Ashley N. Lane, MSB #102999