## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**IN RE:**   **Jerry Wayne McLarty and**                                              **CHAPTER 12**
            **Nancy Sue McLarty**                                                     **CASE NO. 25-11845-SDM**

## NOTICE OF APPEARANCE

Jay Gore, III, of Gore, Kilpatrick & Dambrino, PLLC, 2000 Gateway Street, Suite 160 (38901), Post Office Box 901, Grenada, Mississippi 38902-0901, jgore@gorekilpatrick.com, hereby gives notice, pursuant to Bankruptcy Rule 9010(b), of his notice of appearance on behalf of **Guaranty Bank & Trust Company** in the above-captioned matter and requests that a copy of all pleadings and notices of all hearings or other proceedings be sent to me at the address above.

Respectfully submitted this the 29th day of July, 2025.

  _/s/ Jay Gore, III_
Jay Gore, III, MSB# 4916
Gore, Kilpatrick & Dambrino, PLLC
2000 Gateway, Suite 160 (38901)
Post Office Box 901
Grenada, Mississippi 38902-0901
662.226.1891 (telephone)
jgore@gorekilpatrick.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon the parties listed below as a registered CM/ECF participant who has consented to electronic notice, and the Notice of Electronic Filing indicates Notice was electronically mailed to said party:

> Thomas C. Rollins, Jr.
> trollins@therollinsfirm.com
>
> Harold J. Barkley, Jr.
> Chapter 12 Trustee

This the 29th day of July, 2025.

                                                   */s/ Jay Gore, III*
                                                   Jay Gore, III, MSB #4916