```
          IN THE UNITED STATES BANKRUPTCY COURT FOR THE
                  NORTHERN DISTRICT OF MISSISSIPPI


IN RE JERRY WAYNE McLARTY                          NO. 25-11845-SDM
AND NANCY SUE McLARTY                                    CHAPTER 12
```

ENTRY OF APPEARANCE
TO REQUEST SERVICE OF NOTICES

TAKE NOTICE that the undersigned hereby appears in this case as attorney for Deere & Company, Deere Credit, Inc., and John Deere Financial, f.s.b., pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, for the limited and sole purpose of requesting that all notices required to be given in this case to parties in interest be given to him as follows:

```
        Les Alvis
        RILEY, CALDWELL, CORK & ALVIS, P.A.
        207 Court Street
        Post Office Box 1836
        Tupelo, Mississippi 38802-1836
        Telephone: (662) 842-8945
        Telecopier: (662) 842-9032
        Email: lalvis@rccalaw.com
```

This limited entry of appearance is not intended as and shall not be construed as a waiver of service of process, of trial by jury, or of any other right or defense inuring to or available to Deere & Company, or to Deere Credit, Inc., or to John Deere Financial, f.s.b.

DATED:    July 29, 2025.

```
                            Respectfully submitted,

                            DEERE & COMPANY, DEERE CREDIT, INC., and
                            JOHN DEERE FINANCIAL, f.s.b.

                            By and through their attorney:

                            /s/ Les Alvis
                            LES ALVIS
                            Bar Number 1548
```

1

OF COUNSEL:

RILEY, CALDWELL CORK & ALVIS, P.A.
207 Court Street
Post Office Box 1836
Tupelo, Mississippi 38802-1836
(662) 842-8945

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2025, I electronically filed the foregoing Entry of Appearance to Request Service of Notices with the Clerk of the Court using the ECF system which sent notification of such filing to the following at the email addresses indicated:

Jay Gore, III
jgore@gorekilpatrick.com

Ashley N. Lane
alane@gorekilpatrick.com

Erin A. McManus
emcmanus@watkinseager.com

James T. Milam
jtm@milamlawpa.com

Thomas C. Rollins, Jr.
trollins@therollinsfirm.com

Jim F. Spencer, Jr.
jspencer@watkinseager.com

Harold J. Barkley, Jr.
hjb@hbarkley13.com

U. S. Trustee
USTPRegion05.JA.ECF@usdoj.gov

SO CERTIFIED on July 29, 2025.

/s/ Les Alvis
LES ALVIS
Bar Number 1548
lalvis@rccalaw.com