# CHAPTER 12 CASE – MONTHLY CASH RECEIPTS AND DISBURSEMENTS

CHAPTER 12 CASE                              Month of July, 2025

NAME OF DEBTOR: Jerry McLarty Nancy McLarty    CASE NO.: 25-11845

## MONTHLY CASH RECEIPTS AND DISBURSEMENTS

I. **Cash Received During Month:**                              Amount

   Business / Farm Income (itemize):

   | Item | Quantity Sold | Amount: |
   |------|---------------|---------|
   | Crop Insurance | | 527.00 |

   Total business / farm income:                                $ 527.00

   Loan proceeds received this month (if any):                  $ —

   Income received from non-farming employment:                 $ 9,000.00
   Construction

   Other receipts:                                              $ 2,662.14
   Soc. Sec 1928  c/c Reward 734.14

II. **TOTAL CASH RECEIPTS**                                     $ 12,189.14

III. **Expenses Paid:**                                         Amount

   Total amount paid for household or living expenses:          $ 1,961.10

   Operating expenses paid (itemize):

   | Item | Amount: |
   |------|---------|

   Total operating expenses paid:                               $ 17,736.01

   Plan Payments Made to Chapter 12 Trustee:                    $ -0-

   TOTAL EXPENSES PAID                                          ($ 19,697.11)

IV. **Income (or Loss) For Month**                              - $ 7,507.97

V. **Cash Reconciliation:**

   Cash and Bank Account Balance at Beginning of Month:         $ 28,685.30

   Income (or Loss) During Month:                               - $ 7,507.97

   Cash and Bank Account Balance at End of Month:               $ 21,177.33

VI. **Other: Unpaid Post Petition Expenses Incurred to date and not paid (Itemize):**

   | Expense | Amount |
   |---------|--------|

I CERTIFY UNDER PENALTY OF PERJURY THAT I HAVE READ THE FOREGOING STATEMENT, AND IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

8-15-25   Jerry M  [signature]                    Nancy McLarty
DATE              DEBTOR/OFFICER OF DEBTOR

III. Expenses Paid

Total Amount paid for household or living expenses     1,961.10

Operating Expenses Paid

| | |
|---|---:|
| Accounting | 100.00 |
| Auto - Fuel | 1,000.00 |
| Bank charge | 39.00 |
| Church Donation | 400.00 |
| Dirt, Gravel | 3,850.00 |
| Donation (RNC) | 60.00 |
| Fed Withholding | 1,241.42 |
| Insurance - Farm | 3,079.71 |
| Insurance - Life, Health | 927.00 |
| Office | 441.65 |
| Parts | 1,119.87 |
| State Withholding | 161.00 |
| Supplies | 46.20 |
| Utilities elec. water, telephone | 666.78 |
| Wages | 4,603.38 |
| | 17,736.01 |

Total     19,697.11

## Bank Accounts
### 7-31-25

| | | |
|---|---|---|
| Jerry & Nancy | Com. Bank | 4,394.86 |
| McLarty Farms | " " | 1,213.27 |
| Nan Mc Farms | " " | 931.34 |
| Jerry McLarty | Bk of Okolona | 13,083.54 |
| Jerry Wayne McLarty | Guaranty Bank | 1,272.04 |
| Jerry McLarty dba | Renasant Bank | 2,313.60 |
| | | 23,208.65 |

## Bank Accounts
### 7-1-25

| | | |
|---|---|---|
| Jerry & Nancy | Com. Bank | 3,873.96 |
| McLarty Farms | " " | 2,074.77 |
| Nan Mc Farms | " " | 2,217.09 |
| Jerry McLarty | Bk of Okolona | ~~3,873.96~~ 16,630.69 |
| Jerry Wayne McLarty | Guaranty Bank | 1,286.04 |
| Jerry McLarty dba | Renasant Bank | 2,602.75 |
| | | 28,685.30 |