# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

RE:

| | |
|---|---|
| JERRY WAYNE MCLARTY | CHAPTER 13 PROCEEDING |
| NANCY SUE MCLARTY | |
| | |
| DEBTOR | CASE NO. 25-11845 |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Pursuant to Bankruptcy Rules 2002 and 9010(b), Carter Dobbs, Jr., Attorney at Law, hereby enters his appearance as attorney for Creditor George Holdings, L.P., and requests that all documents, pleadings, and mailings be sent to Carter Dobbs, Jr., Attorney at Law.

Please add the following names and address to the list of creditors:

    Carter Dobbs, Jr.
    Attorney at Law
    Attorney for George Holdings, L.P.
    Post Office Box 517
    Amory, MS 38821
    (662) 256-5697
    carterdobbslaw@gmail.com

Date: August 21, 2025

                Respectfully submitted,

                /s/ Carter Dobbs, Jr.

                _____
                ATTORNEY FOR THE CREDITOR

CARTER DOBBS, JR.
ATTORNEY FOR THE CREDITOR
MISSISSIPPI BAR NO. 6137
103 2ND AVENUE NORTH
POST OFFICE BOX 517
AMORY, MISSISSIPPI 38821

TEL:  (662) 256-5697
FAX: (662) 256-1483
E-MAIL: carterdobbslaw@gmail.com
25.0068.eam

## **CERTIFICATE OF SERVICE**

I, Carter Dobbs, Jr., attorney for Creditor George Holdings, LP, do hereby certify that by filing the attached Notice Of Appearance And Request For Notice, I have caused the following parties to be served electronically via ECF:

Honorable Harold J. Barkley, Jr., Chapter 12 Trustee

Office of the U.S. Trustee

Honorable Thomas C. Rollins, Jr., attorney for the Debtors

Dated:  8/21/2025

/s/ Carter Dobbs, Jr

CARTER DOBBS, JR.
ATTORNEY FOR THE CREDITOR
MISSISSIPPI BAR NO. 6137
103 2ND AVENUE NORTH
POST OFFICE BOX 517
AMORY, MISSISSIPPI 38821

TEL:  (662) 256-5697
FAX: (662) 256-1483
E-MAIL: carterdobbslaw@gmail.com