# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:   Jerry Wayne McLarty                               Case No. 25-811845-SDM
         Nancy Sue McLarty, Debtors                                     CHAPTER 12

## MOTION TO EXTEND TIME WITHIN WHICH TO FILE CHAPTER 12 PLAN

COMES NOW, Jerry Wayne McLarty and Nancy Sue McLarty (the "Debtors") by and through undersigned counsel, and moves the Court for an extension of time within which to file their Chapter 12 Plan of Reorganization; and in support thereof, would respectfully show unto the Court as follows:

1. Debtors filed Chapter 12 on June 12, 2025. Pursuant to 11 U.S.C. § 1221, the Debtors Chapter 12 Plan is currently due on September 10, 2025.

2. The Debtors have been operating a family farm. In light of changing economic conditions, the Debtors are diversifying their operations by expanding into dirt construction and related services. This transition requires significant restructuring of business activities and financial management.

3. Because of this transition, the Debtors' income streams are not yet stable or predictable. Additional time is needed to compile reliable financial information and prepare accurate projections to ensure the feasibility of any proposed Chapter 12 Plan.

4. The Debtors and their counsel are also engaged in ongoing discussions with creditors regarding treatment of claims. Extending the deadline will allow those negotiations to continue productively and may reduce contested issues, promoting judicial efficiency and creditor consensus.

5. Under these circumstances, the Debtors respectfully submit that they are not prepared at this time to file a confirmable Chapter 12 Plan. An extension of sixty (60) days through and including November 9, 2025, will allow the Debtors to complete this process and file a feasible plan in good faith.

6. Accordingly, the Debtors submit that cause exists under 11 U.S.C. § 1221 and request that the Court extend the deadline for filing their Chapter 12 Plan through November 9, 2025.

WHEREFORE, PREMISES CONSIDERED the Debtors respectfully requests that the Court enter an Order extending the deadline within which to file their Chapter 12 Plan by sixty (60)

days, to and including November 9, 2025, and for such other and further relief as the Court deems just and proper.

Respectfully submitted.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500- 5533

## **CERTIFICATE OF SERVICE**

    I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Motion to Extend Time Within Which to File Chapter 12 Plan were forwarded on August 28, 2025, to:

By Electronic CM/ECF Notice:

    Case Trustee

    U.S. Trustee

                                        <u>/s/ Thomas C. Rollins, Jr.</u>
                                        Thomas C. Rollins, Jr.