**SO ORDERED,**



/s/ Selene D. Maddox

**Judge Selene D. Maddox**

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:   **Jerry Wayne McLarty**                    **Case No. 25-811845-SDM**
        **Nancy Sue McLarty, Debtors**                    **CHAPTER 12**

### ORDER GRANTING TIME TO FILE CHAPTER 12 PLAN

THIS MATTER came before the Court on the Motion of the Debtors, Jerry Wayne

McLarty and Nancy Sue McLarty, to extend the time within which to file their Chapter 12 Plan

of Reorganization (Dk# 25). The Court, having considered the Motion and the record in this

case, finds that the Motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED that the deadline for the Debtors to file their Chapter

12 Plan is hereby extended by sixty (60) days, to and including November 9, 2025.

#END OF ORDER#

Submitted by:
Thomas C. Rollins, Jr. (MSBN 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533
trollins@therollinsfirm.com