_____

**SO ORDERED,**



*Judge Selene D. Maddox*

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.
_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| IN RE:   Jerry Wayne McLarty | Case No. 25-811845-SDM |
| Nancy Sue McLarty, Debtors | CHAPTER 12 |

### ORDER GRANTING TIME TO FILE CHAPTER 12 PLAN

THIS MATTER came before the Court on the Motion of the Debtors, Jerry Wayne McLarty and Nancy Sue McLarty, to extend the time within which to file their Chapter 12 Plan of Reorganization (Dk# 25). The Court, having considered the Motion and the record in this case, finds that the Motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED that the deadline for the Debtors to file their Chapter 12 Plan is hereby extended by sixty (60) days, to and including November 9, 2025.

#END OF ORDER#

Submitted by:
Thomas C. Rollins, Jr. (MSBN 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533
trollins@therollinsfirm.com

United States Bankruptcy Court

Northern District of Mississippi

In re:  Case No. 25-11845-SDM

Jerry Wayne McLarty  Chapter 12

Nancy Sue McLarty

    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0537-1 | User: autodocke | Page 1 of 2 |
| Date Rcvd: Sep 02, 2025 | Form ID: pdf0003 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 04, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Jerry Wayne McLarty, Nancy Sue McLarty, 20103 Old Hwy 8, Aberdeen, MS 39730-9534 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2025  Signature:  /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 2, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Ashley N. Lane | on behalf of Creditor Guaranty Bank and Trust Company alane@gorekilpatrick.com  kferguson@gorekilpatrick.com |
| Carter Dobbs, Jr. | on behalf of Creditor George Holdings  L.P. carterdobbslaw@gmail.com, dobbscr94490@notify.bestcase.com |
| Erin A McManus | on behalf of Creditor Helena Agri-Enterprises  LLC emcmanus@watkinseager.com, scook@watkinseager.com |
| Harold J. Barkley, Jr. | hjb@hbarkley13.com  trusteeMSNB81@ecf.epiqsystems.com |
| James T. Milam | on behalf of Creditor Community Bank jtm@milamlawpa.com |
| Jay Gore, III | |

Case 25-11845-SDM    Doc 27    Filed 09/04/25    Entered 09/04/25 23:44:15    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0537-1 | User: autodocke | Page 2 of 2 |
| --- | --- | --- |
| Date Rcvd: Sep 02, 2025 | Form ID: pdf0003 | Total Noticed: 1 |

      on behalf of Creditor Guaranty Bank and Trust Company jgore@gorekilpatrick.com
sedwards@gorekilpatrick.com,alane@gorekilpatrick.com

Jim F. Spencer, Jr.
      on behalf of Creditor Helena Agri-Enterprises LLC jspencer@watkinseager.com, mryan@watkinseager.com

Les Alvis
      on behalf of Creditor Deere Credit Inc. lalvis@rccalaw.com, lesalvis@comcast.net

Les Alvis
      on behalf of Creditor Deere & Company lalvis@rccalaw.com lesalvis@comcast.net

Les Alvis
      on behalf of Creditor John Deere Financial f.s.b. lalvis@rccalaw.com, lesalvis@comcast.net

Thomas C. Rollins, Jr.
      on behalf of Joint Debtor Nancy Sue McLarty trollins@therollinsfirm.com
jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email

Thomas C. Rollins, Jr.
      on behalf of Debtor Jerry Wayne McLarty trollins@therollinsfirm.com
jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email

U. S. Trustee
      USTPRegion05.AB.ECF@usdoj.gov

TOTAL: 13