**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

In Re:  Jery Wayne McLarty and
Nancy S. McLarty                                                              Case No.: 25-11845-SDM
                                                                                           Chapter: 12
Debtor(s)

## MOTION FOR ABANDONMENT AND RELIEF FROM AUTOMATIC STAY OR IN THE ALTERNATIVE FOR ADEQUATE PROTECTION

COMES NOW Guaranty Bank & Trust Company (Guaranty), by and through counsel, in the above styled and numbered case, and files this Motion for Abandonment and Relief from Automatic Stay and in support thereof would show unto the Court as follows, to-wit:

1. Debtors filed a Petition for Relief under Chapter 12 of the United States Bankruptcy Code on or about June 12, 2025. [Doc. #1]

2. Guaranty is a financial institution organized, existing, and doing business in good standing in the State of Mississippi.

3. Guaranty has extended a number of loans and financing agreements with the Debtors and has filed the following Proofs of Claim in this matter.

   (a) Claim 13; filed August 7, 2025; reflecting a Promissory Note and loan documents dated September 20, 2025, with a past due balance as of the date of filing of $44,335.43, plus attorney fees and costs of collection. This debt is secured by a 2022 Grain Hopper Trailer.

   (b) Claim 14; filed August 7, 2025; reflecting a Promissory Note and loan documents dated April 5, 2023, with a past due balance as of the date of filing of $29,557.58, plus attorney fees and cost of collection. This debt is secured by a 2007 John Deere 310 G Backhoe Loader and a 2008 John Deere Combine 9770.

   (c) Claim 15; filed August 7, 2025; reflecting a Promissory Note and loan Documents dated June 12, 2023, with a past due balance as of the date of filing of $29,871.79, plus attorney fees and cost of collection. This debt is secured by a 2006 Peterbilt Truck 379 DS.

   (d) Claim 16; filed August 7, 2025; reflecting a Promissory Note and loan documents dated November 15, 2023, with a past due balance of the date of filing of $88,666.84, plus attorney fees and cost of collection. This debt is secured by a 2019 John Deere Excavator 210GLC.

4. Debtors have failed to make payments under the terms of the loans on the collateral in the heretofore described loan documents. The loans are in default and the balance is past due and owing interest continuing to accrue, plus attorney's fees and court costs in accordance with the terms of the loan documents.

5. As of the date of August 28, 2025, the total amount of past due principal and interest is $191,431.64.

6. Debtors, by virtue of the loan documents, have afforded Guaranty Bank and Trust Company a security interest in the collateral identified in the heretofore described Proofs of Claim. Guaranty Bank and Trust Company is entitled to abandonment of its collateral from the Debtors and relief from the automatic stay of the Court so that it may protect its interests in all of its collateral, which are eroding due to continued use and depreciation.

7. In the alternative, the Debtors should be required to bring all payments due to the bank current plus attorney's fees and costs as provided in the loan documents and provide adequate protection against future default in payment, payment of taxes, insurance, and timely note payments and provide adequate protection.

WHEREFORE, PREMISES CONSIDERED, Guaranty Bank & Trust moves this Court for the entry of an Order of Abandonment and Lifting the Stay on the Collateral of Movant, or in the alternative, provide Guaranty with adequate protection for the Debtor's ongoing use and diminution in value of the collateral.

This the 5th day of September, 2025.

> Respectfully Submitted,
> Guaranty Bank & Trust Company
>
> *s/Jay Gore, III*
> Jay Gore, III, MSB #4916

Jay Gore, III, MSB #4916
Gore, Kilpatrick & Dambrino, PLLC
Post Office Box 901
Grenada, Mississippi, 38901
Telephone: 662.226.1891

CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing document was served upon the parties listed below by first class mail, postage prepaid, unless said party is a registered CM/ECF participant who has consented to electronic notice, and the Notice of Electronic Filing indicated Notice was electronically mailed to said party:

    Thomas C. Rollins, Jr.
    trollins@therollinsfirm.com

    Harold J. Barkley, Jr.
    Chapter 12 Trustee

      This the 5th day of September, 2025.

                                                  */s/ Jay Gore, III*
                                                Jay Gore, III MSB# 4916