# United States Bankruptcy Court
## Northern District of Mississippi

In re: Jerry Wayne McLarty

Nancy S. McLarty

*Debtor(s)*

Case No.: 25-11845

Chapter: 12

## Corporate Ownership Statement

Pursuant to Federal Rules Bankruptcy Procedure and Mississippi Bankruptcy Local Rules, Guaranty Bank and Trust Company, a

[Name of Corporate Party]

**[Check One]**

[✓] Party to a contested matter **Miss. Bankr. L.R. 9014-1(c)**

[ ] Corporate Debtor **FRPB 1007(a)(1)**

[ ] Corporate Petitioner of an involuntary petition **FRBP 1010(b)**

[ ] Alleged Corporate Debtor **FRBP 1011(f)**

make the following disclosure(s):

[✓] The following entities owning, directly or indirectly, 10% or more of any class of the corporation's (s') equity interests, are listed below:

Guaranty Bank and Trust Company

**OR**

[ ] There are no entities owning, directly or indirectly, 10% or more of any class of the corporation's equity interest.

Date: 09/09/2025

*Attorney Signature*

Jay Gore, III
Attorney Name

4916
State Bar Number

2000 Gateway, Suite 160
Address

Grenada, MS 38901
City, State, and Zip Code

662-226-1891
Telephone Number

jgore@gorekilpatrick.com
Email Address

**Pursuant to Miss. Bankr. L.R. 7007.1-1 the requirements for filing a Corporate Ownership Statement, under Fed. R. Bankr. P. 7007.1 shall also apply to general partnerships, limited partnerships, joint ventures, and limited liability companies.**