CM/ECF hrg13<br>(Rev. 07/22/16)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| In Re:  Jerry Wayne McLarty and Nancy Sue McLarty<br>Debtor(s) | Case No.: 25−11845−SDM<br>Chapter: 12<br>Judge: Selene D. Maddox |

PLEASE TAKE NOTICE that a hearing will be held at:

Cochran U.S. Bankruptcy Courthouse, 703 Highway 145 North, Aberdeen, MS 39730

on 10/7/25 at 10:30 AM

Responses Due: 9/29/25

to consider and act upon the following:

*28* − Motion for Relief from Stay ., Motion to Abandon ., Motion for Adequate Protection Filed by Jay Gore III on behalf of Guaranty Bank and Trust Company. (Gore, Jay)

Should any party receiving this notice respond or object to said motion such response or objection is required to be filed with the Clerk of this court and served on the Attorney for Movant on or before said response due date. If any objection or response is filed, an evidentiary hearing will be held on the above mentioned date regarding any facts not stipulated to by the parties. If no objection or response is filed, the Court may consider said motion immediately after the objection or response due date. Please note that a corporation, partnership, trust, or other business entity, other than a sole proprietorship, may appear and act in Bankruptcy Court only through a licensed attorney.

Dated: 9/8/25

                                              Shallanda J. Clay<br>
                                              Clerk, U.S. Bankruptcy Court<br>
                                BY: VSD<br>
                                                 Deputy Clerk

United States Bankruptcy Court
Northern District of Mississippi

| | |
|---|---|
| In re: | Case No. 25-11845-SDM |
| Jerry Wayne McLarty | Chapter 12 |
| Nancy Sue McLarty | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0537-1 | User: autodocke | Page 1 of 2 |
| Date Rcvd: Sep 08, 2025 | Form ID: hrg13 | Total Noticed: 8 |

The following symbols are used throughout this certificate:
**Symbol**   **Definition**
+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jerry Wayne McLarty, Nancy Sue McLarty, 20103 Old Hwy 8, Aberdeen, MS 39730-9534 |
| cr | + | Deere & Company, c/o Les Alvis, P.O. Box 1836, Tupelo, MS 38802-1836 |
| cr | | Deere Credit, Inc., c/o Les Alvis, P. O. Box 1836, Tupelo, MS 38802-1836 |
| cr | + | George Holdings, L.P., 1701 Hwy 25 N, Amory, MS 38821-8744 |
| cr | + | Guaranty Bank and Trust Company, c/o Jay Gore, III, P. O. Box 160, GRENADA, MS 38902-0901, UNITED STATES 38902-0160 |
| cr | | Helena Agri-Enterprises, LLC, c/o Jim F. Spencer, Jr., Watkins & Eager PLLC, Post Office Box 650, Jackson, MS 39205-0650 |
| cr | + | John Deere Financial, f.s.b., c/o Les Alvis, P.O. Box 1836, Tupelo, MS 38802-1836 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: jill.johnson@communitybank.net | Sep 08 2025 23:19:00 | Community Bank, P.O. Box 270, Amory, MS 38821-0270 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Sep 10, 2025 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2025 at the address(es) listed below:

**Name**   **Email Address**
Ashley N. Lane

District/off: 0537-1     User: autodocke     Page 2 of 2
Date Rcvd: Sep 08, 2025     Form ID: hrg13     Total Noticed: 8

on behalf of Creditor Guaranty Bank and Trust Company alane@gorekilpatrick.com kferguson@gorekilpatrick.com

Carter Dobbs, Jr.
on behalf of Creditor George Holdings L.P. carterdobbslaw@gmail.com, dobbscr94490@notify.bestcase.com

Erin A McManus
on behalf of Creditor Helena Agri-Enterprises LLC emcmanus@watkinseager.com, scook@watkinseager.com

Harold J. Barkley, Jr.
hjb@hbarkley13.com trusteeMSNB81@ecf.epiqsystems.com

James T. Milam
on behalf of Creditor Community Bank jtm@milamlawpa.com

Jay Gore, III
on behalf of Creditor Guaranty Bank and Trust Company jgore@gorekilpatrick.com sedwards@gorekilpatrick.com,alane@gorekilpatrick.com

Jim F. Spencer, Jr.
on behalf of Creditor Helena Agri-Enterprises LLC jspencer@watkinseager.com, mryan@watkinseager.com

Les Alvis
on behalf of Creditor John Deere Financial f.s.b. lalvis@rccalaw.com, lesalvis@comcast.net

Les Alvis
on behalf of Creditor Deere Credit Inc. lalvis@rccalaw.com, lesalvis@comcast.net

Les Alvis
on behalf of Creditor Deere & Company lalvis@rccalaw.com lesalvis@comcast.net

Thomas C. Rollins, Jr.
on behalf of Debtor Jerry Wayne McLarty trollins@therollinsfirm.com jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email

Thomas C. Rollins, Jr.
on behalf of Joint Debtor Nancy Sue McLarty trollins@therollinsfirm.com jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email

U. S. Trustee
USTPRegion05.AB.ECF@usdoj.gov

TOTAL: 13