## CHAPTER 12 CASE – MONTHLY CASH RECEIPTS AND DISBURSEMENTS

CHAPTER 12 CASE 25-11845-SDM     Month of August, 2025

NAME OF DEBTOR: Jerry W. McLarty Nancy S. McLarty  CASE NO.: 25-11845

### MONTHLY CASH RECEIPTS AND DISBURSEMENTS

I. **Cash Received During Month:**   Amount

   Business / Farm Income (itemize):

   | Item | Quantity Sold | Amount: |
   |------|---------------|---------|
   | see attached | | |

   Total business / farm income: $170,024.35

   Loan proceeds received this month (if any): $ —

   Income received from non-farming employment: $ —

   Other receipts: Soc. Sec.   $ 1,928.00

II. **TOTAL CASH RECEIPTS**    $ 171,952.35

III. **Expenses Paid:**   Amount

   Total amount paid for household or living expenses: $ 3,277.46

   Operating expenses paid (itemize):

   | Item | Amount: |
   |------|---------|

   Total operating expenses paid: $ 19,262.70

   Plan Payments Made to Chapter 12 Trustee: $ -0-

   TOTAL EXPENSES PAID    ($22,540.16)

IV. **Income (or Loss) For Month**    $ 149,412.19

V. **Cash Reconciliation:**

   Cash and Bank Account Balance at Beginning of Month: $ 22,208.65

   Cash and Bank Account Balance at Beginning of Month: $ 23,208.65

   Income (or Loss) During Month: $ 149,412.19

   Cash and Bank Account Balance at End of Month: $ 170,256.15

VI. Other: Unpaid Post Petition Expenses Incurred to date and not paid (Itemize):

   | Expense | Amount |
   |---------|--------|
   | see attached | |

I CERTIFY UNDER PENALTY OF PERJURY THAT I HAVE READ THE FOREGOING STATEMENT, AND IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

9/15/25  [signatures: Jerry McLarty, Nancy McLarty]
DATE     DEBTOR/OFFICER OF DEBTOR

I. Cash Received During Month

   Business / Farm Income
     USDA - Commodity Assistance Program     36,538.05
     Insurance Claim - corn     49,753.00
    Hay     3,570.00
    USDA Supp Diaster Relief     80,163.30     170,024.35

   Other Receipts  Soc. Sec.     1,928.00

II.   TOTAL CASH RECEIPTS     171,952.35

III. Expenses Paid

  Total amount paid for household/living     216.18
                                                3,061.28
                                                3,277.46

Operating Expenses:
  Fuel     4,367.69
  Bank charge     39.00
  church donation     400.00
  chemicals     1,354.90
  Insurance - Farm Policy     1,406.13
  Insurance  Life, Health     903.24
  Federal withholding     1,272.24
  State withholding     194.70
  Parts     1,353.55
  Supplies, Bus     297.28
  Tags  2006 Peterbuilt     1,369.92
  Tools     132.90

(cont'd)

III. Expenses Paid cont'd

    Operating Expenses

      utilities                          328.90

      wages                           5,842.25

    Total Operating Expenses  $19,262.70

    Plan Payments                $ —0—

    Total Expenses Paid                 $22,540.16

IV. Income or Loss for Month       $149,412.19

V. Cash & Bank Accounts Balance   $23,208.65
   Begining of Month

   Bank of Okolona     13,083.54
   Community Bank     4,394.86 ~~4,937.10~~
   Community Bank     931.34 ~~929.34~~
   Community Bank     1,203.27
   Guaranty Bank       1,272.04
   Renasant Bank       2,313.60

Income or Loss During Month $149,412.19

Cash & Bank Accounts          $            $170,256.15
End of Month

   Bank of Okolona     158,050.40
   Community Bank     4,937.10
   Community Bank     929.34
   Community Bank     1,205.27
   Guaranty Bank       1,258.04
   Renasant Bank       3,876.00

## VI. Other: Unpaid Expenses Post Petition

| Creditor | Expenses (Equipment) | Amount | Due Date | |
|---|---|---|---|---|
| John Deere | MacDon Header | 10,326.77 | 6-4-25 | |
| CNH | 2009 Vector Spreader Truck | 14,139.82 | 8-1-25 | |
| Guaranty Bank | 96 Peterbuilt | 10,686.71 | 6-12-25 | |
| John Deere | Baler | 7,630.27 | 6-30-25 | |
| Ag Direct | 8235 Tractor | 12,342.23 | 7-1-25 | Final Pymt |
| John Deere | Corn Head | 5,676.40 | 6-24-25 | |
| John Deere | Brent Wagon | 5,514.31 | 7-24-25 | |
| CNH | Jaylor Mixer | 10,365.20 | 8-19-25 | |
| John Deere | S680 Combine | 31,067.19 | 8-25-25 | |
| Guaranty | Hopper Trailer | 9,479.76 | 9-10-25 | |
| Guaranty | 2019 J.D. Excavator | 25,480.17 | 11-15-25 | |
| CNH | Case IH Tractor | 19,093.40 | 12-10-25 | |
| DLL | Krone Disk Mower | 3,681.00 | 3-01-26 | |
| | Bobby & Linda Gunter mtg. on Farm | 38,160.48 | 11-30-25 | |