## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:   Jerry Wayne McLarty                              Case No. 25-11845-SDM
         Nancy Sue McLarty, Debtors                                  CHAPTER 12

### **RESPONSE**

COME NOW, Debtors, by and through counsel, and respond to Creditor, Guaranty Bank & Trusts Company's Motion for Abandonment and Relief from Automatic Stay or in the Alternative for Adequate Protection (dk # 28) as follows:

1. Debtors commenced this case on June 12, 2025 by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.

2. Debtors are willing to pay adequate protection payments and intends to pay these claims in the bankruptcy plan.

WHEREFORE, Debtors pray for an Order denying the Motion and for such additional or alternative relief as may be just and proper.

                                        Respectfully submitted,

By:   /s/ Thomas C. Rollins, Jr.
       Thomas C. Rollins, Jr. (MSBN 103469)
       Attorney for Debtor

Of Counsel:
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533

## CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Response was forwarded on September 25, 2025, to:

By USPS First Class Mail:

    Guaranty Bank & Trust Company
    c/o Jay Gore III
    2000 Gateway Suite 160
    Grenada, MS 38901

By Electronic CM/ECF Notice:

    Harold J. Barkley, Jr.

    Jay Gore, III, Attorney for Creditor

    U.S. Trustee

                                           /s/ Thomas C. Rollins, Jr.
                                           Thomas C. Rollins, Jr.