## CHAPTER 12 CASE – MONTHLY CASH RECEIPTS AND DISBURSEMENTS

CHAPTER 12 CASE                                        Month of **September**, 20**25**

NAME OF DEBTOR: **Jerry W. McLarty / Nancy S. McLarty**    CASE NO.: **25-11845**

### MONTHLY CASH RECEIPTS AND DISBURSEMENTS

I. <u>Cash Received During Month:</u>                                        Amount

   Business / Farm Income (itemize):

   | Item | Quantity Sold | Amount: |
   |---|---|---|

   Total business / farm income: **Insurance**              $ **1,062.00**

   Loan proceeds received this month (if any):            $ **—**

   Income received from non-farming employment:          $ **—**

   Other receipts: **Soc. Sec.**                           $ **1,928.00**

II.    TOTAL CASH RECEIPTS                                $ **2,990.00**

III.   <u>Expenses Paid:</u>                              Amount

   Total amount paid for household or living expenses:   $ **3,635.62**

   Operating expenses paid (itemize):

   | Item | Amount: |
   |---|---|

   Total operating expenses paid:                        $ **15,622.76**

   Plan Payments Made to Chapter 12 Trustee:             $ **-0-**

   TOTAL EXPENSES PAID                                  ($ **19,258.38**)

IV.    <u>Income (or Loss) For Month</u>                  $ **16,268.38**

V.     <u>Cash Reconciliation:</u>

   Cash and Bank Account Balance at Beginning of Month:  $ **170,256.15**

   Income (or Loss) During Month:                       – $ **16,268.38**

   Cash and Bank Account Balance at End of Month:        $ **152,107.18**

VI.    <u>Other: Unpaid Post Petition Expenses Incurred to date and not paid (Itemize):</u>

   | Expense | Amount |
   |---|---|

I CERTIFY UNDER PENALTY OF PERJURY THAT I HAVE READ THE FOREGOING STATEMENT, AND IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

**10-14-25** /s/ Jerry W. McLarty        **Nancy S. McLarty**
DATE                                      DEBTOR / OFFICER OF DEBTOR

September 2025    Jerry W. & Nancy S. McLarty

**I. Cash Received During Month** — Amount

Business/Farm Income
- Insurance Claim — 1,062.00
- Other: Soc. Sec. — 1,928.00

**II. Total Cash Receipts** — $2,990.00

**III. Expenses Paid** — Amount

Total Paid for Household/Living — $3,635.62

Operating Expenses paid
- Accounting — $ 75.00
- Fuel — 923.29
- Bank charge — 208.99
- Cattle — 680.83
- Insurance - Farm Policy — 1,552.67
- Insurance Life/Health — 977.34
- Fed. withholding — 1,626.50
- Parts — 1,601.49
- State Taxes — 229.00
- Bus Supplies — 2,292.39
- Tag 2003 chev. truck — 182.61
- Utilities — 326.47
- Wages — 4,946.18

Total Operating Expenses  $15,622.76
Plan Payments to Ch.12 — 0
Total Expenses Paid — $19,258.38

September 25       Jerry W & Nancy S. McLarty

IV   Income (or Loss) For Month                − $16,268.38

V   Cash Reconciliation

   Cash & Bank Accounts     $170,256.15
   Beginning of Month

| | |
|---|---|
| Bank of Okolona | 158,050.40 |
| Community Bank | 4,937.10 |
| Community Bank (Mc Farms) | 1,205.27 |
| Community Bank (Non Mc) | 929.34 |
| Guaranty Bank | 1,258.04 |
| Renasant Bank | 3,876.00 |

Income (or Loss) During Month   − 16,268.38

Cash & Bank Account                 $152,107.18
End of Month

| | |
|---|---|
| Bank of Okolona | 140,158.25 |
| Community Bank | 4,761.04 |
| Community Bank McFarms | 1,197.27 |
| Community Bank NonMc | 927.34 |
| Guaranty Bank | 1,244.04 |
| Renasant Bank | 3,819.24 |
| | 152,107.18 |

VI   Other: Unpaid Post Petition Expenses Incurred to date and not paid