**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

| | | |
|---|---|---|
| IN RE: | **JERRY WAYNE MCLARTY** | **Case No. 25-11845-SDM** |
| | **NANCY SUE MCLARTY, Debtors** | **Chapter 12** |

## PLAN OF REORGANIZATION UNDER CHAPTER 12

### GENERAL PROVISIONS

1.      This Chapter 12 Plan of Reorganization (the "Plan") is proposed by the Debtors, Jerry Wayne McLarty and Nancy Sue McLarty ("Debtors"), pursuant to Chapter 12 of Title 11 of the United States Code (the "Bankruptcy Code"). The Debtors filed their voluntary petition on June 12, 2025. The Debtors are family farmers engaged in agricultural operations and seek to reorganize their financial affairs through this Plan. Unless otherwise specified, all payments shall be made annually to the Chapter 12 Trustee, commencing upon confirmation of this Plan and continuing for a total term of sixty (60) months. The Debtors shall commence annual plan payments to the Trustee in December 1, 2026, and shall continue making such payments annually thereafter for a total of five (5) years.  All payments to secured and unsecured creditors shall be made by the Trustee from plan payments, except that real estate obligations will be paid directly by the Debtors. Upon completion of all plan payments, the Debtors shall receive a discharge of all dischargeable debts pursuant to 11 U.S.C. § 1228.

2.      The Effective Date of this Plan shall be the fourteenth (14th) day after entry of the Order Confirming Plan, unless a stay pending appeal is in effect, or such other date as the Court may specify. No payments shall be due or distributions made under this Plan until the Effective Date. All rights, duties, and obligations of the Debtors and creditors under this Plan shall vest and become binding as of the Effective Date.

3.      The Debtors will fund this Plan through income generated from ongoing farming

operations, including the production and sale of crops and related agricultural activities. The

Debtors' projected income and expenses reflect sufficient cash flow to make the annual

payments proposed herein. All plan payments required to be made through the Chapter 12

Trustee shall be derived from this income.  If additional funds become available from asset sales

or insurance proceeds, such funds may be applied to accelerate payments to the Trustee or to

satisfy secured claims, subject to Court approval.

## LIQUIDATION ANALYSIS

4.      With respect to the Debtors' farm and related equipment, the Debtors note that

current market conditions for used agricultural machinery are extremely unfavorable. A

combination of factors, many entirely outside the Debtors' control, has driven resale prices well

below historical averages. These factors include a surplus of used equipment caused by weather-

related crop losses in several regions, reduced access to foreign markets following international

trade restrictions, ongoing uncertainty in federal farm support programs, and the continued

shortage of skilled agricultural labor. Recent auction results across the Southeast have reflected

steeply discounted sale prices, with many assets bringing far less than their appraised or

scheduled values. Based on these market trends, the Debtors believe that, in a forced liquidation

scenario, the farm and farm-related equipment would likely realize no more than sixty percent

(60%) of the values assigned to such assets in the schedules.

## CLASSIFICATION OF CLAIMS

5.      Pursuant to 11 U.S.C. § 1222(b)(1), claims are classified as set forth below.

Administrative, secured, and unsecured claims are separated into distinct classes, and each class

shall receive the treatment described in Section 3 of this Plan.

## TREATMENT OF CLAIMS

The following classes of claims are designated for treatment under this Plan. Each class shall receive the treatment set forth below.  Unless otherwise provided herein, each secured creditor shall retain its lien on collateral securing its allowed claim until the secured portion of the claim has been paid in full. The value of collateral is determined as of the petition date or by agreement of the parties. Unless otherwise specified, interest shall accrue at the rate of eight percent (8%) per annum. All payments to secured creditors under this Plan shall satisfy the requirements of 11 U.S.C. § 1225(a)(5).  A summary and projected plan payment calculation are attached as Exhibit "A".

**Class 1 – Priority Claims.**  Class 1 consists of all allowed priority claims entitled to priority under 11 U.S.C. § 507(a), excluding administrative expenses classified separately. Any allowed priority tax claims under § 507(a)(8) shall be paid in full, without interest, through the Trustee within the term of the Plan, unless otherwise agreed in writing with the taxing authority. If there are no such claims, this class shall be deemed satisfied in full and receive no distribution.

**Class 2 – Administrative Claims.**  Class 1 consists of all administrative expenses entitled to priority under 11 U.S.C. § 507(a)(2), including the statutory commission of the Standing Chapter 12 Trustee and the approved fees and expenses of counsel for the Debtors. Debtors' counsel shall be paid by the Trustee from plan payments prior to any distributions to unsecured creditors, in the amount allowed by the Court upon application.

**Class 3 – Bobby and Linda Gunder.**  Class 2 consists of the claim of Bobby and Linda Gunder secured by real property of the Debtors. The obligation shall continue according to its pre-petition terms and shall be paid directly by the Debtors; the lien shall remain until paid in full under the original contract.

**Class 4 – Community Bank (POC 11).** Class 3 consists of the claim of Community Bank secured by real property. The obligation shall continue according to its pre-petition terms and shall be paid directly by the Debtors; the lien shall remain until paid in full under the original contract.

**Class 5 – Community Bank (POC 12).** Class 4 consists of the claim of Community Bank secured by additional real property. The obligation shall continue according to its pre-petition terms and shall be paid directly by the Debtors; the lien shall remain until paid in full under the original contract.

**Class 6 – CNH Industrial Capital (POC 4 – Vector RBR Spreader).** Class 5 consists of the secured claim of CNH Industrial Capital, evidenced by Proof of Claim No. 4, and secured by a Vector RBR Spreader. The Debtors shall surrender the collateral to the creditor, and upon relief from stay the creditor may liquidate the collateral according to applicable non-bankruptcy law; any allowed deficiency shall be treated as a general unsecured claim under Class 24. The lien shall be deemed satisfied upon surrender as to the collateral itself.

**Class 7 – CNH Industrial Capital (POC 4 – Jaylor 5575 Mixer).** Class 6 consists of the secured claim of CNH Industrial Capital, evidenced by Proof of Claim No. 4, and secured by a Jaylor 5575 Mixer. The Debtors shall surrender the collateral to the creditor, and upon relief from stay the creditor may liquidate the collateral according to applicable non-bankruptcy law; any allowed deficiency shall be treated as a general unsecured claim under Class 24. The lien shall be deemed satisfied upon surrender as to the collateral itself.

**Class 8 – CNH Industrial Capital (POC 5 – Case IH 100C Farmall Tractor).** Class 7 consists of the claim of CNH Industrial Capital, evidenced by Proof of Claim No. 5, secured by a Case IH 100C Farmall Tractor. The Debtors shall pay the secured value of $94,500.00 with

interest at eight percent (8%) per annum in five (5) equal annual installments through the

Trustee; any remaining balance of the claim shall be treated as a general unsecured claim under

Class 24. The creditor shall retain its lien until the secured portion is paid in full.

**Class 9 – Farm Credit/AgDirect (POC 9 – John Deere Tractor).**  Class 8 consists of

the claim of Farm Credit/AgDirect, evidenced by Proof of Claim No. 9, secured by a John Deere

tractor. The Debtors shall pay the allowed secured claim in full with interest at eight percent

(8%) per annum in five (5) equal annual installments through the Trustee; the lien shall remain

until paid in full.

**Class 10 – Guaranty Bank (POC 13 – Grain Trailer).**  Class 9 consists of the claim of

Guaranty Bank, evidenced by Proof of Claim No. 13, secured by a grain trailer. The Debtors

shall pay the secured value of $33,226.00 with interest at eight percent (8%) per annum in five

(5) equal annual installments through the Trustee; any remaining balance of the claim shall be

treated as a general unsecured claim under Class 24. The creditor shall retain its lien until the

secured portion is paid in full.

**Class 11 – Guaranty Bank (POC 14 – Backhoe Loader).**  Class 10 consists of the

claim of Guaranty Bank, evidenced by Proof of Claim No. 14, secured by a backhoe loader. The

Debtors shall pay the secured value of $29,000.00 with interest at eight percent (8%) per annum

in five (5) equal annual installments through the Trustee; any remaining balance of the claim

shall be treated as a general unsecured claim under Class 24. The creditor shall retain its lien

until the secured portion is paid in full.

**Class 12 – Guaranty Bank (POC 15 – Peterbilt Truck).**  Class 11 consists of the claim

of Guaranty Bank, evidenced by Proof of Claim No. 15, secured by a Peterbilt truck. The

Debtors shall pay the allowed secured claim in full with interest at eight percent (8%) per annum in five (5) equal annual installments through the Trustee; the lien shall remain until paid in full.

**Class 13 – Guaranty Bank (POC 16 – John Deere Excavator).** Class 12 consists of the claim of Guaranty Bank, evidenced by Proof of Claim No. 16, secured by a John Deere excavator. The Debtors shall pay the allowed secured claim in full with interest at eight percent (8%) per annum in five (5) equal annual installments through the Trustee; the lien shall remain until paid in full.

**Class 14 – DLL Finance (POC 18 – Krone Disk Mower).** Class 13 consists of the claim of DLL Finance, evidenced by Proof of Claim No. 18, secured by a Krone disk mower. The Debtors shall pay the secured value of $19,028.00 with interest at eight percent (8%) per annum in five (5) equal annual installments through the Trustee; any remaining balance of the claim shall be treated as a general unsecured claim under Class 24. The creditor shall retain its lien until the secured portion is paid in full.

**Class 15 – Simplot (POC 20 – Equipment/Cash/Crops).** Class 14 consists of the secured claim of Simplot, evidenced by Proof of Claim No. 20, secured by equipment, cash, and crops. The Debtors shall pay the allowed secured claim in full with interest at eight percent (8%) per annum in five (5) equal annual installments through the Trustee; the lien shall remain until paid in full.

**Class 16 – Deere & Company (POC 21 – 12-Row Non-Chopping Corn Head).** Class 15 consists of the claim of Deere & Company, evidenced by Proof of Claim No. 21, secured by a 12-row non-chopping corn head. The Debtors shall surrender the collateral to the creditor, and upon relief from stay the creditor may liquidate the collateral according to applicable non-

bankruptcy law; any allowed deficiency shall be treated as a general unsecured claim under Class 24. The lien shall be deemed satisfied upon surrender as to the collateral itself.

**Class 17 – Deere & Company (POC 22 – S680 STS Combine).**  Class 16 consists of the claim of Deere & Company, evidenced by Proof of Claim No. 22, secured by an S680 STS combine. The Debtors shall surrender the collateral to the creditor, and upon relief from stay the creditor may liquidate the collateral according to applicable non-bankruptcy law; any allowed deficiency shall be treated as a general unsecured claim under Class 24. The lien shall be deemed satisfied upon surrender as to the collateral itself.

**Class 18 – Deere & Company (POC 23 – 450M Round Baler).**  Class 17 consists of the claim of Deere & Company, evidenced by Proof of Claim No. 23, secured by a 450M round baler. The Debtors shall pay the allowed secured claim (amount owed) with interest at eight percent (8%) per annum in five (5) equal annual installments through the Trustee; the lien shall remain until paid in full.

**Class 19 – Deere & Company (POC 24 – 882 Wagons).**  Class 18 consists of the claim of Deere & Company, evidenced by Proof of Claim No. 24, secured by 882 wagons. The Debtors shall surrender the collateral to the creditor, and upon relief from stay the creditor may liquidate the collateral according to applicable non-bankruptcy law; any allowed deficiency shall be treated as a general unsecured claim under Class 24. The lien shall be deemed satisfied upon surrender as to the collateral itself.

**Class 20 – Deere & Company (POC 25 – MacDon Header).**  Class 19 consists of the claim of Deere & Company, evidenced by Proof of Claim No. 25, secured by a MacDon header. The Debtors shall surrender the collateral to the creditor, and upon relief from stay the creditor may liquidate the collateral according to applicable non-bankruptcy law; any allowed deficiency

shall be treated as a general unsecured claim under Class 24. The lien shall be deemed satisfied

upon surrender as to the collateral itself.

**Class 21 – Deere & Company (POC 28 – Cross-Collateralized Equipment).**  Class 20

consists of the claim of Deere & Company, evidenced by Proof of Claim No. 28, in the amount

of $13,602.59, cross-collateralized with other debts. The Debtors shall surrender the collateral to

the creditor, and upon relief from stay the creditor may liquidate the collateral according to

applicable non-bankruptcy law; any allowed deficiency shall be treated as a general unsecured

claim under Class 24. The lien shall be deemed satisfied upon surrender as to the collateral itself.

**Class 22 – Deere & Company (POC 29 – Cross-Collateralized Equipment; residual

value on 450M Round Baler).**  Class 21 consists of the claim of Deere & Company, evidenced

by Proof of Claim No. 29, cross-collateralized with other debts. The Debtors shall pay, as the

secured portion, the remaining value allocable to the 450M Round Baler of $10,739.85 with

interest at eight percent (8%) per annum in five (5) equal annual installments through the

Trustee; the remainder of the claim shall be treated as a general unsecured claim under Class 24.

The creditor shall retain its lien until the secured portion is paid in full.

**Class 23 – Deere & Company (POC 26 – Cross-Collateralized Equipment).**  Class 22

consists of the claim of Deere & Company, evidenced by Proof of Claim No. 26, in the amount

of $7,103.02, cross-collateralized with other debts. The Debtors shall surrender the collateral to

the creditor, and upon relief from stay the creditor may liquidate the collateral according to

applicable non-bankruptcy law; any allowed deficiency shall be treated as a general unsecured

claim under Class 24. The lien shall be deemed satisfied upon surrender as to the collateral itself.

**Class 24 – Deere & Company (POC 26 – Additional Cross-Collateralized Debt).**

Class 23 consists of the remaining Deere & Company secured claim, evidenced by Proof of

Claim No. 26, in the amount of $824.04, cross-collateralized with other debts. The Debtors shall surrender the collateral to the creditor, and upon relief from stay the creditor may liquidate the collateral according to applicable non-bankruptcy law; any allowed deficiency shall be treated as a general unsecured claim under Class 24. The lien shall be deemed satisfied upon surrender as to the collateral itself.

**Class 25 – General Unsecured Creditors.** Class 24 consists of all allowed general unsecured claims, including the unsecured portions of undersecured claims from other classes. The Debtors shall pay to the Trustee the aggregate sum of $295,000.00, without interest, in five (5) equal annual installments for pro rata distribution to allowed unsecured claims, after payment of administrative expenses and the Trustee's commission. The class includes, inter alia, the unsecured claims scheduled for Trustmark, Capital/Chase cards, Helena Agri-Enterprises, Altus/PHI, and Rabo Agri, and any allowed deficiencies arising from surrendered collateral as provided above.

## EXECUTORY CONTRACTS AND LEASES

6.      The Debtors will assume their existing land leases with Brandon Fowlkes and George Holdings, LP, as they are necessary to the continued operation of the farming enterprise. All other executory contracts or leases not expressly assumed are rejected as of the confirmation date.

## VESTING OF PROPERTY

7.      Upon confirmation of this Plan, all property of the estate shall remain property of the estate and revest in the Debtors upon discharge, dismissal, or conversion, whichever occurs first. Until such time, the Debtors shall remain in possession of all property and shall continue to operate their farming business in the ordinary course.

## FEASIBILITY OF THE PLAN

8.      The Debtors believe that this Plan is feasible. The projected income from farming

operations and related activities will provide sufficient cash flow to make the payments proposed

herein. The liquidation analysis demonstrates that unsecured creditors will receive at least as

much under this Plan as they would in a Chapter 7 liquidation.

## DEFAULT AND REMEDIES

9.      In the event the Debtors fail to make any payment required under this Plan within

thirty (30) days of the due date, the Trustee or any affected creditor may provide written notice

of default. If the Debtors fail to cure such default within ten (10) days after receipt of notice, the

affected creditor may seek relief from the automatic stay without further hearing.

## MODIFICATION OF THE PLAN

10.      The Debtors may modify this Plan before confirmation pursuant to 11 U.S.C. §

1223, or after confirmation pursuant to 11 U.S.C. § 1229. No modification shall be effective

unless approved by the Court after notice and hearing.

## EFFECT OF CONFIRMATION

11.      Upon confirmation of this Plan, the provisions herein shall bind the Debtors and

all creditors, whether or not a creditor has accepted or rejected the Plan. All property of the estate

shall vest in the Debtors free and clear of all claims and interests except as provided in this Plan

or the confirmation order.

## RETENTION OF JURISDICTION

Following confirmation, the Bankruptcy Court shall retain jurisdiction to the fullest

extent permitted by law for the purpose of:

1. Determining all controversies and disputes arising under or in connection with this Plan;

2.  Hearing and resolving any objections to claims;

3.  Considering and approving any modification of this Plan;

4.  Enforcing and interpreting the provisions of this Plan and the confirmation order;

5.  Entering a final decree closing the case; and

6.  Determining any disputes regarding the rights, duties, or obligations of any party affected

    by this Plan.

Respectfully submitted,

By:     /s/ Thomas C. Rollins, Jr.
        Thomas C. Rollins, Jr. (MSBN 103469)
        The Rollins Law Firm
        P.O. Box 13767
        Jackson, MS 39236
        601.500.5333
        trollins@therollinsfirm.com
        Attorney for Debtors

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:  **JERRY WAYNE MCLARTY**  **Case No. 25-11845-SDM**
**NANCY SUE MCLARTY, Debtors**  **Chapter 12**

### Exhibit A

| Class | Creditor / Collateral | Secured Principal | Interest (8%) | Annual Payment (5 yrs) | Notes |
|---|---|---|---|---|---|
| 8 | CNH – Case IH 100C Farmall Tractor | $94,500.00 | 8% | $23,668.13 | Through Trustee |
| 9 | Farm Credit/AgDirect – John Deere Tractor | $12,293.78 | 8% | $3,079.06 | Through Trustee |
| 10 | Guaranty Bank – Grain Trailer | $33,226.00 | 8% | $8,321.67 | Through Trustee |
| 11 | Guaranty Bank – Backhoe Loader | $29,000.00 | 8% | $7,263.24 | Through Trustee |
| 12 | Guaranty Bank – Peterbilt Truck | $29,871.79 | 8% | $7,481.58 | Through Trustee |
| 13 | Guaranty Bank – John Deere Excavator | $88,666.84 | 8% | $22,207.18 | Through Trustee |
| 14 | DLL Finance – Krone Disk Mower | $19,028.00 | 8% | $4,765.69 | Through Trustee |
| 15 | Simplot – Equipment/Cash/Crops | $216,522.42 | 8% | $54,229.44 | Through Trustee |
| 18 | Deere & Company – 450M Round Baler | $37,460.17 | 8% | $9,382.14 | Through Trustee |
| 22 | Deere & Company – Residual on 450M Baler | $10,739.85 | 8% | $2,689.86 | Through Trustee |
| — | **Subtotal – Secured Paid Through Trustee** | — | — | **$143,087.99** | — |
| 6, 7, 16, 17, 19–21, 23–24 | Surrendered Collateral | — | — | $0.00 | No payments; deficiencies to unsecureds |
| 25 | General Unsecured Creditors | $295,000.00 | — | $59,000.00 | Paid pro rata through Trustee |

| Description | Annual Amount | Five-Year Total |
|---|---|---|
| Total to Secured Creditors | $143,087.99 | $715,439.95 |
| Total to Unsecured Creditors | $59,000.00 | $295,000.00 |
| **Total Paid to Creditors** | $202,087.99 | $1,010,439.95 |
| Trustee Commission (10%) | $22,454.22 | $112,271.10 |
| **Total Annual Plan Payment to Trustee** | **$224,542.21** | **$1,122,711.05** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

IN RE:        **JERRY WAYNE MCLARTY**                    **Case No. 25-11845-SDM**
              **NANCY SUE MCLARTY, Debtors**                         **Chapter 12**

<u>**Exhibit B**</u>

      Attached to this Plan are the Debtors' projected income and expense statements for twelve (12) months. These projections provide a summary of the Debtors' expected revenues from farming and related activities, together with estimated operating costs and other necessary expenditures. The projections are intended to demonstrate the feasibility of the Plan and the Debtors' ability to make the required annual payments to the Trustee.

# Profit/Loss Statements

We will need this page filled out for each individual month for the last 6 months.
Check the "Which months paystubs do I need to provide to the Rollins Law Firm" to
know which months you will need to provide.

Month: _July 2025 Projected_

| | |
|---|---|
| Income _Soc Sec 1,928 Ins Claim 527._ | $ _2,455_ |
| Did you withhold any earnings for tax purposes? ☒ No ☐ Yes: | $ _____ |
| Average Monthly Business expenses: | $ _____ |
|    Rent and Utilities | $ _400.00_ |
|    Office Supplies | $ _441.65_ |
|    Product Supplies | $ _3,850.00_ |
|    Wages | $ _3,457.48_ |
|    Equipment Leases | $ _—_ |
|    Other _Fed withholding_ | $ _1,241.42_ |
|    Other _State withholding_ | $ _199.00_ |
|    Other _Parts_ | $ _3,000.00_ |
|    Other _Insurance- Life, Health_ | $ _911.59_ |
|    Other _Insurance- Farm_ | $ _1,516.00_ |
|    Other _Personal_ | $ _2,500.00_ |
|    Other _Fuel_ | $ _2,000.00_ |
|    Other _church donation_ | $ _400.00_ |
|    Other _____ | $ _____ |
|    Other _____ | $ _____ |
| **Total Monthly Income** | $ _2,455._ |
| **Total Monthly Expenses** | $ _19,917.14_ |
| **Average Profit (or Loss)** | $ _- 17,462.14_ |

# Profit/Loss Statements

We will need this page filled out for each individual month for the last 6 months.
Check the "Which months paystubs do I need to provide to the Rollins Law Firm" to
know which months you will need to provide.

## Month: August 2025 Projected

| | |
|---|---|
| Income USDA - Disaster 80,163.30 <br> Soc Sec 1,928  Construction 12,500 | $ 94,591.30 |
| Did you withhold any earnings for tax purposes? ☒ No ☐ Yes: | $ |
| Average Monthly Business expenses: | $ |
| Rent and Utilities | $ 544.00 |
| Office Supplies | $ 100.00 |
| Product Supplies | $ |
| Wages | $ 6,034.90 |
| Equipment Leases | $ — |
| Other Fed withholding | $ 1,443.28 |
| Other State withholding | $ 208.00 |
| Other Parts | $ 3,000.00 |
| Other Household, Personal | $ 1,358.00 |
| Other Insurance - Health, Life | $ 911.59 |
| Other Insurance - Farm | $ 1,516.00 |
| Other Fuel | $ 4,870.00 |
| Other Donation church | $ 406.00 |
| Other | $ |
| Other | $ |
| **Total Monthly Income** | $ 94,591.30 |
| **Total Monthly Expenses** | $ 20,405.77 |
| **Average Profit (or Loss)** | $ 77,185.53 |

# Profit/Loss Statements

We will need this page filled out for each individual month for the last 6 months.
Check the "Which months paystubs do I need to provide to the Rollins Law Firm" to
know which months you will need to provide.

Month: _September 2025_ Projected

| | |
|---|---|
| Income Crop Insurance 55,406 Soc Sec 1,928 Hay 9,000 | $ 66,334 |
| Did you withhold any earnings for tax purposes? ☒ No ☐ Yes: | $ |
| Average Monthly Business expenses: | $ |
| Rent and Utilities | $ 506.00 |
| Office Supplies | $ — |
| Product Supplies | $ 1,468.00 |
| Wages | $ 4,657.00 |
| Equipment Leases | $ — |
| Other Fed withholding | $ 1,694.00 |
| Other state withholding | $ 239.00 |
| Other parts | $ 2,810.00 |
| Other Insurance-Health, Life | $ 911.59 |
| Other Insurance - Farm | $ 1,516.00 |
| Other Tag 96 Pete, Lowboy trailer | $ 1,518.00 |
| Other church Donation | $ 400.00 |
| Other Personal | $ 3,000.00 |
| Other | $ |
| Other | $ |
| **Total Monthly Income** | $ 66,334. |
| **Total Monthly Expenses** | $ 18,719.59 |
| **Average Profit (or Loss)** | $ 47,614.41 |

# Profit/Loss Statements

We will need this page filled out for each individual month for the last 6 months.
Check the "Which months paystubs do I need to provide to the Rollins Law Firm" to
know which months you will need to provide.

Month: _October Projected_ _2025_

| | |
|---|---|
| Income   Construction  4,500  SYB crop 55,998   Soc.Soc 1,928   ARC 4,766 | $ 67,192 |
| Did you withhold any earnings for tax purposes? ☒No ☐ Yes: | $ |
| Average Monthly Business expenses: | $ |
|    Rent and Utilities | $ 438.00 |
|    Office Supplies | $ — |
|    Product Supplies | $ 500.00 |
|    Wages | $ 5,769.00 |
|    Equipment Leases | $ |
|    Other _Fed withholding_ | $ 1,290.00 |
|    Other _state withholding_ | $ 180.00 |
|    Other _Parts_ | $ 5,275.00 |
|    Other _Fuel_ | $ 7,480.00 |
|    Other _Insurance - Health, Life_ | $ 911.59 |
|    Other _Insurance - Farm_ | $ 1,516.00 |
|    Other _Tires_ | $ 360.00 |
|    Other _Personal_ | $ 3,365.00 |
|    Other _church donation_ | $ 400.00 |
|    Other _____ | $ |
| **Total Monthly Income** | $ 67,192 |
| **Total Monthly Expenses** | $ 27,484.59 |
| **Average Profit (or Loss)** | $ 39,707.41 |

## Profit/Loss Statements

We will need this page filled out for each individual month for the last 6 months.
Check the "Which months paystubs do I need to provide to the Rollins Law Firm" to
know which months you will need to provide.

Month: _November 2025   Projected_

| | |
|---|---|
| Income   Hay 3,880<br>Soc Sec 1,928   construction 5,000 | $ __10,808__ |
| Did you withhold any earnings for tax purposes? ☒ No<br>☐ Yes: | $ _____ |
| Average Monthly Business expenses: | $ _____ |
|    Rent and Utilities | $ __258.00__ |
|    Office Supplies | $ _____ |
|    Product Supplies | $ _____ |
|    Wages | $ __5,830.__ |
|    Equipment Leases | $ __—__ |
|    Other _Fed withholding_ | $ __2,151.__ |
|    Other _State withholding_ | $ __275.__ |
|    Other _Land Purchase_ | $ __38,160.__ |
|    Other _Parts_ | $ __2,000.__ |
|    Other _Insurance · Life, Health_ | $ __911.59__ |
|    Other _Insurance · Farm_ | $ __1,516.00__ |
|    Other _Fuel_ | $ __1,300.00__ |
|    Other _Personal_ | $ __2,000.00__ |
|    Other _____ | $ _____ |
|    Other _____ | $ _____ |
| **Total Monthly Income** | $ __10,808.__ |
| **Total Monthly Expenses** | $ __54,404.59__ |
| **Average Profit (or Loss)** | $ __− 49,596.59__ |

# Profit/Loss Statements

We will need this page filled out for each individual month for the last 6 months.
Check the "Which months paystubs do I need to provide to the Rollins Law Firm" to
know which months you will need to provide.

Month: _December 2025   Projected_

| | |
|---|---|
| Income _Nan Mc Farms  110,500  McLartyF  39,374.70_ <br> _Soc Sec 1,928  USDA Disaster Relief_ | $ _151,802.70_ |
| Did you withhold any earnings for tax purposes? ☒No <br> ☐ Yes: | $ _____ |
| Average Monthly Business expenses: | $ _____ |
|    Rent and Utilities | $ _647.00_ |
|    Office Supplies | $ _____ |
|    Product Supplies | $ _100.00_ |
|    Wages | $ _4,000.00_ |
|    Equipment Leases | $ _____ |
|    Other _Fed withholding_ | $ _1,615.00_ |
|    Other _state withholding_ | $ _224.00_ |
|    Other _chemicals_ | $ _5,400.00_ |
|    Other _Dirt Gravel_ | $ _848.00_ |
|    Other _Seed, fertilize_ | $ _20,000.00_ |
|    Other _Insurance - Life, Health_ | $ _911.59_ |
|    Other _Insurance - Farm_ | $ _1,516.00_ |
|    Other _Parts_ | $ _1,000.00_ |
|    Other _Property Taxes farm 1_ | $ _2,190.00_ |
|    Other _Property Taxes Farm 2_ | $ _706.00_ |
| **Total Monthly Income** | $ _____ |
| **Total Monthly Expenses** | $ _39,157.59_ |
| **Average Profit (or Loss)** | $ _____ |

We will need this page filled out for each individual month for the last 6 months.
Check the "Which months paystubs do I need to provide to the Rollins Law Firm" to
know which months you will need to provide.

Month: January 2026 projected

| | |
|---|---|
| Income  Hay 900  Soc Sec 1,928  Construction 10,000 | $ 12,828 |
| Did you withhold any earnings for tax purposes? ☒ No ☐ Yes: | $ |
| Average Monthly Business expenses: | $ |
| Rent and Utilities | $ 512.00 |
| Office Supplies | $ 100.00 |
| Product Supplies | $ |
| Wages | $ 4,051.53 |
| Equipment Leases | $ |
| Other Fed withholding | $ 1,398.26 |
| Other State withholding | $ 186. |
| Other Parts | $ 3,054. |
| Other Farm Lease | $ 3,000. |
| Other Fuel | $ 3,000 |
| Other Insurance - Life, Health | $ 911.59 |
| Other Insurance - Farm | $ 1,516 |
| Other Household / Personal | $ 1,560 |
| Other church Donation | $ 400. |
| Other | $ |
| **Total Monthly Income** | $ 12,828, |
| **Total Monthly Expenses** | $ 19,629.38 |
| **Average Profit (or Loss)** | $ |

We will need this page filled out for each individual month for the last 6 months.
Check the "Which months paystubs do I need to provide to the Rollins Law Firm" to
know which months you will need to provide.

Month: __February 2026 Projected__

| | |
|---|---|
| Income Soc.Sec 1,928 Hay 1050 const. 7,000 | $ 9,978 |
| Did you withhold any earnings for tax purposes? ☒No ☐ Yes: | $ |
| Average Monthly Business expenses: | $ |
| Rent and Utilities | $ 386. |
| Office Supplies | $ |
| Product Supplies | $ |
| Wages | $ 4,389.18 |
| Equipment Leases | $ |
| Other Fed withholding | $ 1,075.94 |
| Other state withholding | $ 156. |
| Other Parts | $ 2,000. |
| Other Repairs | $ 300. |
| Other Insurance - Life, Health | $ 911.59 |
| Other Insurance - Farm | $ 1,516. |
| Other Personal | $ 1,500. |
| Other Fuel | $ 2,000. |
| Other church donation | $ 400. |
| Other | $ |
| **Total Monthly Income** | $ 9,978.00 |
| **Total Monthly Expenses** | $ 14,634.71 |
| **Average Profit (or Loss)** | $ |

We will need this page filled out for each individual month for the last 6 months.
Check the "Which months paystubs do I need to provide to the Rollins Law Firm" to
know which months you will need to provide.

Month: _March 2026 Projected_

| | |
|---|---|
| Income  ARC - USDA  6,808<br>Soc Sec 1,928  Hay 1,330 const 10,000 | $ __20,066__ |
| Did you withhold any earnings for tax purposes? ☒ No<br>☐ Yes: | $ _____ |
| Average Monthly Business expenses: | $ _____ |
|    Rent and Utilities | $ __715.00__ |
|    Office Supplies | $ _____ |
|    Product Supplies | $ __400 00__ |
|    Wages | $ __4,389.00__ |
|    Equipment Leases | $ _____ |
|    Other _Fed withholding_ | $ __1,075.94__ |
|    Other _State withholding_ | $ __156.26__ |
|    Other _Parts_ | $ __3,300.00__ |
|    Other _Insurance - Life, Health_ | $ __911.59__ |
|    Other _Insurance - Farm_ | $ __1,516.00__ |
|    Other _Personal_ | $ __1,600.00__ |
|    Other _Fuel_ | $ __2,700.00__ |
|    Other _Church donation_ | $ __400.00__ |
|    Other _____ | $ _____ |
|    Other _____ | $ _____ |
| **Total Monthly Income** | $ _____ |
| **Total Monthly Expenses** | $ __17,163.73__ |
| **Average Profit (or Loss)** | $ _____ |

We will need this page filled out for each individual month for the last 6 months.
Check the "Which months paystubs do I need to provide to the Rollins Law Firm" to
know which months you will need to provide.

Month: _April 2026 projected_

| | |
|---|---|
| Income  Soc Sec 1,928   Hay 1,330  Construction, 15,000 | $ _18,258_ |
| Did you withhold any earnings for tax purposes? ☒ No ☐ Yes: | $ _____ |
| Average Monthly Business expenses: | $ _____ |
| Rent and Utilities | $ _500.00_ |
| Office Supplies | $ _300.00_ |
| Product Supplies  Fertilize, chemicals, seed | $ _._ |
| Wages | $ _7,373.41_ |
| Equipment Leases | $ _____ |
| Other _Fed withholding_ | $ _1,193.04_ |
| Other _state withholding_ | $ _163.00_ |
| Other _Parts_ | $ _3,500.00_ |
| Other _Household / Personal_ | $ _2,500.00_ |
| Other _Insurance - Life, Health_ | $ _911.59_ |
| Other _Insurance - Farm_ | $ _1,516.00_ |
| Other _Fuel_ | $ _1,500.00_ |
| Other _church donation_ | $ _400.00_ |
| Other _____ | $ _____ |
| Other _____ | $ _____ |
| **Total Monthly Income** | $ _____ |
| **Total Monthly Expenses** | $ _19,857.04_ |
| **Average Profit (or Loss)** | $ _____ |

Payment on Houston Farm   28,263.66 ⎫
Payment on 2nd Houston Farm   62,303.47 ⎬ Community Bank
                                        ⎭

Fertilize, chemicals, seed  #60,000

We will need this page filled out for each individual month for the last 6 months.
Check the "Which months paystubs do I need to provide to the Rollins Law Firm" to
know which months you will need to provide.

Month: _May 2026 Projected_

| Income  Hay 900 Soc Sec 1,928 Construction 10,000 | $ 12,828. |
|---|---|
| Did you withhold any earnings for tax purposes? ☒No ☐ Yes: | $ |
| Average Monthly Business expenses: | $ |
| Rent and Utilities | $ 500.00 |
| Office Supplies | $ |
| Product Supplies | $ 1,510.00 |
| Wages | $ 5,396.86 |
| Equipment Leases | $ |
| Other _Fed withholding_ | $ 1,193.04 |
| Other _State withholding_ | $ 174.90 |
| Other _Parts_ | $ 1,600.00 |
| Other _Household/ Personal_ | $ 2,000.00 |
| Other _Insurance- Health, Life_ | $ 911.59 |
| Other _Insurance - Farm_ | $ 1,516.00 |
| Other _Fuel_ | $ 3,000.00 |
| Other _Repairs_ | $ 1,675.00 |
| Other _church_ | $ 400.00 |
| Other | $ |
| **Total Monthly Income** | $ |
| **Total Monthly Expenses** | $ 19,877.39 |
| **Average Profit (or Loss)** | $ |

Payment on Aberdeen Farm $38,160
Bobby Gunter

## Profit/Loss Statements

We will need this page filled out for each individual month for the last 6 months.
Check the "Which months paystubs do I need to provide to the Rollins Law Firm" to
know which months you will need to provide.

Month: _June 2026 Projected_

| | |
|---|---|
| Income Soc Sec 6,928 construction 20,000 | $ 21,928 |
| Did you withhold any earnings for tax purposes? ☒No ☐ Yes: | $ |
| Average Monthly Business expenses: | $ |
| Rent and Utilities | $ 463.60 |
| Office Supplies | $ |
| Product Supplies | $ |
| Wages | $ 4,531.79 |
| Equipment Leases | $ |
| Other Fed withholding | $ 1,463.61 |
| Other State withholding | $ 199.00 |
| Other Parts | $ 1,000.00 |
| Other Insurance - Life, Health | $ 911.59 |
| Other Insurance · Farm | $ 1,516.00 |
| Other Personal | $ 1,600.00 |
| Other Fuel | $ 2,500.00 |
| Other church | $ 400.00 |
| Other | $ |
| Other | $ |
| **Total Monthly Income** | $ |
| **Total Monthly Expenses** | $ 14,585.59 |
| **Average Profit (or Loss)** | $ |