**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**   **Jerry Wayne McLarty**                     **Case No. 25-11845-SDM**
             **Nancy Sue McLarty**                                  **CHAPTER 12**

## CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., attorney for Jerry Wayne McLarty and Nancy Sue McLarty, do hereby certify that a true and correct copy of the above and foregoing Hearing Notice and Amended Plan were forwarded on November 10, 2025, to:

By Electronic CM/ECF Notice:

Harold J. Barkley, Jr, Chapter 12 Trustee

U. S. Trustee

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

CM/ECF hrgcnf2
(Rev. 09/13/2016)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

In Re: Jerry Wayne McLarty and Nancy Sue )
McLarty )
Debtor(s) )
)
)

Case No.: 25–11845–SDM
Chapter: 12
Judge: Selene D. Maddox

**NOTICE OF HEARING ON CONFIRMATION OF CHAPTER 12 PLAN**

NOTICE is hereby given that an evidentiary hearing on confirmation of the

*37* – Amended Chapter 12 Plan Filed by Thomas C. Rollins Jr. on behalf of Jerry Wayne McLarty, Nancy Sue McLarty (Rollins, Thomas)

is scheduled:

on 12/16/25 at 10:00 AM

in the Cochran U.S. Bankruptcy Courthouse, 703 Highway 145 North, Aberdeen, MS 39730.

OBJECTIONS DUE: 12/3/25

Should any party receiving this notice respond or object to said Plan such response or objection is required to be filed with the Clerk of this court and served on the attorney for movant, the case trustee, and the U.S. Trustee on or before said objection due date. Please note that a corporation, partnership, trust, or other business entity, other than a sole proprietorship, may appear and act in Bankruptcy Court only through a licensed attorney.

A copy of the Plan is required to be served pursuant to Fed. R. Bankr. P. 3015. THE MOVING PARTY'S ATTORNEY IS REQUIRED BY STANDING ORDER TO PERFORM NOTICING AS TO SAID PLAN ACCORDING TO THE TERMS OF SAID STANDING ORDER. Please see the Standing Order available at http://www.msnb.uscourts.gov/sites/msnb/files/so_notic_revised.pdf

Dated: 11/7/25

Shallanda J. Clay
Clerk, U.S. Bankruptcy Court
BY: CLD
Deputy Clerk

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

IN RE:      **JERRY WAYNE MCLARTY**                    **Case No. 25-11845-SDM**
            **NANCY SUE MCLARTY, Debtors**                          **Chapter 12**

### AMENDED PLAN OF REORGANIZATION UNDER CHAPTER 12

### GENERAL PROVISIONS

1.      This Amended Chapter 12 Plan of Reorganization (the "Plan") is proposed by the Debtors, Jerry Wayne McLarty and Nancy Sue McLarty ("Debtors"), pursuant to Chapter 12 of Title 11 of the United States Code (the "Bankruptcy Code"). The Debtors filed their voluntary petition on June 12, 2025. The Debtors are family farmers engaged in agricultural operations and seek to reorganize their financial affairs through this Plan. Unless otherwise specified, all payments shall be made annually to the Chapter 12 Trustee, commencing upon confirmation of this Plan and continuing for a total term of sixty (60) months. The Debtors shall commence annual plan payments to the Trustee in December 1, 2026, and shall continue making such payments annually thereafter for a total of five (5) years.  All payments to secured and unsecured creditors shall be made by the Trustee from plan payments, except that real estate obligations will be paid directly by the Debtors. Upon completion of all plan payments, the Debtors shall receive a discharge of all dischargeable debts pursuant to 11 U.S.C. § 1228.

2.      The Effective Date of this Plan shall be the fourteenth (14th) day after entry of the Order Confirming Plan, unless a stay pending appeal is in effect, or such other date as the Court may specify. No payments shall be due or distributions made under this Plan until the Effective Date. All rights, duties, and obligations of the Debtors and creditors under this Plan shall vest and become binding as of the Effective Date.

3.      The Debtors will fund this Plan through income generated from ongoing farming

operations, including the production and sale of crops and related agricultural activities. The

Debtors' projected income and expenses reflect sufficient cash flow to make the annual

payments proposed herein. All plan payments required to be made through the Chapter 12

Trustee shall be derived from this income.  If additional funds become available from asset sales

or insurance proceeds, such funds may be applied to accelerate payments to the Trustee or to

satisfy secured claims, subject to Court approval.

## LIQUIDATION ANALYSIS

4.      With respect to the Debtors' farm and related equipment, the Debtors note that

current market conditions for used agricultural machinery are extremely unfavorable. A

combination of factors, many entirely outside the Debtors' control, has driven resale prices well

below historical averages. These factors include a surplus of used equipment caused by weather-

related crop losses in several regions, reduced access to foreign markets following international

trade restrictions, ongoing uncertainty in federal farm support programs, and the continued

shortage of skilled agricultural labor. Recent auction results across the Southeast have reflected

steeply discounted sale prices, with many assets bringing far less than their appraised or

scheduled values. Based on these market trends, the Debtors believe that, in a forced liquidation

scenario, the farm and farm-related equipment would likely realize no more than sixty percent

(60%) of the values assigned to such assets in the schedules.

## CLASSIFICATION OF CLAIMS

5.      Pursuant to 11 U.S.C. § 1222(b)(1), claims are classified as set forth below.

Administrative, secured, and unsecured claims are separated into distinct classes, and each class

shall receive the treatment described below.

## TREATMENT OF CLAIMS

The following classes of claims are designated for treatment under this Plan. Each class shall receive the treatment set forth below.  Unless otherwise provided herein, each secured creditor shall retain its lien on collateral securing its allowed claim until the secured portion of the claim has been paid in full. The value of collateral is determined as of the petition date or by agreement of the parties. Unless otherwise specified, interest shall accrue at the rate of eight percent (8%) per annum. All payments to secured creditors under this Plan shall satisfy the requirements of 11 U.S.C. § 1225(a)(5).  A summary and projected plan payment calculation are attached as Exhibit "A".

**Class 1 – Priority Claims.** Class 1 consists of all allowed priority claims entitled to priority under 11 U.S.C. § 507(a), excluding administrative expenses classified separately. Any allowed priority tax claims under § 507(a)(8) shall be paid in full, without interest, through the Trustee within the term of the Plan, unless otherwise agreed in writing with the taxing authority. If there are no such claims, this class shall be deemed satisfied in full and receive no distribution. All capital gains taxes resulting from the sale of real and person property shall be placed in the General Unsecured Creditors class.

**Class 2 – Administrative Claims.** Class 2 consists of all administrative expenses entitled to priority under 11 U.S.C. § 507(a)(2), including the statutory commission of the Standing Chapter 12 Trustee and the approved fees and expenses of counsel for the Debtors. Debtors' counsel shall be paid by the Trustee from plan payments prior to any distributions to unsecured creditors, in the amount allowed by the Court upon application.

**Class 3 – Bobby and Linda Gunder.** Class 3 consists of the claim of Bobby and Linda Gunder secured by real property of the Debtors. The obligation shall continue according to its

pre-petition terms and shall be paid directly by the Debtors; the lien shall remain until paid in full under the original contract.

**Class 4 – Community Bank (POC 11).**  Class 4 consists of the claim of Community Bank secured by real property. The obligation shall continue according to its pre-petition terms and shall be paid directly by the Debtors; the lien shall remain until paid in full under the original contract.

**Class 5 – Community Bank (POC 12).**  Class 5 consists of the claim of Community Bank secured by additional real property. The obligation shall continue according to its pre-petition terms and shall be paid directly by the Debtors; the lien shall remain until paid in full under the original contract.

**Class 6 – CNH Industrial Capital (POC 4 – Vector RBR Spreader).**  Class 6 consists of the secured claim of CNH Industrial Capital, evidenced by Proof of Claim No. 4, and secured by a Vector RBR Spreader. The Debtors shall surrender the collateral to the creditor, and upon relief from stay the creditor may liquidate the collateral according to applicable non-bankruptcy law; any allowed deficiency shall be treated as a general unsecured claim under Class 25. The lien shall be deemed satisfied upon surrender as to the collateral itself.

**Class 7 – CNH Industrial Capital (POC 4 – Jaylor 5575 Mixer).**  Class 7 consists of the secured claim of CNH Industrial Capital, evidenced by Proof of Claim No. 4, and secured by a Jaylor 5575 Mixer. The Debtors shall surrender the collateral to the creditor, and upon relief from stay the creditor may liquidate the collateral according to applicable non-bankruptcy law; any allowed deficiency shall be treated as a general unsecured claim under Class 25. The lien shall be deemed satisfied upon surrender as to the collateral itself.

**Class 8 – CNH Industrial Capital (POC 5 – Case IH 100C Farmall Tractor).** Class 8 consists of the claim of CNH Industrial Capital, evidenced by Proof of Claim No. 5, secured by a Case IH 100C Farmall Tractor. The Debtors shall pay the secured value of $94,500.00 with interest at eight percent (8%) per annum in five (5) equal annual installments through the Trustee; any remaining balance of the claim shall be treated as a general unsecured claim under Class 25. The creditor shall retain its lien until the secured portion is paid in full.

**Class 9 – Farm Credit/AgDirect (POC 9 – John Deere Tractor).** Class 9 consists of the claim of Farm Credit/AgDirect, evidenced by Proof of Claim No. 9, secured by a John Deere tractor. The Debtors shall pay the allowed secured claim in full with interest at eight percent (8%) per annum in five (5) equal annual installments through the Trustee; the lien shall remain until paid in full.

**Class 10 – Guaranty Bank (POC 13 – Grain Trailer).** Class 10 consists of the claim of Guaranty Bank, evidenced by Proof of Claim No. 13, secured by a grain trailer. The Debtors shall pay the secured value of $33,226.00 with interest at eight percent (8%) per annum in five (5) equal annual installments through the Trustee; any remaining balance of the claim shall be treated as a general unsecured claim under Class 25. The creditor shall retain its lien until the secured portion is paid in full.

**Class 11 – Guaranty Bank (POC 14 – Backhoe Loader).** Class 11 consists of the claim of Guaranty Bank, evidenced by Proof of Claim No. 14, secured by a backhoe loader. The Debtors shall pay the secured value of $29,000.00 with interest at eight percent (8%) per annum in five (5) equal annual installments through the Trustee; any remaining balance of the claim shall be treated as a general unsecured claim under Class 25. The creditor shall retain its lien until the secured portion is paid in full.

**Class 12 – Guaranty Bank (POC 15 – Peterbilt Truck).** Class 12 consists of the claim of Guaranty Bank, evidenced by Proof of Claim No. 15, secured by a Peterbilt truck. The Debtors shall pay the allowed secured claim in full with interest at eight percent (8%) per annum in five (5) equal annual installments through the Trustee; the lien shall remain until paid in full.

**Class 13 – Guaranty Bank (POC 16 – John Deere Excavator).** Class 13 consists of the claim of Guaranty Bank, evidenced by Proof of Claim No. 16, secured by a John Deere excavator. The Debtors shall pay the allowed secured claim in full with interest at eight percent (8%) per annum in five (5) equal annual installments through the Trustee; the lien shall remain until paid in full.

**Class 14 – DLL Finance (POC 18 – Krone Disk Mower).** Class 14 consists of the claim of DLL Finance, evidenced by Proof of Claim No. 18, secured by a Krone disk mower. The Debtors shall pay the secured value of $19,028.00 with interest at eight percent (8%) per annum in five (5) equal annual installments through the Trustee; any remaining balance of the claim shall be treated as a general unsecured claim under Class 25. The creditor shall retain its lien until the secured portion is paid in full.

**Class 15 – Simplot (POC 20 – Equipment/Cash/Crops).** Class 15 consists of the secured claim of Simplot, evidenced by Proof of Claim No. 20, secured by equipment, cash, and crops. The Debtors shall pay the allowed secured claim in full with interest at eight percent (8%) per annum in five (5) equal annual installments through the Trustee; the lien shall remain until paid in full.

**Class 16 – Deere & Company (POC 21 – 12-Row Non-Chopping Corn Head).** Class 16 consists of the claim of Deere & Company, evidenced by Proof of Claim No. 21, secured by a 12-row non-chopping corn head. The Debtors shall surrender the collateral to the creditor, and

upon relief from stay the creditor may liquidate the collateral according to applicable non-bankruptcy law; any allowed deficiency shall be treated as a general unsecured claim under Class 25. The lien shall be deemed satisfied upon surrender as to the collateral itself.

**Class 17 – Deere & Company (POC 22 – S680 STS Combine).**  Class 17 consists of the claim of Deere & Company, evidenced by Proof of Claim No. 22, secured by an S680 STS combine. The Debtors shall surrender the collateral to the creditor, and upon relief from stay the creditor may liquidate the collateral according to applicable non-bankruptcy law; any allowed deficiency shall be treated as a general unsecured claim under Class 25. The lien shall be deemed satisfied upon surrender as to the collateral itself.

**Class 18 – Deere & Company (POC 23 – 450M Round Baler).**  Class 18 consists of the claim of Deere & Company, evidenced by Proof of Claim No. 23, secured by a 450M round baler. The Debtors shall pay the allowed secured claim (amount owed) with interest at eight percent (8%) per annum in five (5) equal annual installments through the Trustee; the lien shall remain until paid in full.

**Class 19 – Deere & Company (POC 24 – 882 Wagons).**  Class 19 consists of the claim of Deere & Company, evidenced by Proof of Claim No. 24, secured by 882 wagons. The Debtors shall surrender the collateral to the creditor, and upon relief from stay the creditor may liquidate the collateral according to applicable non-bankruptcy law; any allowed deficiency shall be treated as a general unsecured claim under Class 25. The lien shall be deemed satisfied upon surrender as to the collateral itself.

**Class 20 – Deere & Company (POC 25 – MacDon Header).**  Class 20 consists of the claim of Deere & Company, evidenced by Proof of Claim No. 25, secured by a MacDon header. The Debtors shall surrender the collateral to the creditor, and upon relief from stay the creditor

may liquidate the collateral according to applicable non-bankruptcy law; any allowed deficiency shall be treated as a general unsecured claim under Class 24. The lien shall be deemed satisfied upon surrender as to the collateral itself.

**Class 21 – Deere & Company (POC 28 – Cross-Collateralized Equipment).** Class 21 consists of the claim of Deere & Company, evidenced by Proof of Claim No. 28, in the amount of $13,602.59, cross-collateralized with other debts. The Debtors shall surrender the collateral to the creditor, and upon relief from stay the creditor may liquidate the collateral according to applicable non-bankruptcy law; any allowed deficiency shall be treated as a general unsecured claim under Class 25. The lien shall be deemed satisfied upon surrender as to the collateral itself.

**Class 22 – Deere & Company (POC 29 – Cross-Collateralized Equipment; residual value on 450M Round Baler).** Class 22 consists of the claim of Deere & Company, evidenced by Proof of Claim No. 29, cross-collateralized with other debts. The Debtors shall pay, as the secured portion, the remaining value allocable to the 450M Round Baler of $10,739.85 with interest at eight percent (8%) per annum in five (5) equal annual installments through the Trustee; the remainder of the claim shall be treated as a general unsecured claim under Class 25. The creditor shall retain its lien until the secured portion is paid in full.

**Class 23 – Deere & Company (POC 26 – Cross-Collateralized Equipment).** Class 23 consists of the claim of Deere & Company, evidenced by Proof of Claim No. 26, in the amount of $7,103.02, cross-collateralized with other debts. The Debtors shall surrender the collateral to the creditor, and upon relief from stay the creditor may liquidate the collateral according to applicable non-bankruptcy law; any allowed deficiency shall be treated as a general unsecured claim under Class 25. The lien shall be deemed satisfied upon surrender as to the collateral itself.

**Class 24 – Deere & Company (POC 26 – Additional Cross-Collateralized Debt).**

Class 24 consists of the remaining Deere & Company secured claim, evidenced by Proof of Claim No. 26, in the amount of $824.04, cross-collateralized with other debts. The Debtors shall surrender the collateral to the creditor, and upon relief from stay the creditor may liquidate the collateral according to applicable non-bankruptcy law; any allowed deficiency shall be treated as a general unsecured claim under Class 25. The lien shall be deemed satisfied upon surrender as to the collateral itself.

**Class 25 – General Unsecured Creditors.**  Class 25 consists of all allowed general unsecured claims, including the unsecured portions of undersecured claims from other classes. The Debtors shall pay to the Trustee the aggregate sum of $295,000.00, without interest, in five (5) equal annual installments for pro rata distribution to allowed unsecured claims, after payment of administrative expenses and the Trustee's commission. The class includes, inter alia, the unsecured claims scheduled for Trustmark, Capital/Chase cards, Helena Agri-Enterprises, Altus/PHI, and Rabo Agri, and any allowed deficiencies arising from surrendered collateral as provided above.

## EXECUTORY CONTRACTS AND LEASES

6.      The Debtors will assume their existing land leases with Brandon Fowlkes and George Holdings, LP, as they are necessary to the continued operation of the farming enterprise. All other executory contracts or leases not expressly assumed are rejected as of the confirmation date.

## VESTING OF PROPERTY

7.      Upon confirmation of this Plan, all property of the estate shall remain property of the estate and revest in the Debtors upon discharge, dismissal, or conversion, whichever occurs

first. Until such time, the Debtors shall remain in possession of all property and shall continue to

operate their farming business in the ordinary course.

## FEASIBILITY OF THE PLAN

8.      The Debtors believe that this Plan is feasible. The projected income from farming

operations and related activities will provide sufficient cash flow to make the payments proposed

herein. The liquidation analysis demonstrates that unsecured creditors will receive at least as

much under this Plan as they would in a Chapter 7 liquidation.

## DEFAULT AND REMEDIES

9.      In the event the Debtors fail to make any payment required under this Plan within

thirty (30) days of the due date, the Trustee or any affected creditor may provide written notice

of default. If the Debtors fail to cure such default within ten (10) days after receipt of notice, the

affected creditor may seek relief from the automatic stay without further hearing.

## MODIFICATION OF THE PLAN

10.      The Debtors may modify this Plan before confirmation pursuant to 11 U.S.C. §

1223, or after confirmation pursuant to 11 U.S.C. § 1229. No modification shall be effective

unless approved by the Court after notice and hearing.

## EFFECT OF CONFIRMATION

11.      Upon confirmation of this Plan, the provisions herein shall bind the Debtors and

all creditors, whether or not a creditor has accepted or rejected the Plan. All property of the estate

shall vest in the Debtors free and clear of all claims and interests except as provided in this Plan

or the confirmation order.

## RETENTION OF JURISDICTION

Following confirmation, the Bankruptcy Court shall retain jurisdiction to the fullest

extent permitted by law for the purpose of:

1. Determining all controversies and disputes arising under or in connection with this Plan;

2. Hearing and resolving any objections to claims;

3. Considering and approving any modification of this Plan;

4. Enforcing and interpreting the provisions of this Plan and the confirmation order;

5. Entering a final decree closing the case; and

6. Determining any disputes regarding the rights, duties, or obligations of any party affected

   by this Plan.

Respectfully submitted,

By:    /s/ Thomas C. Rollins, Jr.
        Thomas C. Rollins, Jr. (MSBN 103469)
        The Rollins Law Firm
        P.O. Box 13767
        Jackson, MS 39236
        601.500.5333
        trollins@therollinsfirm.com
        Attorney for Debtors

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:    **JERRY WAYNE MCLARTY**                     **Case No. 25-11845-SDM**
          **NANCY SUE MCLARTY, Debtors**              **Chapter 12**

### Exhibit A

| Class | Creditor / Collateral | Secured Principal | Interest (8%) | Annual Payment (5 yrs) | Notes |
|---|---|---|---|---|---|
| 8 | CNH – Case IH 100C Farmall Tractor | $94,500.00 | 8% | $23,668.13 | Through Trustee |
| 9 | Farm Credit/AgDirect – John Deere Tractor | $12,293.78 | 8% | $3,079.06 | Through Trustee |
| 10 | Guaranty Bank – Grain Trailer | $33,226.00 | 8% | $8,321.67 | Through Trustee |
| 11 | Guaranty Bank – Backhoe Loader | $29,000.00 | 8% | $7,263.24 | Through Trustee |
| 12 | Guaranty Bank – Peterbilt Truck | $29,871.79 | 8% | $7,481.58 | Through Trustee |
| 13 | Guaranty Bank – John Deere Excavator | $88,666.84 | 8% | $22,207.18 | Through Trustee |
| 14 | DLL Finance – Krone Disk Mower | $19,028.00 | 8% | $4,765.69 | Through Trustee |
| 15 | Simplot – Equipment/Cash/Crops | $216,522.42 | 8% | $54,229.44 | Through Trustee |
| 18 | Deere & Company – 450M Round Baler | $37,460.17 | 8% | $9,382.14 | Through Trustee |
| 22 | Deere & Company – Residual on 450M Baler | $10,739.85 | 8% | $2,689.86 | Through Trustee |
| — | **Subtotal – Secured Paid Through Trustee** | — | — | **$143,087.99** | — |
| 6, 7, 16, 17, 19–21, 23–24 | Surrendered Collateral | — | — | $0.00 | No payments; deficiencies to unsecureds |
| 25 | General Unsecured Creditors | $295,000.00 | — | $59,000.00 | Paid pro rata through Trustee |

| Description | Annual Amount | Five-Year Total |
|---|---|---|
| Total to Secured Creditors | $143,087.99 | $715,439.95 |
| Total to Unsecured Creditors | $59,000.00 | $295,000.00 |
| **Total Paid to Creditors** | $202,087.99 | $1,010,439.95 |
| Trustee Commission (10%) | $22,454.22 | $112,271.10 |
| **Total Annual Plan Payment to Trustee** | **$224,542.21** | **$1,122,711.05** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

IN RE:      **JERRY WAYNE MCLARTY**                    **Case No. 25-11845-SDM**
            **NANCY SUE MCLARTY, Debtors**                              **Chapter 12**

<u>**Exhibit B**</u>

      Attached to this Plan are the Debtors' projected income and expense statements for twelve (12) months. These projections provide a summary of the Debtors' expected revenues from farming and related activities, together with estimated operating costs and other necessary expenditures. The projections are intended to demonstrate the feasibility of the Plan and the Debtors' ability to make the required annual payments to the Trustee.

# Profit/Loss Statements

We will need this page filled out for each individual month for the last 6 months.
Check the "Which months paystubs do I need to provide to the Rollins Law Firm" to
know which months you will need to provide.

Month: _July 2025 Projected_

| | |
|---|---|
| Income _Soc Sec 1,928 Ins Claim 527._ | $ _2,455_ |
| Did you withhold any earnings for tax purposes? ☒ No ☐ Yes: | $ ____ |
| Average Monthly Business expenses: | $ ____ |
|    Rent and Utilities | $ _400.00_ |
|    Office Supplies | $ _441.65_ |
|    Product Supplies | $ _3,850.00_ |
|    Wages | $ _3,457.48_ |
|    Equipment Leases | $ _—_ |
|    Other _Fed withholding_ | $ _1,241.42_ |
|    Other _State withholding_ | $ _199.00_ |
|    Other _Parts_ | $ _3,000.00_ |
|    Other _Insurance- Life, Health_ | $ _911.59_ |
|    Other _Insurance- Farm_ | $ _1,516.00_ |
|    Other _Personal_ | $ _2,500.00_ |
|    Other _Fuel_ | $ _2,000.00_ |
|    Other _church donation_ | $ _400.00_ |
|    Other ____ | $ ____ |
|    Other ____ | $ ____ |
| **Total Monthly Income** | $ _2,455._ |
| **Total Monthly Expenses** | $ _19,917.14_ |
| **Average Profit (or Loss)** | $ _- 17,462.14_ |

# Profit/Loss Statements

We will need this page filled out for each individual month for the last 6 months.
Check the "Which months paystubs do I need to provide to the Rollins Law Firm" to
know which months you will need to provide.

## Month: August 2025 Projected

| | |
|---|---|
| Income USDA - Disaster 80,163.30<br>Soc Sec 1,928 Construction 12,500 | $ 94,591.30 |
| Did you withhold any earnings for tax purposes? ☒ No<br>☐ Yes: | $ |
| Average Monthly Business expenses: | $ |
|    Rent and Utilities | $ 544.00 |
|    Office Supplies | $ 100.00 |
|    Product Supplies | $ |
|    Wages | $ 6,034.90 |
|    Equipment Leases | $ — |
|    Other Fed withholding | $ 1,443.28 |
|    Other State withholding | $ 208.00 |
|    Other Parts | $ 3,000.00 |
|    Other Household, Personal | $ 1,358.00 |
|    Other Insurance - Health, Life | $ 911.59 |
|    Other Insurance - Farm | $ 1,516.00 |
|    Other Fuel | $ 4,870.00 |
|    Other Donation church | $ 400.00 |
|    Other | $ |
|    Other | $ |
| **Total Monthly Income** | $ 94,591.30 |
| **Total Monthly Expenses** | $ 20,405.77 |
| **Average Profit (or Loss)** | $ 77,185.53 |

# Profit/Loss Statements

We will need this page filled out for each individual month for the last 6 months.
Check the "Which months paystubs do I need to provide to the Rollins Law Firm" to
know which months you will need to provide.

Month: **September 2025  Projected**

| | |
|---|---|
| Income  Crop Insurance   55,406  Soc Sec 1,928  Hay 9,000 | $ 66,334 |
| Did you withhold any earnings for tax purposes? ☒ No  ☐ Yes: | $ |
| Average Monthly Business expenses: | $ |
|    Rent and Utilities | $ 506.00 |
|    Office Supplies | $ — |
|    Product Supplies | $ 1,468.00 |
|    Wages | $ 4,657.00 |
|    Equipment Leases | $ — |
|    Other Fed withholding | $ 1,694.00 |
|    Other State withholding | $ 239.00 |
|    Other parts | $ 2,810.00 |
|    Other Insurance- Health, Life | $ 911.59 |
|    Other Insurance - Farm | $ 1,516.00 |
|    Other Tag 96 Pete, Lowboy trailer | $ 1,518.00 |
|    Other Church Donation | $ 400.00 |
|    Other Personal | $ 3,000.00 |
|    Other | $ |
|    Other | $ |
| **Total Monthly Income** | $ 66,334. |
| **Total Monthly Expenses** | $ 18,719.59 |
| **Average Profit (or Loss)** | $ 47,614.41 |

# Profit/Loss Statements

We will need this page filled out for each individual month for the last 6 months.
Check the "Which months paystubs do I need to provide to the Rollins Law Firm" to
know which months you will need to provide.

Month: _October Projected_ 2025

| | |
|---|---|
| Income Construction 4,500 SYB crop 55,998 Soc.Soc 1,928 ARC 4,766 | $ 67,192 |
| Did you withhold any earnings for tax purposes? ☒No ☐ Yes: | $ |
| Average Monthly Business expenses: | $ |
|    Rent and Utilities | $ 438.00 |
|    Office Supplies | $ — |
|    Product Supplies | $ 500.00 |
|    Wages | $ 5,769.00 |
|    Equipment Leases | $ |
|    Other Fed withholding | $ 1,290.00 |
|    Other state withholding | $ 180.00 |
|    Other Parts | $ 5,275.00 |
|    Other Fuel | $ 7,480.00 |
|    Other Insurance - Health, Life | $ 911.59 |
|    Other Insurance - Farm | $ 1,516.00 |
|    Other Tires | $ 360.00 |
|    Other Personal | $ 3,365.00 |
|    Other church donation | $ 400.00 |
|    Other | $ |
| **Total Monthly Income** | $ 67,192 |
| **Total Monthly Expenses** | $ 27,484.59 |
| **Average Profit (or Loss)** | $ 39,707.41 |

# Profit/Loss Statements

We will need this page filled out for each individual month for the last 6 months.
Check the "Which months paystubs do I need to provide to the Rollins Law Firm" to
know which months you will need to provide.

Month: _November 2025   Projected_

| | |
|---|---|
| Income   Hay 3,880   Soc Sec 1,928   construction 5,000 | $  10,808 |
| Did you withhold any earnings for tax purposes? ☒ No  ☐ Yes: | $ |
| Average Monthly Business expenses: | $ |
| Rent and Utilities | $  258.00 |
| Office Supplies | $ |
| Product Supplies | $ |
| Wages | $  5,830. |
| Equipment Leases | $  — |
| Other _Fed withholding_ | $  2,151. |
| Other _State withholding_ | $  275. |
| Other _Land Purchase_ | $  38,160. |
| Other _Parts_ | $  2,000. |
| Other _Insurance · Life, Health_ | $  911.59 |
| Other _Insurance · Farm_ | $  1,516.00 |
| Other _Fuel_ | $  1,300.00 |
| Other _Personal_ | $  2,000.00 |
| Other _____ | $ |
| Other _____ | $ |
| **Total Monthly Income** | $  10,808. |
| **Total Monthly Expenses** | $  54,404.59 |
| **Average Profit (or Loss)** | $ − 49,596.59 |

# Profit/Loss Statements

We will need this page filled out for each individual month for the last 6 months.
Check the "Which months paystubs do I need to provide to the Rollins Law Firm" to
know which months you will need to provide.

Month: _December 2025   Projected_

| | |
|---|---|
| Income _NanMc Farms  110,500 McLartyF  39,374.70_ _Soc Sec 1,928  USDA Disaster Relief_ | $ _151,802.70_ |
| Did you withhold any earnings for tax purposes? ☒No ☐ Yes: | $ _____ |
| Average Monthly Business expenses: | $ _____ |
| Rent and Utilities | $ _647.00_ |
| Office Supplies | $ _____ |
| Product Supplies | $ _100.00_ |
| Wages | $ _4,000.00_ |
| Equipment Leases | $ _____ |
| Other _Fed withholding_ | $ _1,615.00_ |
| Other _State withholding_ | $ _224.00_ |
| Other _chemicals_ | $ _5,400.00_ |
| Other _Dirt Gravel_ | $ _848.00_ |
| Other _Seed, fertilize_ | $ _20,000.00_ |
| Other _Insurance - Life, Health_ | $ _911.59_ |
| Other _Insurance - Farm_ | $ _1,516.00_ |
| Other _Parts_ | $ _1,000.00_ |
| Other _Property Taxes  Farm 1_ | $ _2,190.00_ |
| Other _Property Taxes  Farm 2_ | $ _706.00_ |
| **Total Monthly Income** | $ _____ |
| **Total Monthly Expenses** | $ _39,157.59_ |
| **Average Profit (or Loss)** | $ _____ |

We will need this page filled out for each individual month for the last 6 months.
Check the "Which months paystubs do I need to provide to the Rollins Law Firm" to
know which months you will need to provide.

Month: January 2026 projected

| Income  Hay 900  Soc. Sec. 1,928  Construction 10,000 | $ 12,828 |
|---|---|
| Did you withhold any earnings for tax purposes? ☒ No ☐ Yes: | $ |
| Average Monthly Business expenses: | $ |
|    Rent and Utilities | $ 512.00 |
|    Office Supplies | $ 100.00 |
|    Product Supplies | $ |
|    Wages | $ 4,051.53 |
|    Equipment Leases | $ |
|    Other Fed withholding | $ 1,398.26 |
|    Other State withholding | $ 186. |
|    Other Parts | $ 3,054. |
|    Other Farm Lease | $ 3,000. |
|    Other Fuel | $ 3,000 |
|    Other Insurance - Life, Health | $ 911.59 |
|    Other Insurance - Farm | $ 1,516 |
|    Other Household / Personal | $ 1,560 |
|    Other church Donation | $ 400. |
|    Other | $ |
| **Total Monthly Income** | $ 12,828, |
| **Total Monthly Expenses** | $ 19,629.38 |
| **Average Profit (or Loss)** | $ |

We will need this page filled out for each individual month for the last 6 months.
Check the "Which months paystubs do I need to provide to the Rollins Law Firm" to
know which months you will need to provide.

Month: _February 2026 Projected_

| | |
|---|---|
| Income Soc. Sec. 1,928  Hay 1050 const. 7,000 | $ 9,978 |
| Did you withhold any earnings for tax purposes? ☒No ☐ Yes: | $ |
| Average Monthly Business expenses: | $ |
| Rent and Utilities | $ 386. |
| Office Supplies | $ |
| Product Supplies | $ |
| Wages | $ 4,389.18 |
| Equipment Leases | $ |
| Other Fed withholding | $ 1,075.94 |
| Other state withholding | $ 156. |
| Other Parts | $ 2,000. |
| Other Repairs | $ 300. |
| Other Insurance - Life, Health | $ 911.59 |
| Other Insurance - Farm | $ 1,516. |
| Other Personal | $ 1,500. |
| Other Fuel | $ 2,000. |
| Other church donation | $ 400. |
| Other | $ |
| **Total Monthly Income** | $ 9,978.00 |
| **Total Monthly Expenses** | $ 14,634.71 |
| **Average Profit (or Loss)** | $ |

We will need this page filled out for each individual month for the last 6 months.
Check the "Which months paystubs do I need to provide to the Rollins Law Firm" to
know which months you will need to provide.

Month: _March 2026  Projected_

| | |
|---|---|
| Income   ARC - USDA  6,808<br>Soc Sec 1,928  Hay 1,330 const 10,000 | $ __20,066__ |
| Did you withhold any earnings for tax purposes? ☒ No<br>☐ Yes: | $ _____ |
| Average Monthly Business expenses: | $ _____ |
|    Rent and Utilities | $ __715.00__ |
|    Office Supplies | $ _____ |
|    Product Supplies | $ __400 00__ |
|    Wages | $ __4,389.00__ |
|    Equipment Leases | $ _____ |
|    Other _Fed withholding_ | $ __1,075.94__ |
|    Other _State withholding_ | $ __156.20__ |
|    Other _Parts_ | $ __3,300.00__ |
|    Other _Insurance - Life, Health_ | $ __911.59__ |
|    Other _Insurance - Farm_ | $ __1,516.00__ |
|    Other _Personal_ | $ __1,600.00__ |
|    Other _Fuel_ | $ __2,700.00__ |
|    Other _church donation_ | $ __400.00__ |
|    Other _____ | $ _____ |
|    Other _____ | $ _____ |
| **Total Monthly Income** | $ _____ |
| **Total Monthly Expenses** | $ __17,163.73__ |
| **Average Profit (or Loss)** | $ _____ |

We will need this page filled out for each individual month for the last 6 months.
Check the "Which months paystubs do I need to provide to the Rollins Law Firm" to
know which months you will need to provide.

Month: _April 2026 projected_

| | |
|---|---|
| Income  Soc Sec 1,928   Hay 1,330 Construction, 15,000 | $ _18,258_ |
| Did you withhold any earnings for tax purposes? ☒ No ☐ Yes: | $ _____ |
| Average Monthly Business expenses: | $ _____ |
| Rent and Utilities | $ _500.00_ |
| Office Supplies | $ _300.00_ |
| Product Supplies  Fertilize, chemicals, seed | $ _._ |
| Wages | $ _7,373.41_ |
| Equipment Leases | $ _____ |
| Other _Fed withholding_ | $ _1,193.04_ |
| Other _state withholding_ | $ _163.00_ |
| Other _Parts_ | $ _3,500.00_ |
| Other _Household / Personal_ | $ _2,500.00_ |
| Other _Insurance - Life, Health_ | $ _911.59_ |
| Other _Insurance - Farm_ | $ _1,516.00_ |
| Other _Fuel_ | $ _1,500.00_ |
| Other _church donation_ | $ _400.00_ |
| Other _____ | $ _____ |
| Other _____ | $ _____ |
| **Total Monthly Income** | $ _____ |
| **Total Monthly Expenses** | $ _19,857.04_ |
| **Average Profit (or Loss)** | $ _____ |

Payment on Houston Farm   28,263.66 ⎫ Community Bank
Payment on 2nd Houston Farm   62,303.47 ⎭

Fertilize, chemicals, seed  #60,000

We will need this page filled out for each individual month for the last 6 months.
Check the "Which months paystubs do I need to provide to the Rollins Law Firm" to
know which months you will need to provide.

Month: _May 2026 Projected_

| Income  Hay 900  Soc Sec 1,928  construction 10,000 | $ _12,828._ |
|---|---|
| Did you withhold any earnings for tax purposes? ☑No  ☐ Yes: | $ _____ |
| Average Monthly Business expenses: | $ _____ |
| Rent and Utilities | $ _500.00_ |
| Office Supplies | $ _____ |
| Product Supplies | $ _1,510.00_ |
| Wages | $ _5,396.86_ |
| Equipment Leases | $ _____ |
| Other _Fed withholding_ | $ _1,193.04_ |
| Other _state withholding_ | $ _174.90_ |
| Other _Parts_ | $ _1,600.00_ |
| Other _Household Personal_ | $ _2,000.00_ |
| Other _Insurance - Health, Life_ | $ _911.59_ |
| Other _Insurance - Farm_ | $ _1,516.00_ |
| Other _Fuel_ | $ _3,000.00_ |
| Other _Repairs_ | $ _1,675.00_ |
| Other _church_ | $ _400.00_ |
| Other _____ | $ _____ |
| **Total Monthly Income** | $ _____ |
| **Total Monthly Expenses** | $ _19,877.39_ |
| **Average Profit (or Loss)** | $ _____ |

Payment on Aberdeen Farm $38,160
Bobby Gunter

# Profit/Loss Statements

We will need this page filled out for each individual month for the last 6 months.
Check the "Which months paystubs do I need to provide to the Rollins Law Firm" to
know which months you will need to provide.

Month: __June 2026 Projected__

| | |
|---|---|
| Income Soc Sec 1,928  construction 20,000 | $ 21,928 |
| Did you withhold any earnings for tax purposes? ☒No ☐ Yes: | $ |
| Average Monthly Business expenses: | $ |
| Rent and Utilities | $ 463.60 |
| Office Supplies | $ |
| Product Supplies | $ |
| Wages | $ 4,531.79 |
| Equipment Leases | $ |
| Other Fed withholding | $ 1,463.61 |
| Other State withholding | $ 199.00 |
| Other Parts | $ 1,000.00 |
| Other Insurance - Life, Health | $ 911.59 |
| Other Insurance · Farm | $ 1,516.00 |
| Other Personal | $ 1,600.00 |
| Other Fuel | $ 2,500.00 |
| Other church | $ 400.00 |
| Other | $ |
| Other | $ |
| **Total Monthly Income** | $ |
| **Total Monthly Expenses** | $ 14,585.59 |
| **Average Profit (or Loss)** | $ |

1

2

3

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

4

5

6

7

8

9

IN RE:

JERRY WAYNE MCLARTY
NANCY SUE MCLARTY

CASE NO: 25-11845

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 12

10

On 11/10/2025, I did cause a copy of the following documents, described below,

Hearing Notice and Amended Plan

11

12

13

14

15

16

17

18

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

19

20

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

21

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

22

DATED: 11/10/2025

23

24

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

25

26

27

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

28

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

IN RE:

JERRY WAYNE MCLARTY
NANCY SUE MCLARTY

CASE NO: 25-11845

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 12

On 11/10/2025, a copy of the following documents, described below,

Hearing Notice and Amended Plan

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/10/2025

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
05371
CASE 25-11845-SDM
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN
MON NOV 10 12-03-36 CST 2025

ALTUS RECEIVABLE MANAGEMENT
CO PHI FINANCIAL
2910 WESTTOWN PKWY STE 102
WEST DES MOINES IA 50266-1308

LES ALVIS
207 COURT STREET
PO BOX 1836
TUPELO MS 38802-1836

ENCLUDE

HAROLD J BARKLEY JR
PO BOX 5969
JACKSON MS 39296-5969

BAYER
PO BOX 204070
DALLAS TX 75320-4070

BOBBY AND LINDA GUNTER
375 ACORN DR
ROSEBURG OR 97470-9873

BRANDON FOWLKES
9135 STONEY MOUNTAIN DR
CHATTANOOGA TN 37421-2095

CNH CAPITAL
ATTN BANKRUPTCY
5323 N 99TH AVENUE
GLENDALE AZ 85305-2201

CNH CAPITAL
PO BOX 1700
NEW HOLLAND PA 17557-0917

CNH INDUSTRIAL CAPITAL AMERICA LLC
PO BOX 63048
NEWARK NJ 07101-8065

CAPITAL ONE
ATTN BANKRUPTCY
PO BOX 30285
SALT LAKE CITY UT 84130-0285

CAPITAL ONE NA
BY AIS INFOSOURCE LP AS AGENT
PO BOX 71083
CHARLOTTE NC 28272-1083

CAPITAL ONE NA SUCCESSOR BY MERGER TO DI
PO BOX 3025
NEW ALBANY OH 43054-3025

CARTER DOBBS JR
ATTORNEY FOR GEORGE HOLDINGS LP
PO BOX 517
AMORY MS 38821-0517

COMMUNITY BANK
PO BOX 270
AMORY MS 38821-0270

COMMUNITY BANK
CO JAMES T MILAM
300 S SPRING ST
TUPELO MS 38804-4822

COMMUNITY BANK MISSISSIPPI
POB 270
AMORY MS 38821-0270

DLL FINANCE LLC
PO BOX 877122
MINNEAPOLIS MN 55480-7702

DEERE  COMPANY
CO LES ALVIS
PO BOX 1836
TUPELO MS 38802-1836

DEERE CREDIT INC
CO LES ALVIS
P O BOX 1836
TUPELO MS 38802-1836

DISCOVER FINANCIAL
ATTN BANKRUPTCY
PO BOX 3025
NEW ALBANY OH 43054-3025

CARTER DOBBS JR
P O BOX 517
AMORY MS 38821-0517

(P)FARM CREDIT SERVICES OF AMERICA
PO BOX 2409
OMAHA NE 68103-2409

GEORGE HOLDINGS LP
1701 HWY 25 N
AMORY MS 38821-8744

GEORGE HOLDINGS LP
CO CARTER DOBBS JR
POST OFFICE BOX 517
AMORY MS 38821-0517

GEORGE HOLDINGS LP
1701 HWY 25 N
AMORY MS 38821-8744

JAY GORE III
PO BOX 901
GRENADA MS 38902-0901

GUARANTY BANK  TRUST CO
PO BOX 657
BELZONI MS 39038-0657

GUARANTY BANK  TRUST COMPANY
CO ASHLEY N LANE
POST OFFICE BOX 901
GRENADA MS 38902-0901

GUARANTY BANK  TRUST COMPANY
CO JAY GORE III
POST OFFICE BOX 901
GRENADA MS 38902-0901

GUARANTY BANK AND TRUST COMPANY
CO JAY GORE III
P O BOX 160
GRENADA MS 38902-0160

GUARANTY BANK AND TRUST COMPANY
CO JAY GORE III
2000 GATEWAY SUITE 160
GRENADA MS 38901-2842

HELENA AGRIENTERPRISES LLC
CO JIM F SPENCER JR
WATKINS  EAGER PLLC
POST OFFICE BOX 650
JACKSON MS 39205-0650

HELENA AGRIENTERPRISES LLC
CO ERIN A MCMANUS
WATKINS  EAGER PLLC
PO BOX 650
JACKSON MS 39205-0650

HELENA AGRIENTERPRISES LLC
CO JIM F SPENCER JR ESQ
WATKINS  EAGER PLLC
PO BOX 650
JACKSON MS 39205-0650

HELENA FINANCE
445 MINNESTORA ST
STE 1700
SAINT PAUL MN 55101-3161

JPMORGAN CHASE BANK NA
SBMT CHASE BANK USA NA
CO NATIONAL BANKRUPTCY SERVICES LLC
PO BOX 9013
ADDISON TEXAS 75001-9013

JAY GORE III
2000 GATEWAY
GRENADA MS 38901-2842

JAY GORE III
2000 GATEWAY SUITE 160
GRENADA MS 38901-2842

(P)DEERE CREDIT SERVICES INC
ATTN LITIGATION  RECOVERY DEPARTMENT
PO BOX 6600
JOHNSTON IA 50131-6600

JOHN DEERE FINANCIAL
CO LES ALVIS
POST OFFICE BOX 1836
TUPELO MS 38802-1836

JOHN DEERE FINANCIAL FSB
CO LES ALVIS
PO BOX 1836
TUPELO MS 38802-1836

DEBTOR

JPMCB
MAILCODE LA47100
700 KANSAS LANE
MONROE LA 71203-4774

ASHLEY N LANE
PO BOX 901
GRENADA MS 38902-0901

JERRY WAYNE MCLARTY
20103 OLD HWY 8
ABERDEEN MS 39730-9534

NANCY SUE MCLARTY
20103 OLD HWY 8
ABERDEEN MS 39730-9534

ERIN A MCMANUS
WATKINS AND EAGER PLLC
PO BOX 650
JACKSON MS 39205-0650

(P)MILAM LAW PA
300 S SPRING ST
TUPELO MS 38804-4822

PHI FINANCE
PO BOX 733260
DALLAS TX 75373-3260

(P)RABO AGRIFINANCE LLC
1402 TECHNOLOGY DR
CEDAR FALLS IA 50613-1233

ROBO AGRIFINANCE
PO BOX 410650
SAINT LOUIS MO 63141-0650

EXCLUDE
THOMAS C ROLLINS JR
THE ROLLINS LAW FIRM PLLC
PO BOX 13767
JACKSON MS 39236-3767

SIMPLOT
PO BOX 27
BOISE ID 83707-0027

SIMPLOT AB RETAIL INC DBA SIMPLOT GROWER SOL
PO BOX 27
BOISE ID 83707-0027

JIM F SPENCER JR
POST OFFICE BOX 650
JACKSON MS 39205-0650

(P)TRUSTMARK NATIONAL BANK
P O BOX 291
JACKSON MS 39205-0291

~~EXCLUDE~~
~~U S TRUSTEE~~
~~501 EAST COURT STREET SUITE 6430~~
~~JACKSON MS 39201-5022~~