# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

IN RE:  Jerry Wayne McLarty           CASE NO. 25-11845-SDM
       Nancy Sue McLarty, Debtors                CHAPTER 12

TO:    TRUSTEE:   Harold J. Barkley, Jr.
         U. S. TRUSTEE: USTPRegion05.JA.ECF@usdoj.gov

        ALL CREDITORS
        A copy of the Court's mailing matrix is attached

## NOTICE OF AMENDMENT TO
## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

**YOU ARE HEREBY NOTIFIED** the above named debtor(s) has filed with the Bankruptcy Court an Amended Schedule C - Property Claimed as Exempt (see copy of Amended Schedule C attached).

**YOU ARE FURTHER NOTIFIED** that any objection or other response to the list of property claimed as exempt must be filed with the Clerk of the Court for the United States Bankruptcy Court; a copy thereof served to the United States Trustee, Case Trustee, and Counsel for the Debtor(s), within 30 days after the conclusion of the meeting of creditors or within 30 days after the filing of this notice of amendment, whichever is later.

Date: November 10, 2025            /s/ Thomas C. Rollins, Jr.
                                             *Thomas C. Rollins, Jr., Attorney for Debtor*

## CERTIFICATE OF SERVICE

On November 10, 2025, a copy of this notice and amended schedule was served on each of the persons listed on the above list either by United States Mail or via electronic service through the Court's CM/ECF system at the mailing addresses and/or email addresses indicated.

                                           /s/ Thomas C. Rollins, Jr.
                                           *Thomas C. Rollins, Jr., Attorney for Debtor*

Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer Ann Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | Jerry Wayne McLarty | |
| | First Name   Middle Name   Last Name | |
| Debtor 2 (Spouse if, filing) | Nancy Sue McLarty | |
| | First Name   Middle Name   Last Name | |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF MISSISSIPPI | |
| Case number (if known) | 25-11845 | |

☑ Check if this is an amended filing

## Official Form 106C
## Schedule C: The Property You Claim as Exempt                                     4/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **2476 Hwy 8 E Houston, MS 38851 Chickasaw County 156 acres**<br>Line from *Schedule A/B*: **1.1** | $630,000.00 | ☑ $75,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Miss. Code Ann. § 85-3-21** |
| **2476 Hwy 8 E Houston, MS 38851 Chickasaw County 156 acres**<br>Line from *Schedule A/B*: **1.1** | $630,000.00 | ☑ $100,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Miss. Code Ann. § 85-3-1(h)** |
| **Household Goods**<br>Line from *Schedule A/B*: **6.1** | $15,050.00 | ☑ $15,050.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Miss. Code Ann. § 85-3-1(a)** |
| **Electronics**<br>Line from *Schedule A/B*: **7.1** | $1,450.00 | ☑ $1,450.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Miss. Code Ann. § 85-3-1(a)** |
| **Clothing**<br>Line from *Schedule A/B*: **11.1** | $500.00 | ☑ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Miss. Code Ann. § 85-3-1(a)** |

| Debtor 1 | **Jerry Wayne McLarty** | | | |
|---|---|---|---|---|
| Debtor 2 | **Nancy Sue McLarty** | | Case number (if known) | **25-11845** |

| **Brief description of the property and line on** *Schedule A/B* **that lists this property** | **Current value of the portion you own** *Copy the value from Schedule A/B* | **Amount of the exemption you claim** *Check only one box for each exemption.* | | **Specific laws that allow exemption** |
|---|---|---|---|---|
| **Jewelry** <br> Line from *Schedule A/B*: **12.1** | $150.00 | ■ | $150.00 | **Miss. Code Ann. § 85-3-1(a)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Cash** <br> Line from *Schedule A/B*: **16.1** | $700.00 | ■ | $700.00 | **Miss. Code Ann. § 85-3-1(a)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Federal Tax Refund** <br> Line from *Schedule A/B*: **28.1** | $10,000.00 | ■ | $10,000.00 | **Miss. Code Ann. § 85-3-1(j)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **State Tax Refund** <br> Line from *Schedule A/B*: **28.2** | $10,000.00 | ■ | $10,000.00 | **Miss. Code Ann. § 85-3-1(k)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Earned Income Credit** <br> Line from *Schedule A/B*: **28.3** | $10,000.00 | ■ | $10,000.00 | **Miss. Code Ann. § 85-3-1(i)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |

3. **Are you claiming a homestead exemption of more than $214,000?**
   (Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

IN RE:

JERRY WAYNE MCLARTY
NANCY SUE MCLARTY

CASE NO: 25-11845

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 12

On 11/10/2025, I did cause a copy of the following documents, described below,

Notice and Amended C

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/10/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>JERRY WAYNE MCLARTY<br>NANCY SUE MCLARTY | CASE NO: 25-11845<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 12 |

On 11/10/2025, a copy of the following documents, described below,

Notice and Amended C

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/10/2025

_/s/ Miles Wood_

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>05371<br>CASE 25-11845-SDM<br>NORTHERN DISTRICT OF MISSISSIPPI<br>ABERDEEN<br>MON NOV 10 12-53-33 CST 2025 | ALTUS RECEIVABLE MANAGEMENT<br>CO PHI FINANCIAL<br>2910 WESTTOWN PKWY STE 102<br>WEST DES MOINES IA 50266-1308 | LES ALVIS<br>207 COURT STREET<br>PO BOX 1836<br>TUPELO MS 38802-1836 |

EXCLUDE

| | | |
|---|---|---|
| ~~HAROLD J BARKLEY JR~~<br>~~PO BOX 5069~~<br>~~JACKSON MS 39296-5069~~ | BAYER<br>PO BOX 204070<br>DALLAS TX 75320-4070 | BOBBY AND LINDA GUNTER<br>375 ACORN DR<br>ROSEBURG OR 97470-9873 |
| BRANDON FOWLKES<br>9135 STONEY MOUNTAIN DR<br>CHATTANOOGA TN 37421-2095 | CNH CAPITAL<br>ATTN BANKRUPTCY<br>5323 N 99TH AVENUE<br>GLENDALE AZ 85305-2201 | CNH CAPITAL<br>PO BOX 1700<br>NEW HOLLAND PA 17557-0917 |
| CNH INDUSTRIAL CAPITAL AMERICA LLC<br>PO BOX 63048<br>NEWARK NJ 07101-8065 | CAPITAL ONE<br>ATTN BANKRUPTCY<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | CAPITAL ONE NA<br>BY AIS INFOSOURCE LP AS AGENT<br>PO BOX 71083<br>CHARLOTTE NC 28272-1083 |
| CAPITAL ONE NA SUCCESSOR BY MERGER TO DI<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | CARTER DOBBS JR<br>ATTORNEY FOR GEORGE HOLDINGS LP<br>PO BOX 517<br>AMORY MS 38821-0517 | COMMUNITY BANK<br>PO BOX 270<br>AMORY MS 38821-0270 |
| COMMUNITY BANK<br>CO JAMES T MILAM<br>300 S SPRING ST<br>TUPELO MS 38804-4822 | COMMUNITY BANK MISSISSIPPI<br>POB 270<br>AMORY MS 38821-0270 | DLL FINANCE LLC<br>PO BOX 877122<br>MINNEAPOLIS MN 55480-7702 |
| DEERE  COMPANY<br>CO LES ALVIS<br>PO BOX 1836<br>TUPELO MS 38802-1836 | DEERE CREDIT INC<br>CO LES ALVIS<br>P O BOX 1836<br>TUPELO MS 38802-1836 | DISCOVER FINANCIAL<br>ATTN BANKRUPTCY<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 |
| CARTER DOBBS JR<br>P O BOX 517<br>AMORY MS 38821-0517 | (P)FARM CREDIT SERVICES OF AMERICA<br>PO BOX 2409<br>OMAHA NE 68103-2409 | GEORGE HOLDINGS LP<br>1701 HWY 25 N<br>AMORY MS 38821-8744 |
| GEORGE HOLDINGS LP<br>CO CARTER DOBBS JR<br>POST OFFICE BOX 517<br>AMORY MS 38821-0517 | GEORGE HOLDINGS LP<br>1701 HWY 25 N<br>AMORY MS 38821-8744 | JAY GORE III<br>PO BOX 901<br>GRENADA MS 38902-0901 |

```
GUARANTY BANK  TRUST CO                GUARANTY BANK  TRUST COMPANY          GUARANTY BANK  TRUST COMPANY
PO BOX 657                             CO ASHLEY N LANE                      CO JAY GORE III
BELZONI MS 39038-0657                  POST OFFICE BOX 901                   POST OFFICE BOX 901
                                       GRENADA MS 38902-0901                 GRENADA MS 38902-0901



GUARANTY BANK AND TRUST COMPANY        GUARANTY BANK AND TRUST COMPANY       HELENA AGRIENTERPRISES LLC
CO JAY GORE III                        CO JAY GORE III                       CO JIM F SPENCER JR
P O BOX 160                            2000 GATEWAY SUITE 160                WATKINS  EAGER PLLC
GRENADA MS 38902-0160                  GRENADA MS 38901-2842                 POST OFFICE BOX 650
                                                                             JACKSON MS 39205-0650



HELENA AGRIENTERPRISES LLC             HELENA AGRIENTERPRISES LLC            HELENA FINANCE
CO ERIN A MCMANUS                      CO JIM F SPENCER JR ESQ               445 MINNESTORA ST
WATKINS  EAGER PLLC                    WATKINS  EAGER PLLC                   STE 1700
PO BOX 650                             PO BOX 650                            SAINT PAUL MN 55101-3161
JACKSON MS 39205-0650                  JACKSON MS 39205-0650



JPMORGAN CHASE BANK NA                 JAY GORE III                          JAY GORE III
SBMT CHASE BANK USA NA                 2000 GATEWAY                          2000 GATEWAY SUITE 160
CO NATIONAL BANKRUPTCY SERVICES LLC    GRENADA MS 38901-2842                 GRENADA MS 38901-2842
PO BOX 9013
ADDISON TEXAS 75001-9013



(P)DEERE CREDIT SERVICES INC           JOHN DEERE FINANCIAL                  JOHN DEERE FINANCIAL FSB
ATTN LITIGATION  RECOVERY DEPARTMENT   CO LES ALVIS                          CO LES ALVIS
PO BOX 6600                            POST OFFICE BOX 1836                  PO BOX 1836
JOHNSTON IA 50131-6600                 TUPELO MS 38802-1836                  TUPELO MS 38802-1836



                                                                             DEBTOR

JPMCB                                  ASHLEY N LANE                         JERRY WAYNE MCLARTY
MAILCODE LA47100                       PO BOX 901                            20103 OLD HWY 8
700 KANSAS LANE                        GRENADA MS 38902-0901                 ABERDEEN MS 39730-9534
MONROE LA 71203-4774



NANCY SUE MCLARTY                      ERIN A MCMANUS                        (P)MILAM LAW PA
20103 OLD HWY 8                        WATKINS AND EAGER PLLC                300 S SPRING ST
ABERDEEN MS 39730-9534                 PO BOX 650                            TUPELO MS 38804-4822
                                       JACKSON MS 39205-0650



PHI FINANCE                            (P)RABO AGRIFINANCE LLC               ROBO AGRIFINANCE
PO BOX 733260                          1402 TECHNOLOGY DR                    PO BOX 410650
DALLAS TX 75373-3260                   CEDAR FALLS IA 50613-1233             SAINT LOUIS MO 63141-0650



EXCLUDE

THOMAS C ROLLINS JR                    SIMPLOT                               SIMPLOT AB RETAIL INC DBA SIMPLOT GROWER SOL
THE ROLLINS LAW FIRM PLLC              PO BOX 27                             PO BOX 27
PO BOX 13767                           BOISE ID 83707-0027                   BOISE ID 83707-0027
JACKSON MS 39236-3767
```

| | | |
|---|---|---|
| JIM F SPENCER JR | (P)TRUSTMARK NATIONAL BANK | ~~EXCLUDE~~ |
| POST OFFICE BOX 650 | P O BOX 291 | ~~U S TRUSTEE~~ |
| JACKSON MS 39205-0650 | JACKSON MS 39205-0291 | ~~501 EAST COURT STREET SUITE 6430~~ |
| | | ~~JACKSON MS 39201-5022~~ |