## CHAPTER 12 CASE – MONTHLY CASH RECEIPTS AND DISBURSEMENTS

CHAPTER 12 CASE                             Month of  October , 20 25

NAME OF DEBTOR: Jerry W. & Nancy S. McLarty     CASE NO.: 25 - 11845

### MONTHLY CASH RECEIPTS AND DISBURSEMENTS

I. **Cash Received During Month:**                          Amount

   Business / Farm Income (itemize):

   | Item | Quantity Sold | Amount: |
   |---|---|---|
   | See attached | | |

   Total business / farm income:                $133,214.85

   Loan proceeds received this month (if any):  $ -0-

   Income received from non-farming employment: See Sch. $1,928.00

   Other receipts:                              $ —

II. **TOTAL CASH RECEIPTS**                                 $135,142.85

III. **Expenses Paid:**                                     Amount

   Total amount paid for household or living expenses: $3,817.95

   Operating expenses paid (itemize):

   | Item | Amount: |
   |---|---|
   | See Attached | |

   Total operating expenses paid:               $17,746.29

   Plan Payments Made to Chapter 12 Trustee:    $ —

   **TOTAL EXPENSES PAID**                                 ($21,544).24

IV. **Income (or Loss) For Month**                          $113,578.61

V. **Cash Reconciliation:**

   Cash and Bank Account Balance at Beginning of Month: $152,183.07

   Income (or Loss) During Month:               $113,578.61

   Cash and Bank Account Balance at End of Month:          $265,236.09

VI. **Other: Unpaid Post Petition Expenses Incurred to date and not paid (Itemize):**

   | Expense | Amount |
   |---|---|
   | See attached | |

I CERTIFY UNDER PENALTY OF PERJURY THAT I HAVE READ THE FOREGOING STATEMENT, AND IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

11-17-25                   Jerry McLarty     Nancy McLarty
DATE                       DEBTOR / OFFICER OF DEBTOR

Jerry W. & Nancy S. McLarty    Case No. 25-11845

1. Cash Received During Month
   Business/Farm Income

   | Item | Quanity Sold | Amount |
   |---|---|---|
   | CCC Program | | $ 86,668.00 |
   | Emergency Commodity Prog. | | 3,981.44 |
   | Emergency Relief | | 9,135.93 |
   | Soybeans | | 33,429.48 |
   | | | 133,214.85 |

   | | | |
   |---|---|---|
   | Loan Proceeds | | — |
   | Income From Non Farming | | 1,928.00   Soc. Sec. |

II. Total Cash Receipts     $ 135,142.85

III. Expenses Paid    Amount
   Total paid Household/Living   $ 3,817.95

   Operating Expenses Paid

   | Item | Amount |
   |---|---|
   | Auto/Fuel | 2,446.55 |
   | Bank charge | 39.00 |
   | Cattle - Feed, expense | 1,260.35 |
   | Federal Withholding | 1,394.64 |
   | Insurance - Farm | 1,721.47 |
   | Insurance Life/Health | 903.24 |
   | Medical | 549.00 |
   | Office | 268.58 |
   | Parts | 1,304.53 |

(1)

Jerry W. McLarty & Nancy S. McLarty  Case No. 25-11845

III. Expenses
Operating Expenses

| Item | Amount |
|---|---|
| State withholding | 200.00 |
| Subscription | 50.00 |
| Supplies | 1,011.69 |
| Tires | 287.86 |
| Utilities | 276.66 |
| Wages | 6,032.72 |
| | 17,746.29 |

Total Expense         21,564.24

IV. Income or Loss for Month      113,578.61

V. Cash Reconcitiation
Cash & Bank Acc. (Beginning of Month)    $152,183.07

| Bank | Amount |
|---|---|
| Bank of Okolona | 140,158.25 |
| Community Bank | 4,836.93 |
| Community Bank | 1,197.27 |
| Community Bank | 927.34 |
| Guaranty Bank | 1,244.04 |
| Renasant Bank | 3,819.24 |

(2)

Jerry W. & Nancy S. McLarty    Case No. 25-11845

## V. Cash Reconciliation

Cash Reconciliation Beginning of Month    152,183.07

Cash & Bank Account End of Month
- Bank of Okolona        $254,894.36
- Community Bank           4,833.61
- Community Bank           1,189.27
- Community Bank             925.34
- Guaranty Bank            1,230.04
- Renasant Bank            2,163.47

Cash & Bank Acc. End of Month    $265,236.09

(3)