_____



**SO ORDERED,**

**Judge Selene D. Maddox**

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.
_____

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

I**n Re:  Jerry Wayne McLarty and**
**Nancy S. McLarty**                                                          **Case No.: 25-11845-SDM**
                                                                              **Chapter: 12**
**Debtor(s)**

## ORDER

THIS DAY THIS CAUSE came on for consideration of Guaranty Bank's Motion [Dkt#28]. The parties have reached an agreement on the payment of the loans through the Debtors' Proposed Plan and Guaranty Bank and Trust has requested the withdrawal of the Movant's Motion [Dkt.#28].

IT IS ORDERED, that Guaranty Bank's Motion [Dkt #28] is hereby withdrawn.

SO ORDERED.

## END OF ORDER ##

Submitted by:

/s/ Jay Gore, III
Jay Gore, III, MSB#4916
Gore, Kilpatrick & Dambrino, PLLC
P. O. Box 901
Grenada, Mississippi 38902-0901
662.226.1891
jgore@gorekilpatrick.com