_____

**SO ORDERED,**



*Judge Selene D. Maddox*

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.
_____

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

I**n Re: Jerry Wayne McLarty and
Nancy S. McLarty**

**Case No.: 25-11845-SDM
Chapter: 12**

**Debtor(s)**

## ORDER

THIS DAY THIS CAUSE came on for consideration of Guaranty Bank's Motion [Dkt#28]. The parties have reached an agreement on the payment of the loans through the Debtors' Proposed Plan and Guaranty Bank and Trust has requested the withdrawal of the Movant's Motion [Dkt.#28].

IT IS ORDERED, that Guaranty Bank's Motion [Dkt #28] is hereby withdrawn.

SO ORDERED.

## END OF ORDER ##

Submitted by:

/s/ Jay Gore, III
Jay Gore, III, MSB#4916
Gore, Kilpatrick & Dambrino, PLLC
P. O. Box 901
Grenada, Mississippi 38902-0901
662.226.1891
jgore@gorekilpatrick.com

United States Bankruptcy Court

Northern District of Mississippi

| | |
|---|---|
| In re: | Case No. 25-11845-SDM |
| Jerry Wayne McLarty | Chapter 12 |
| Nancy Sue McLarty | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0537-1 | User: autodocke | Page 1 of 2 |
| Date Rcvd: Nov 20, 2025 | Form ID: pdf0003 | Total Noticed: 8 |

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jerry Wayne McLarty, Nancy Sue McLarty, 20103 Old Hwy 8, Aberdeen, MS 39730-9534 |
| cr | + | Deere & Company, c/o Les Alvis, P.O. Box 1836, Tupelo, MS 38802-1836 |
| cr | | Deere Credit, Inc., c/o Les Alvis, P. O. Box 1836, Tupelo, MS 38802-1836 |
| cr | + | George Holdings, L.P., 1701 Hwy 25 N, Amory, MS 38821-8744 |
| cr | + | Guaranty Bank and Trust Company, c/o Jay Gore, III, P. O. Box 160, GRENADA, MS 38902-0901, UNITED STATES 38902-0160 |
| cr | | Helena Agri-Enterprises, LLC, c/o Jim F. Spencer, Jr., Watkins & Eager PLLC, Post Office Box 650, Jackson, MS 39205-0650 |
| cr | + | John Deere Financial, f.s.b., c/o Les Alvis, P.O. Box 1836, Tupelo, MS 38802-1836 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: jill.johnson@communitybank.net | Nov 21 2025 01:24:00 | Community Bank, P.O. Box 270, Amory, MS 38821-0270 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Nov 22, 2025 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Ashley N. Lane | |

| District/off: 0537-1 | User: autodocke | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 20, 2025 | Form ID: pdf0003 | Total Noticed: 8 |

on behalf of Creditor Guaranty Bank and Trust Company alane@gorekilpatrick.com  kferguson@gorekilpatrick.com

Carter Dobbs, Jr.

on behalf of Creditor George Holdings  L.P. carterdobbslaw@gmail.com, dobbscr94490@notify.bestcase.com

Erin A McManus

on behalf of Creditor Helena Agri-Enterprises  LLC emcmanus@watkinseager.com, scook@watkinseager.com

Harold J. Barkley, Jr.

hjb@hbarkley13.com  trusteeMSNB81@ecf.epiqsystems.com

James T. Milam

on behalf of Creditor Community Bank jtm@milamlawpa.com

Jay Gore, III

on behalf of Creditor Guaranty Bank and Trust Company jgore@gorekilpatrick.com sedwards@gorekilpatrick.com,alane@gorekilpatrick.com

Jim F. Spencer, Jr.

on behalf of Creditor Helena Agri-Enterprises  LLC jspencer@watkinseager.com, mryan@watkinseager.com

Les Alvis

on behalf of Creditor John Deere Financial  f.s.b. lalvis@rccalaw.com, lesalvis@comcast.net

Les Alvis

on behalf of Creditor Deere Credit  Inc. lalvis@rccalaw.com, lesalvis@comcast.net

Les Alvis

on behalf of Creditor Deere & Company lalvis@rccalaw.com  lesalvis@comcast.net

Thomas C. Rollins, Jr.

on behalf of Debtor Jerry Wayne McLarty trollins@therollinsfirm.com jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email

Thomas C. Rollins, Jr.

on behalf of Joint Debtor Nancy Sue McLarty trollins@therollinsfirm.com jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email

U. S. Trustee

USTPRegion05.AB.ECF@usdoj.gov

TOTAL: 13