**United States Bankruptcy Court**
**Southern District of Mississippi**

In re: JERRY WAYNE McLARTY                                      NO. 25-11845-SDM
AND NANCY SUE McLARTY                                           CHAPTER 12

**Corporate Ownership Statement**

   Pursuant to Federal Rules Bankruptcy Procedure and Mississippi Bankruptcy Local Rules, JOHN DEERE FINANCIAL, f.s.b., a

- ☒ Party to a contested matter **Miss. Bankr. LR. 9014-1(c)**
- ☐ Corporate Debtor **FRBP 1007(a)(1)**
- ☐ Corporate Petitioner of an involuntary petition **FRBP 1010(b)**
- ☐ Alleged Corporate Debtor **FRBP 1011(f)**

makes the following disclosure(s):

- ☒ The following entities owning, directly or indirectly, 10% or more of any class of the corporation's equity interests, are listed below:

    *Deere & Company, a publicly held corporation traded on the New York Stock Exchange under the symbol DE*

**OR**

- ☐ There are no entities owning, directly or indirectly, 10% or more of any class of the corporation's equity interest.

Date:  December 3, 2025          /s/ Les Alvis
                                 LES ALVIS
                                 Bar Number 1548
                                 RILEY, CALDWELL CORK & ALVIS, P.A.
                                 207 Court Street
                                 Post Office Box 1836
                                 Tupelo, Mississippi 38802-1836
                                 (662) 842-8945
                                 lalvis@rccalaw.com

1

## CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below I electronically filed the foregoing CORPORATE OWNERSHIP STATEMENT with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

Carter Dobbs, Jr.
carterdobbslaw@gmail.com

Jay Gore, III
jgore@gorekilpatrick.com

Ashley N. Lane
alane@gorekilpatrick.com

Erin A. McManus
emcmanus@watkinseager.com

James T. Milam
jtm@milamlawpa.com

Thomas C. Rollins, Jr.
trollins@therollinsfirm.com

Jim F. Spencer, Jr.
jspencer@watkinseager.com

Harold J. Barkley, Jr.
hjb@hbarkley13.com

U. S. Trustee
USTPRegion05.AB.ECF@usdoj.gov

DATED:      December 3, 2025

        /s/ Les Alvis
        LES ALVIS
        Bar Number 1548
        lalvis@rccalaw.com