

# INVOICE

Invoice # 8522
Date: 11/30/2025
Due On: 12/30/2025

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Jerry Wayne McLarty and Nancy Sue McLarty

## 05727-McLarty Jerry Wayne McLarty and Nancy Sue

**Services**

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | BB | 03/14/2025 | Incoming Call: Phone conference with debtor requesting to speak with TC. Drafted TC email memo informing him of the call. | 0.10 | $100.00 | $10.00 |
| Service | CO | 05/15/2025 | Incoming Call: Phone conference with debtor with questions about their paperwork and a creditor threatening to garnish their bank account. Set appointment to drop off documents and drafted email memo to GM about payment. | 0.20 | $100.00 | $20.00 |
| Service | CO | 05/16/2025 | Review and organize documents provided by debtor: In office document drop off appointment. Reviewed notices from a creditors, answered questions and took notes of questions for the attorney. | 1.20 | $100.00 | $120.00 |
| Service | CO | 05/16/2025 | Review and organize documents provided by debtor: Scanned and organized 3 loan and sale contracts provided by debtor. | 0.20 | $100.00 | $20.00 |
| Service | CO | 05/19/2025 | Review and organize documents provided by debtor: - general information packet, business questionnaire, 2023 and 2024 tax returns, 2024 tax returns for Nan Farms LLC, debt sheets and a sales contract. Organized in client's file | 1.30 | $100.00 | $130.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | KR | 05/20/2025 | Incoming Call: Telephone conference with debtor about the questions he had for CO; took message to CO; telephone conference with CO about the debtor's message requesting a call back to discuss the filing for his business | 0.10 | $155.00 | $15.50 |
| Service | CO | 05/21/2025 | Reviewed email from debtor stating another creditor is threatening them. Reviewed file; Drafted email response asking for the creditors name and terms. Advise they provide property and inventory list as soon as possible and asked if the tax forms they provided were for the business they intended to file bankruptcy on. | 0.10 | $100.00 | $10.00 |
| Service | CO | 05/22/2025 | In office conference with debtors providing a list of property and assets and reviewed notices from creditors threatening legal action. Advised they contact the creditors before the deadline to attempt to work something out and to begin documenting their communications with them. Took notes on questions they had for the attorney. | 0.80 | $100.00 | $80.00 |
| Service | TR | 05/22/2025 | Review of lien notice from Rabo Ag (.1) - call client to discuss (.2) | 0.30 | $360.00 | $108.00 |
| Service | CO | 05/22/2025 | Scanned sales contracts and list of assets and inventory. | 0.50 | $100.00 | $50.00 |
| Service | JAC | 05/23/2025 | Input Case - list all assets on schedule B | 1.00 | $360.00 | $360.00 |
| Service | CO | 05/23/2025 | Contact Debtor (Text/Email): Drafted email to debtors requesting a copy of their driver's licenses and social security cards. | 0.10 | $100.00 | $10.00 |
| Service | CO | 05/23/2025 | Incoming Call: Phone conference with debtor to set an appointment to collect a copy of their driver's license and social security card. Added appointment to calendar. | 0.10 | $0.00 | $0.00 |
| Service | CO | 05/27/2025 | In office appointment to collect and scan color copies of their driver's license and social security card. Debtor's did not have their social security card but provided their social security numbesron their medical insurance cards. Organized in client's file. | 0.20 | $0.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | JAC | 05/27/2025 | Pull, review & import debts from CR. Add debts in GIP & Business debts not on the CR. Prepare SOFA. Link secured debts to assets that I could determine based on contracts. | 1.10 | $360.00 | $396.00 |
| Service | JAC | 05/29/2025 | Schedule D - link debts to collateral, add collateral for debts we don't have collateral listed | 0.70 | $360.00 | $252.00 |
| Service | JAC | 05/29/2025 | Calculate income to get average for last 6 months for I | 0.30 | $360.00 | $108.00 |
| Service | CO | 05/29/2025 | Review and organize documents provided by debtor: Reviewed, scanned and organized 3 months of bank statements for 2 accounts. | 0.20 | $100.00 | $20.00 |
| Service | CO | 05/29/2025 | Review and organize documents provided by debtor: Reviewed, scanned and organized 3 months of bank statements for 4 bank accounts. | 0.70 | $100.00 | $70.00 |
| Service | CO | 05/30/2025 | Review and organize documents provided by debtor: Reviewed email from debtor with photos of bank statements; converted files to pdf and attempted to organize by statement but the quality was too poor to read; drafted email to debtor requesting they bring them to the appointment. Organized a list of collateral and loans in client's file. | 0.20 | $100.00 | $20.00 |
| Service | JAC | 05/30/2025 | Research UCCs, combine into Document: UCCS.xlsx | 1.40 | $360.00 | $504.00 |
| Service | TR | 05/30/2025 | McClarty Farms Meetingn - to review schedules, discuss duties while in bankruptcy - | 1.40 | $360.00 | $504.00 |
| Service | JAC | 05/30/2025 | make updates, work with CO to get debts correct | 1.80 | $360.00 | $648.00 |
| Service | CO | 06/02/2025 | In office conference with debtor's to review and discuss their expense sheets, notes on the bankruptcy paperwork and questions they had for the attorneys. | 0.50 | $100.00 | $50.00 |
| Service | CO | 06/02/2025 | Review and organize documents provided by debtor: Scanned, reviewed and organized documents provided by debtor; drafted email to attorneys with the debtor's questions. | 0.40 | $100.00 | $40.00 |
| Service | JAC | 06/02/2025 | prepare Document: Business | 0.10 | $360.00 | $36.00 |

|         |     |            | Expenses.xlsx |      |          |        |
|---------|-----|------------|---------------|------|----------|--------|
| Service | JAC | 06/02/2025 | review schedules marked up by debtors, make updates in bc | 0.20 | $360.00 | $72.00 |
| Service | CO  | 06/02/2025 | Contact Debtor (Text/Email): Drafted email to debtor asking if they still owe Pinnacle Agriculture and the amount owed. | 0.10 | $100.00 | $10.00 |
| Service | CO  | 06/03/2025 | Contact Debtor (Text/Email): Reviewed emails from debtor. Forwarded creditor and debt information to attorney and drafted email response to the debtor stating we could schedule them to come in and complete their credit counseling tomorrow morning. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 06/04/2025 | save draft bk | 0.10 | $0.00 | $0.00 |
| Service | CO  | 06/04/2025 | Call Debtor: Phone conference with debtor regarding their appointment to complete the credit counseling course. Stating they decided to reschedule for either this afternoon or after the debtor's surgery. | 0.10 | $0.00 | $0.00 |
| Service | CO  | 06/04/2025 | Contact Debtor (Text/Email): Drafted email to debtor requesting we reschedule their appointment to this afternoon. | 0.10 | $0.00 | $0.00 |
| Service | KR  | 06/04/2025 | Incoming Call: Telephone conference with debtor; wanted to speak with CO; but said she had an important call coming in; drafted email memo to CO to return call | 0.10 | $0.00 | $0.00 |
| Service | KR  | 06/04/2025 | Incoming Call: Telephone conference with debtor again about rescheduling her appointment for the Credit Counseling Course; drafted email memo to CO with the information | 0.10 | $0.00 | $0.00 |
| Service | CO  | 06/04/2025 | Incoming Call: Phone conference with debtor regarding rescheduling their appointment to speak with the attorney. | 0.10 | $0.00 | $0.00 |
| Service | CO  | 06/09/2025 | Call Debtor: Phone conference with debtor to discuss information needed to complete the credit counseling course. Drafted email to debtor with a copy of their most recent expense sheets. | 0.10 | $100.00 | $10.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | TR | 06/10/2025 | Call w/ client, conferenced in CPA re: tax obligation if real estate sold - discussed chapter 11 sub5 determined that Debtors are over the debt limit | 0.60 | $360.00 | $216.00 |
| Service | TR | 06/10/2025 | Meeting w/ client to go over revised schedules | 0.70 | $360.00 | $252.00 |
| Service | CO | 06/10/2025 | Assisted debtor in navigating the credit counseling course, printed their counseling summary and answered questions. Set up video conference with the attorney for their signing appointment. Printed signature pages gathered signatures and documents for signing. Scanned signed pages and organized in client's file. | 2.00 | $100.00 | $200.00 |
| Service | CO | 06/11/2025 | Reviewed emails from debtor with a contact information to land leasers and questions for the attorney. Forwarded information to attorney. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 06/12/2025 | review & respond to email from CO | 0.10 | $0.00 | $0.00 |
| Service | JAC | 06/12/2025 | Prepare the petition, schedules, forms to file with the court. Download, review, & import CCC to best case. File everything with Court.: Case is Ready to File | 0.40 | $360.00 | $144.00 |
| Service | CO | 06/12/2025 | Contact Debtor (Text/Email): Drafted text to debtors with their case number. | 0.10 | $100.00 | $10.00 |
| Service | TR | 06/13/2025 | Outline Cash Collateral Motion for paralegal to prepare | 0.80 | $360.00 | $288.00 |
| Service | KR | 06/13/2025 | Draft Motion: Drafted Cash Collateral Motion and Proposed Order based on outline provided by the attorney | 0.70 | $155.00 | $108.50 |
| Service | KR | 06/13/2025 | Drafted Motion and Order to Expedite Hearing | 0.40 | $155.00 | $62.00 |
| Service | JAC | 06/16/2025 | review & approve drafted motions | 0.10 | $360.00 | $36.00 |
| Service | KR | 06/16/2025 | Drafted email memo to JAC re: review Motion to Expedite and Motion for Use of Cash Collateral | 0.10 | $155.00 | $15.50 |
| Service | KR | 06/16/2025 | Revised Motion to Expedite Hearing with the docket number for the Motion to Approve the Use of Cash Collateral; prepared the Motion to Expedite and the Proposed Order for upload to the court | 0.10 | $155.00 | $15.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | JAC | 06/18/2025 | Review: 25-11845-SDM Order on Motion to Expedite Hearing Document# 7 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 06/18/2025 | Review: 25-11845-SDM Meeting of Creditors Document# 8 | 0.10 | $360.00 | $36.00 |
| Service | CO | 06/18/2025 | Contact Debtor (Text/Email): Drafted text to debtors with their meeting of creditors date and time and requested to schedule them to attend in office. | 0.10 | $100.00 | $10.00 |
| Service | KR | 06/18/2025 | Drafted Certificate of Service; reviewed court docket for the Motion for Authority to Use Case Collateral and the Motion with the Order Motion to Expedite Hearing; prepared all for upload to the Certificate of Servie | 0.30 | $0.00 | $0.00 |
| Service | CO | 06/18/2025 | Added in office meeting of creditors to firm calendar. | 0.10 | $100.00 | $10.00 |
| Service | KR | 06/18/2025 | Received and reviewed the Declaration of Mailing from Certificate of Service; prepared the Motion for Authority to Use Case Collateral and the Motion with the Order Motion to Expedite Hearing with the Declaration of Mailing attached for upload to the court | 0.20 | $155.00 | $31.00 |
| Service | CO | 06/20/2025 | Contact Debtor (Text/Email): Drafted email to debtors requesting they attend a hearing. Provided hearing date, time and addresss. | 0.10 | $100.00 | $10.00 |
| Service | TR | 06/23/2025 | Prepare proposed interim cash collateral order | 0.30 | $360.00 | $108.00 |
| Service | JAC | 06/24/2025 | Review: 25-11845-SDM Order on Motion to Use Cash Collateral Document# 11 | 0.10 | $360.00 | $36.00 |
| Service | TR | 06/25/2025 | Review and respond to inquiry re: selling equiptment | 0.10 | $360.00 | $36.00 |
| Service | JC | 06/26/2025 | Incoming Call: Telephone call from wife inquiring about the results of the hearing on Monday; reviewed Order Granting Motion to Use Cash Collateral; discussed same; informed her I would need to find out more; she also inquired about documents requested by Clara for the trustee; she inquired what where the last bank statements we had; reviewed all bank accounts and informed we had | 0.40 | $155.00 | $62.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | through April; reviewed case notes and informed we need her 2022 tax return; reviewed calendar and scheduled appointment for her to drop off the documents today at 2:30 pm in the Columbus office; drafted chat memo to CO regarding conversation with debtor; drafted e-mail to TR attaching Order and inquiring what it means. | | | |
| Service | CO | 06/26/2025 | Document drop off appointment with debtors scanned written information. Reviewed docket 11 and provided debtors with a copy. Took notes on questions they had for the attorney. | 0.30 | $100.00 | $30.00 |
| Service | TR | 06/27/2025 | Review: Proof of Claim 25-11845-SDM Trustmark National Ban Document # 1 | 0.20 | $360.00 | $72.00 |
| Service | TR | 06/30/2025 | Review: Proof of Claim 25-11845-SDM Capital One, N.A., successor by merger to Discover Document # 2 | 0.10 | $360.00 | $36.00 |
| Service | CO | 07/02/2025 | Assisted clients in setting up and using our computer to complete the second credit counseling course. | 0.20 | $100.00 | $20.00 |
| Service | CO | 07/02/2025 | Review and organize documents provided by debtor: Reviewed email from debtor with certificate of the second debtor education course and organized in client's file; Drafted follow up email to debtor asking she checked her husbands email for his certificate. | 0.10 | $100.00 | $10.00 |
| Service | CO | 07/02/2025 | Review and organize documents provided by debtor: Reviewed 6 bank statements provided by debtor; scanned and organized in client's file. | 0.30 | $100.00 | $30.00 |
| Service | JAC | 07/03/2025 | Review: 25-11845-SDM Financial Management Course Certificate Document# 16 | 0.10 | $360.00 | $36.00 |
| Service | TR | 07/03/2025 | Call w/ client to discuss procedure for selling equiptment | 0.20 | $360.00 | $72.00 |
| Service | TR | 07/07/2025 | Call w/ client to discuss creating a statement of operations | 0.10 | $360.00 | $36.00 |
| Service | JAC | 07/10/2025 | Review: 25-11845-SDM Financial Management Course Certificate Document# 17 | 0.10 | $360.00 | $36.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | CO | 07/10/2025 | Review and organize documents provided by debtor: Scanned two sets of 2022 tax returns and organized in client's file. Uploaded to trustee's website. | 1.20 | $100.00 | $120.00 |
| Service | TR | 07/15/2025 | Attend Ch 12 ND Meeting of Creditors - Harold Barkley | 0.50 | $360.00 | $180.00 |
| Service | CO | 07/15/2025 | Administrative - non-billable work: Assisted client's with navigating the 341. Took notes on the debtor's questions and drafted email memo to TR. Video conference with TR to review the debtor's questions. | 0.80 | $0.00 | $0.00 |
| Service | CO | 07/15/2025 | Call Debtor: Call debtor to relay information provided by the attorney. Informed them they would need to complete monthly reports to send to their trustee and are due the 20th of each month. Instructed debtors to review their email for a copy of the form and return to me before the due date. | 0.20 | $100.00 | $20.00 |
| Service | TR | 07/15/2025 | Review: Proof of Claim 25-11845-SDM CNH Industrial Capital America LLC Document # 3 | 0.30 | $360.00 | $108.00 |
| Service | TR | 07/15/2025 | Review: Proof of Claim 25-11845-SDM CNH Industrial Capital America LLC Document # 4 | 0.20 | $360.00 | $72.00 |
| Service | TR | 07/15/2025 | Review: Proof of Claim 25-11845-SDM CNH Industrial Capital America LLC Document # 5 | 0.20 | $360.00 | $72.00 |
| Service | CO | 07/16/2025 | Review email from debtor: Reviewed email from debtor stating she could not print the monthly report form but had the information available. Drafted email to debtor requesting she send a photo of her notes and bring the form with her when she came to pick up extra copies of the form. | 0.10 | $100.00 | $10.00 |
| Service | TR | 07/16/2025 | Review: Proof of Claim 25-11845-SDM JPMorgan Chase Bank, N.A. Document # 6 | 0.20 | $360.00 | $72.00 |
| Service | TR | 07/16/2025 | Review: Proof of Claim 25-11845-SDM Capital One N.A. Document # 8 | 0.20 | $360.00 | $72.00 |
| Service | TR | 07/16/2025 | Review: Proof of Claim 25-11845-SDM Capital One N.A. | 0.20 | $360.00 | $72.00 |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  |  | Document # 7 |  |  |  |
| Service | JC | 07/17/2025 | Drafted certificate of compliance re: payment advices sent to Trustee, and prepared for filing with the Court.<br><br>**Ch 12 ND for H Barkley - had to create - no template | 0.20 | $155.00 | $31.00 |
| Service | CO | 07/17/2025 | Review and organize documents provided by debtor: Debtor dropped off monthly report to send to their trustee. Provided them with 12 blank copies of the form. Scanned documents provided by debtor; Drafted email with monthly report to trustee. | 0.20 | $100.00 | $20.00 |
| Service | CO | 07/21/2025 | Contact Debtor (Text/Email): Drafted text to debtor requesting their signature on the monthly report form. | 0.10 | $100.00 | $10.00 |
| Service | CO | 07/21/2025 | Contact Debtor (Text/Email): Reviewed text from debtor requesting a copy of their monthly report to print off and sign. drafted email to debtor with the report. | 0.10 | $100.00 | $10.00 |
| Service | TR | 07/21/2025 | Review: Proof of Claim 25-11845-SDM Farm Credit/agdirect Document # 9 | 0.30 | $360.00 | $108.00 |
| Service | TR | 07/22/2025 | Review MOR | 0.20 | $360.00 | $72.00 |
| Service | KR | 07/23/2025 | Prepared the monthly operating report for June 2025 for upload to the court | 0.10 | $155.00 | $15.50 |
| Service | CO | 07/25/2025 | Contact Debtor (Text/Email): Drafted email to debtor requesting a forecast of revenue and expenses. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 07/30/2025 | Review: 25-11845-SDM Notice of Appearance Document# 22 | 0.10 | $360.00 | $36.00 |
| Service | CO | 07/30/2025 | Review email from debtor: Reviewed email from debtor stating they have a 6 month projection but were having a difficult time projecting the next 6 months. Drafted email to debtor requesting they submit what they have and the attorney will advise. | 0.10 | $100.00 | $10.00 |
| Service | TR | 07/30/2025 | Review: Proof of Claim 25-11845-SDM Helena Agri-Enterprises, LLC Document # 10 | 0.40 | $360.00 | $144.00 |
| Service | TR | 08/01/2025 | Review: Proof of Claim 25-11845-SDM Community Bank | 0.30 | $360.00 | $108.00 |

|         |    |            |                                                                                                                                                                                                                                                                                                                 |      |          |          |
|---------|----|------------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|----------|----------|
|         |    |            | Mississippi Document # 11                                                                                                                                                                                                                                                                                       |      |          |          |
| Service | TR | 08/01/2025 | Review: Proof of Claim 25-11845-SDM Community Bank Mississippi Document # 12                                                                                                                                                                                                                                    | 0.30 | $360.00  | $108.00  |
| Service | CO | 08/04/2025 | Review and organize documents provided by debtor: Reviewed email from debtor with a 6 month projection of operation statements. Organized in client's file and forwarded to TR to review.                                                                                                                       | 0.20 | $100.00  | $20.00   |
| Service | TR | 08/07/2025 | Review projected 6 month Statement of Operations submitted by client - requested them to mail originals so we could get a better copy and to send the next 6 months                                                                                                                                              | 0.50 | $360.00  | $180.00  |
| Service | CO | 08/07/2025 | Contact Debtor (Text/Email): Reviewed IM from TR asking for physical copies and the next six month's projections; Drafted email to debtor requesting she drop off the physical copies and submit what she has for the following six months for TR to review and Advise. Drafted IM to TR.                       | 0.20 | $100.00  | $20.00   |
| Service | CO | 08/08/2025 | Review email from debtor: Reviewed email from debtor requesting to drop off documents today at 1pm. added in office appointment to the firm calendar and text debtor confirming.                                                                                                                                 | 0.10 | $100.00  | $10.00   |
| Service | CO | 08/08/2025 | Meeting with debtor's providing physical copies of projection sheets, deed of trust documents, letters from creditors and a payment summary. Discussed the difficulties in projecting the last 6 months of the year and their concerns and questions over payments to creditors, their bankruptcy and the correspondence received. Set an in office appointment for them to speak to the attorney. | 1.00 | $100.00  | $100.00  |
| Service | CO | 08/10/2025 | Scanned documents provided by debtor for the attorney to review.                                                                                                                                                                                                                                                | 0.50 | $100.00  | $50.00   |
| Service | TR | 08/11/2025 | Review: Proof of Claim 25-11845-SDM Guaranty Bank and Trust Company Document # 14                                                                                                                                                                                                                               | 0.30 | $360.00  | $108.00  |
| Service | TR | 08/11/2025 | Review: Proof of Claim 25-11845-SDM Guaranty Bank and Trust Company Document # 15                                                                                                                                                                                                                               | 0.30 | $360.00  | $108.00  |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | TR | 08/11/2025 | Review: Proof of Claim 25-11845-SDM Guaranty Bank and Trust Company Document # 13 | 0.20 | $360.00 | $72.00 |
| Service | TR | 08/11/2025 | Review: Proof of Claim 25-11845-SDM Guaranty Bank and Trust Company Document # 16 | 0.30 | $360.00 | $108.00 |
| Service | TR | 08/12/2025 | Review: Proof of Claim 25-11845-SDM Altus Receivable Management Document # 17 | 0.20 | $360.00 | $72.00 |
| Service | TR | 08/13/2025 | Review: Proof of Claim 25-11845-SDM Rabo AgriFinance LLC Document # 19 | 0.30 | $360.00 | $108.00 |
| Service | CO | 08/14/2025 | Call Debtor: Called debtor to request an update on the status of their 6 month projections and their July monthly report. She is working on both and having trouble reconciling the July report. She stated she would send it over by Monday. | 0.20 | $100.00 | $20.00 |
| Service | CO | 08/14/2025 | Reviewed letter from Jacob Law Group attempting to collect a debt for Bayer Cropscience LP. Pulled notice of filing, drafted fax to Jacob law with the notice of filing. | 0.20 | $100.00 | $20.00 |
| Service | TR | 08/14/2025 | Review: Proof of Claim 25-11845-SDM Simplot AB Retail Inc DBA Simplot Grower Solutions Document # 20 | 0.30 | $360.00 | $108.00 |
| Service | TR | 08/14/2025 | Review: Proof of Claim 25-11845-SDM DLL Finance, LLC Document # 18 | 0.20 | $360.00 | $72.00 |
| Service | CO | 08/15/2025 | Incoming Call: Phone conference with debtor with a question about the monthly report. Reviewed report and answered a questions about her bank account statements not reflecting the amount listed on her report due to pending transactions. Informed her I would need to check with the attorney about her question regarding non paid post petition expenses. Drafted memo to KR. | 0.10 | $100.00 | $10.00 |
| Service | CO | 08/18/2025 | Review email from debtor: reviewed emails from debtor with photos of her monthly report and asking if she could drop off the hard and signed copies today. Drafted email reply to debtor stating any time today would be fine. | 0.10 | $100.00 | $10.00 |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  |  | Debtor replied they would drop them off at 1pm. |  |  |  |
| Service | CO | 08/18/2025 | Review and organize documents provided by debtor: Scanned, reviewed and organized 6 months of projected statements of operations. Drafted IM to TR to review. | 0.10 | $100.00 | $10.00 |
| Service | CO | 08/18/2025 | Review and organize documents provided by debtor: Reviewed, scanned and organized a July monthly report in client's file. Created task for KR to file. | 0.10 | $100.00 | $10.00 |
| Service | KR | 08/19/2025 | Prepared July's Monthly Operating Report for upload to the court | 0.10 | $155.00 | $15.50 |
| Service | KR | 08/21/2025 | Started Drafting Motion to Extend Time on the Chapter 12 plan; drafted internal message to TR re: review Motion and inquired about the reasoning | 0.30 | $155.00 | $46.50 |
| Service | JAC | 08/21/2025 | Review: 25-11845-SDM Notice of Appearance Document# 24 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 08/22/2025 | Review POC's filed | 0.40 | $360.00 | $144.00 |
| Service | TR | 08/22/2025 | Review: Proof of Claim 25-11845-SDM George Holdings, LP Document # 30 | 0.30 | $360.00 | $108.00 |
| Service | TR | 08/22/2025 | Review: Proof of Claim 25-11845-SDM Deere & Company Document # 23 | 0.20 | $360.00 | $72.00 |
| Service | TR | 08/22/2025 | Review: Proof of Claim 25-11845-SDM John Deere Financial Document # 29 | 0.20 | $360.00 | $72.00 |
| Service | TR | 08/22/2025 | Review: Proof of Claim 25-11845-SDM Deere & Company Document # 22 | 0.20 | $360.00 | $72.00 |
| Service | TR | 08/22/2025 | Review: Proof of Claim 25-11845-SDM Deere Credit, Inc. Document # 26 | 0.20 | $360.00 | $72.00 |
| Service | TR | 08/22/2025 | Review: Proof of Claim 25-11845-SDM Deere Credit, Inc. Document # 27 | 0.20 | $360.00 | $72.00 |
| Service | TR | 08/22/2025 | Review: Proof of Claim 25-11845-SDM John Deere Financial Document # 28 | 0.20 | $360.00 | $72.00 |
| Service | TR | 08/22/2025 | Review: Proof of Claim | 0.20 | $360.00 | $72.00 |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  |  | 25-11845-SDM Deere & Company Document # 25 |  |  |  |
| Service | TR | 08/22/2025 | Review: Proof of Claim 25-11845-SDM Deere & Company Document # 24 | 0.20 | $360.00 | $72.00 |
| Service | TR | 08/22/2025 | Review: Proof of Claim 25-11845-SDM Deere & Company Document # 21 | 0.20 | $360.00 | $72.00 |
| Service | KR | 08/26/2025 | Review email from Attorney: Reviewed email memo from TR re: Motion to Extend; drafted Motion and Order to Extend Time; drafted internal message to TR re: review Motion to Extend | 0.30 | $155.00 | $46.50 |
| Service | KR | 08/27/2025 | Review email from Attorney: Reviewed internal message from TR re: revisions needed on the Motion to Extend; revised Motion; drafted email to TR re: review revised Motion to Extend | 0.30 | $0.00 | $0.00 |
| Service | KR | 08/28/2025 | Reviewed email from TR re: Motion to Extend; telephone conference with Northern Bankruptcy Court twice about the correct docket event to use; first time they provided incorrectly; second time provided another way to file | 0.20 | $155.00 | $31.00 |
| Service | KR | 08/28/2025 | Prepared the Motion to Extend and the Order for upload to the court | 0.20 | $155.00 | $31.00 |
| Service | TR | 09/02/2025 | Calculate plan payment to pay secured claims, send to CO to review with Debtor prior to our meeting | 0.30 | $360.00 | $108.00 |
| Service | JAC | 09/08/2025 | Review: 25-11845-SDM Motion for Relief From Stay Document# 28 | 0.10 | $360.00 | $36.00 |
| Service | CO | 09/08/2025 | Contact Debtor (Text/Email): Drafted email to debtor with a spreadsheet of their annual payments to creditors. Requested they review and discuss which property if any they want to surrender, then to call us to schedule a phone conference with the attorney. | 0.10 | $100.00 | $10.00 |
| Service | CO | 09/08/2025 | Contact Debtor (Text/Email): Reviewed email from debtor requesting to pick up a physical copy of the document emailed to them. Drafted reply to debtor confirming they can pick it up before 5pm today. | 0.10 | $100.00 | $10.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | CO | 09/08/2025 | In office conference with debtor to pick up a copy of a spread sheet with their annual payments to creditors. Reviewed the document and proof of claims filed by creditors. Added phone conference appointment for the debtors to discuss the spreadsheet with the attorney. | 0.30 | $100.00 | $30.00 |
| Service | JAC | 09/09/2025 | Review: 25-11845-SDM Hearing Set (Document) Document# 29 | 0.10 | $360.00 | $36.00 |
| Service | CO | 09/11/2025 | Reviewed email from debtor with questions for the attorney prior to their phone conference. Added questions to the calendar event for the attorney to review and drafted email update. | 0.10 | $100.00 | $10.00 |
| Service | TR | 09/12/2025 | Call w/ client to go over claims filed in bankruptcy - property that can be surrendered/sold and property we must keep - possibility of selling homestead - Motion for Relief | 0.60 | $360.00 | $216.00 |
| Service | TR | 09/12/2025 | Review POCs and compare to MFR filed by Guarantee Bank | 0.20 | $360.00 | $72.00 |
| Service | CO | 09/15/2025 | Contact Debtor (Text/Email): Drafted text to debtor requesting their August Monthly Report. | 0.10 | $100.00 | $10.00 |
| Service | CO | 09/15/2025 | Review and organize documents provided by debtor: Debtor dropped of their monthly report along with a motion for relief from stay Guaranty Bank and a billing statement from John Deere for the month of May of 2025. Created task to review proof of claim filed by John Deere and task to contact attorney regarding the motion for relief. | 0.30 | $100.00 | $30.00 |
| Service | CO | 09/15/2025 | Scanned monthly report provided by debtor and organized in clients file. Assigned task for KR to file the report. | 0.10 | $100.00 | $10.00 |
| Service | CO | 09/17/2025 | Drafted email to attorney with debtor questions and included supplemental statemenst and a proof of claim for the attorney to review. | 0.20 | $100.00 | $20.00 |
| Service | TR | 09/18/2025 | Email w/ Les Alvis re: POC amount owed for Multi Purpose loan | 0.20 | $360.00 | $72.00 |
| Service | TR | 09/18/2025 | Review MOR | 0.20 | $360.00 | $72.00 |
| Service | KR | 09/19/2025 | Reviewed and prepared the Monthly | 0.10 | $155.00 | $15.50 |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  |  | Operating report for August for upload to the court |  |  |  |
| Service | CO | 09/19/2025 | Contact Debtor (Text/Email): Drafted email to debtor stating the attorney was still negotiating with their creditors and would provide an update soon. | 0.10 | $100.00 | $10.00 |
| Service | TR | 09/23/2025 | Call w/ client to discuss response to MFR | 0.20 | $360.00 | $72.00 |
| Service | TR | 09/23/2025 | Email w/ Jay Gore re: adequate protection and plan treatment | 0.20 | $360.00 | $72.00 |
| Service | KR | 09/25/2025 | Reviewed memo from TR re:response per the Motion for Relief; reviewed court docket for the Motion and the claim filed by the creditor; drafted response; drafted email memo to TR re: review response | 0.30 | $155.00 | $46.50 |
| Service | KR | 09/25/2025 | Reviewed email memo from TR re: response; telephone conference with VM about mailing the response for the Motion for Relief today via First Class Mail; prepared the response for upload to the court | 0.20 | $155.00 | $31.00 |
| Service | TR | 09/30/2025 | Call w/ client re: appraisal of equiptment | 0.10 | $360.00 | $36.00 |
| Service | TR | 09/30/2025 | Email w/ Jay Gore re: appraisal of equiptment | 0.10 | $360.00 | $36.00 |
| Service | CO | 10/02/2025 | Contact Debtor (Text/Email): Reviewed email memo form attorney needing an address for equipment collateral for Guaranty Bank loans. Drafted email to debtor requesting the address. | 0.10 | $100.00 | $10.00 |
| Service | CO | 10/02/2025 | Reviewed email from debtor with the address their equipment is located. Drafted email to Ashley from Guaranty Bank with the address the equipment can be found. | 0.20 | $100.00 | $20.00 |
| Service | TR | 10/06/2025 | Email w/ Les re: balance on POC and recent charges | 0.20 | $360.00 | $72.00 |
| Service | CO | 10/07/2025 | Incoming Call: Phone conference with debtor calling to confirm they do not have to attend the hear today in Aberdeen. Reviewed and informed them it was settled. Provided update to debtor about the reason the John | 0.10 | $100.00 | $10.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Deere proof of claim was $12,040.03 more than their last statement was due to a purchase they made to Simplot the day before their case was filed. Explained to debtor they might not have received a statement due to the Automatic Stay. Debtor stated this could be possible, that she would check her records and get back with me. | | | |
| Service | JAC | 10/07/2025 | Review: 25-11845-SDM Hearing Not Held; Continued/Rescheduled Document# | 0.10 | $360.00 | $36.00 |
| Service | CO | 10/15/2025 | Call Debtor: Reviewed email from debtor stating she would like to drop off her monthly report; called debtor and scheduled a time for her to drop it off. | 0.10 | $0.00 | $0.00 |
| Service | CO | 10/15/2025 | In office appointment with debtor providing their September monthly report. Scanned, organized in client's file and forwarded to attorney for review. | 0.10 | $0.00 | $0.00 |
| Service | KR | 10/20/2025 | Reviewed and prepared the September Monthly Operating Report for upload to the court | 0.20 | $155.00 | $31.00 |
| Service | TR | 10/30/2025 | Call w/ Nancy to discuss what collateral to keep, sell, surrender | 0.20 | $360.00 | $72.00 |
| Service | SA | 11/03/2025 | Incoming Call: ∆ called to inquire if CO was in the office to print off an email she received from TR; drafted memo to CO to confirm she is not in office and advised ∆ | 0.10 | $0.00 | $0.00 |
| Service | TR | 11/04/2025 | Video call w/ client discussing surrendering/selling/paying for collateral in plan - plan payment, property values and exemptions | 1.10 | $360.00 | $396.00 |
| Service | JAC | 11/04/2025 | assist TR with call to amend schedules | 0.20 | $360.00 | $72.00 |
| Service | KR | 11/04/2025 | Administrative - non-billable work: In Office Meeting with debtors and attorney | 2.00 | $0.00 | $0.00 |
| Service | KR | 11/05/2025 | Drafted Notice of Amended C; drafted email memo to JAC re: review Notice | 0.20 | $155.00 | $31.00 |
| Service | JAC | 11/05/2025 | Review & add POCs 26 - 29 to schedules. Link all claims to the | 1.10 | $360.00 | $396.00 |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  |  | correct collateral if not already. Link collateral unlinked to liens to the remaining value of claim to Simplot. Calculate current liquidation based on collateral values & claims filed. Draft email & send findings to TR |  |  |  |
| Service | JAC | 11/05/2025 | review & approve drafted notice | 0.10 | $360.00 | $36.00 |
| Service | KR | 11/05/2025 | Review email from Attorney: Reviewed email memo from JAC re: Notice of Amended C and revisions to schedule B | 0.10 | $155.00 | $15.50 |
| Service | JC | 11/07/2025 | Incoming Call: Telephone call from wife to speak with TR; unavailable; drafted e-mail to TR providing phone number for a return call. | 0.10 | $155.00 | $15.50 |
| Service | JAC | 11/10/2025 | Review: 25-11845-SDM Hearing Set (Chapter 11/12 Confirmation) Document# 38 | 0.10 | $360.00 | $36.00 |
| Service | KR | 11/10/2025 | Reviewed court docket for Hearing Notice and amended plan; drafted Certificate of Service; drafted email memo to TR re: review Certificate of Service | 0.20 | $155.00 | $31.00 |
| Service | KR | 11/10/2025 | Reviewed email memo from TR re: Certificate of Service; prepared the Certificate of Service, the Hearing Notice and the amended plan for upload to certificate of service | 0.20 | $0.00 | $0.00 |
| Service | KR | 11/10/2025 | Prepared the Notice of Amended C for upload to certificate of service | 0.20 | $0.00 | $0.00 |
| Service | KR | 11/10/2025 | Received and reviewed the Declaration of Mailing from Certificate of Service; prepared the Certificate of Service with the Declaration of Mailing attached, the Hearing Notice and the Amended Chapter 12 Plan for upload to the court | 0.20 | $155.00 | $31.00 |
| Service | CO | 11/17/2025 | Review email from debtor: Reviewed email from debtor asking if they could come by tomorrow morning and drop off their monthly report. Drafted email reply to debtor with times the could come by. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 11/18/2025 | Review: 25-11845-SDM Hearing Not Held. Document# | 0.10 | $360.00 | $36.00 |
| Service | CO | 11/18/2025 | Scanned monthly report and | 0.10 | $100.00 | $10.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | organized in client's file; Drafted internal memo to TR to review the report for filing. | | | |
| Service | CO | 11/18/2025 | In office conference with debtor stating someone approached them about purchasing a piece of equipment they intended on surrendering back to the creditor. Discussed details and drafted email memo to TR. | 0.10 | $100.00 | $10.00 |
| Service | CO | 11/18/2025 | Reviewed email memo from attorney instructing debtor to get a contract drawn and returned to use immediately to submit to the court. Reviewed email from debtor stating the buyer decided not to pursue the sale; drafted email to debtor with the information provided by the attorney for future reference. | 0.10 | $100.00 | $10.00 |
| Service | CO | 11/19/2025 | Reviewed internal memo from TR; made edits to the debtor's monthly report and emailed to KR to file. | 0.10 | $100.00 | $10.00 |
| Service | KR | 11/19/2025 | Prepared the Monthly Operating Report for October for upload to the court | 0.10 | $155.00 | $15.50 |
| Service | TR | 11/19/2025 | Review and revise itemizations | 0.30 | $360.00 | $108.00 |
| Service | JAC | 11/20/2025 | Review: 25-11845-SDM Order on Motion For Relief From Stay Document# 43 | 0.10 | $360.00 | $36.00 |
| Service | TR | 11/25/2025 | Review email and attached proposed order from Les Alvis, respond with proposed revisions to order | 0.40 | $360.00 | $144.00 |
| Service | TR | 11/25/2025 | Review and sign revised agreed order | 0.10 | $360.00 | $36.00 |
| | | | | **Services Subtotal** | | **$12,394.50** |

**Expenses**

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 06/12/2025 | Credit Counseling: Credit Counseling | 1.00 | $20.00 | $20.00 |
| Expense | 06/12/2025 | Credit Report: Credit Reports | 2.00 | $45.00 | $90.00 |
| Expense | 06/12/2025 | Chapter 12 filing fee | 1.00 | $278.00 | $278.00 |
| Expense | 06/18/2025 | Mailing Expense (certificateofservice.com) | 1.00 | $5.57 | $5.57 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Expense | 11/10/2025 | Mailing Expense (certificateofservice.com) | | 1.00 | $109.71 | $109.71 |
| Expense | 11/10/2025 | Mailing Expense (certificateofservice.com) | | 1.00 | $49.29 | $49.29 |
| | | | | **Expenses Subtotal** | | **$552.57** |

| | Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|---|
| | Jennifer Curry Calvillo | Attorney | 10.2 | $360.00 | $3,672.00 |
| | Jennifer Curry Calvillo | Attorney | 0.2 | $0.00 | $0.00 |
| | Thomas Rollins | Attorney | 17.2 | $360.00 | $6,192.00 |
| | Shaton Andrews | Non-Attorney | 0.1 | $0.00 | $0.00 |
| | Brooke Brueland | Non-Attorney | 0.1 | $100.00 | $10.00 |
| | Jacki Curry | Non-Attorney | 0.7 | $155.00 | $108.50 |
| | Clara Ortega | Non-Attorney | 17.3 | $100.00 | $1,730.00 |
| | Clara Ortega | Non-Attorney | 1.6 | $0.00 | $0.00 |
| | Kerri Rodabough | Non-Attorney | 4.4 | $155.00 | $682.00 |
| | Kerri Rodabough | Non-Attorney | 3.2 | $0.00 | $0.00 |
| | | | | **Subtotal** | **$12,947.07** |
| | | | | **Total** | **$12,947.07** |

## Detailed Statement of Account

**Current Invoice**

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 8522 | 12/30/2025 | $12,947.07 | $0.00 | $12,947.07 |
| | | | **Outstanding Balance** | **$12,947.07** |
| | | | **Total Amount Outstanding** | **$12,947.07** |