CM/ECF hrg11
(Rev. 07/22/16)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

In Re: Jerry Wayne McLarty and Nancy Sue ) Case No.: 25–11845–SDM
McLarty ) Chapter: 12
Debtor(s) ) Judge: Selene D. Maddox
)
)

PLEASE TAKE NOTICE that a hearing will be held at

Cochran U.S. Bankruptcy Courthouse, 703 Highway 145 North, Aberdeen, MS 39730

on 1/22/26 at 10:00 AM

Responses Due: 1/5/26

to consider and act upon the following:

*51* – First Application for Compensation for Thomas C. Rollins Jr., Debtor's Attorney, Fee: $12,394.50, Expenses: $552.57. Filed by Thomas C. Rollins Jr.. (Attachments: # 1 Exhibit A Invoice # 2 Affidavit) (Rollins, Thomas)

Should any party receiving this notice respond or object to said motion such response or objection is required to be filed with the Clerk of this court and served on the Attorney for Movant on or before said response due date. If any objection or response is filed, an evidentiary hearing will be held on the above mentioned date regarding any facts not stipulated to by the parties. If no objection or response is filed, the Court may consider said motion immediately after the objection or response due date. Please note that a corporation, partnership, trust, or other business entity, other than a sole proprietorship, may appear and act in Bankruptcy Court only through a licensed attorney.

A copy of the motion is required to be served pursuant to Rules 9013 and 9014. THE MOVING PARTY'S ATTORNEY IS REQUIRED BY THE STANDING ORDER TO PERFORM NOTICING AS TO SAID MOTION, THE NOTICE OF HEARING, AND THE OBJECTION DEADLINE, ACCORDING TO THE TERMS OF SAID STANDING ORDER. Please see the Standing Order available at:
http://www.msnb.uscourts.gov/sites/msnb/files/so_notic_revised.pdf

Dated: 12/9/25

                                        Shallanda J. Clay
                                        Clerk, U.S. Bankruptcy Court

                                        BY: CLD
                                          Deputy Clerk

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>JERRY WAYNE MCLARTY<br>NANCY SUE MCLARTY | CASE NO: 25-11845-SDM<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 12 |

On 12/10/2025, I did cause a copy of the following documents, described below,

Notice of Hearing

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 12/10/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.  103469
Attorney at Law
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

IN RE:

JERRY WAYNE MCLARTY
NANCY SUE MCLARTY

CASE NO: 25-11845-SDM

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 12

On 12/10/2025, a copy of the following documents, described below,

Notice of Hearing

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 12/10/2025

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)

```
CASE INFO

 LABEL MATRIX FOR LOCAL NOTICING           ALTUS RECEIVABLE MANAGEMENT              LES ALVIS
05371                                      CO PHI FINANCIAL                         207 COURT STREET
CASE 25-11845-SDM                          2910 WESTTOWN PKWY STE 102               PO BOX 1836
NORTHERN DISTRICT OF MISSISSIPPI           WEST DES MOINES IA 50266-1308            TUPELO MS 38802-1836
ABERDEEN
WED DEC 10 11-44-18 CST 2025


EXCLUDE

HAROLD J BARKLEY JR                        BAYER                                    BOBBY AND LINDA GUNTER
PO BOX 5069                                PO BOX 204070                            375 ACORN DR
JACKSON MS 39296-5069                      DALLAS TX 75320-4070                     ROSEBURG OR 97470-9873




BRANDON FOWLKES                            CNH CAPITAL                              CNH CAPITAL
9135 STONEY MOUNTAIN DR                    ATTN BANKRUPTCY                          PO BOX 1700
CHATTANOOGA TN 37421-2095                  5323 N 99TH AVENUE                       NEW HOLLAND PA 17557-0917
                                           GLENDALE AZ 85305-2201




CNH INDUSTRIAL CAPITAL AMERICA LLC         CAPITAL ONE                              CAPITAL ONE NA
PO BOX 63048                               ATTN BANKRUPTCY                          BY AIS INFOSOURCE LP AS AGENT
NEWARK NJ 07101-8065                       PO BOX 30285                             PO BOX 71083
                                           SALT LAKE CITY UT 84130-0285             CHARLOTTE NC 28272-1083




CAPITAL ONE NA SUCCESSOR BY MERGER TO DI   CARTER DOBBS JR                          COMMUNITY BANK
PO BOX 3025                                ATTORNEY FOR GEORGE HOLDINGS LP          PO BOX 270
NEW ALBANY OH 43054-3025                   PO BOX 517                               AMORY MS 38821-0270
                                           AMORY MS 38821-0517




COMMUNITY BANK                             COMMUNITY BANK MISSISSIPPI               DLL FINANCE LLC
CO JAMES T MILAM                           POB 270                                  PO BOX 877122
300 S SPRING ST                            AMORY MS 38821-0270                      MINNEAPOLIS MN 55480-7702
TUPELO MS 38804-4822




DEERE  COMPANY                             DEERE CREDIT INC                         DISCOVER FINANCIAL
CO LES ALVIS                               CO LES ALVIS                             ATTN BANKRUPTCY
PO BOX 1836                                P O BOX 1836                             PO BOX 3025
TUPELO MS 38802-1836                       TUPELO MS 38802-1836                     NEW ALBANY OH 43054-3025




CARTER DOBBS JR                            (P)FARM CREDIT SERVICES OF AMERICA       GEORGE HOLDINGS LP
P O BOX 517                                PO BOX 2409                              1701 HWY 25 N
AMORY MS 38821-0517                        OMAHA NE 68103-2409                      AMORY MS 38821-8744




GEORGE HOLDINGS LP                         GEORGE HOLDINGS LP                       JAY GORE III
CO CARTER DOBBS JR                         1701 HWY 25 N                            PO BOX 901
POST OFFICE BOX 517                        AMORY MS 38821-8744                      GRENADA MS 38902-0901
AMORY MS 38821-0517
```

```
GUARANTY BANK  TRUST CO              GUARANTY BANK  TRUST COMPANY        GUARANTY BANK  TRUST COMPANY
PO BOX 657                           CO ASHLEY N LANE                    CO JAY GORE III
BELZONI MS 39038-0657                POST OFFICE BOX 901                 POST OFFICE BOX 901
                                     GRENADA MS 38902-0901               GRENADA MS 38902-0901



GUARANTY BANK AND TRUST COMPANY      GUARANTY BANK AND TRUST COMPANY     HELENA AGRIENTERPRISES LLC
CO JAY GORE III                      CO JAY GORE III                     CO JIM F SPENCER JR
P O BOX 160                          2000 GATEWAY SUITE 160              WATKINS  EAGER PLLC
GRENADA MS 38902-0160                GRENADA MS 38901-2842               POST OFFICE BOX 650
                                                                         JACKSON MS 39205-0650



HELENA AGRIENTERPRISES LLC           HELENA AGRIENTERPRISES LLC          HELENA FINANCE
CO ERIN A MCMANUS                    CO JIM F SPENCER JR ESQ             445 MINNESTORA ST
WATKINS  EAGER PLLC                  WATKINS  EAGER PLLC                 STE 1700
PO BOX 650                           PO BOX 650                          SAINT PAUL MN 55101-3161
JACKSON MS 39205-0650                JACKSON MS 39205-0650



JPMORGAN CHASE BANK NA               JAY GORE III                        JAY GORE III
SBMT CHASE BANK USA NA               2000 GATEWAY                        2000 GATEWAY SUITE 160
CO NATIONAL BANKRUPTCY SERVICES LLC  GRENADA MS 38901-2842               GRENADA MS 38901-2842
PO BOX 9013
ADDISON TEXAS 75001-9013



(P)DEERE CREDIT SERVICES INC         JOHN DEERE FINANCIAL                JOHN DEERE FINANCIAL FSB
ATTN LITIGATION  RECOVERY DEPARTMENT CO LES ALVIS                        CO LES ALVIS
PO BOX 6600                          POST OFFICE BOX 1836                PO BOX 1836
JOHNSTON IA 50131-6600               TUPELO MS 38802-1836                TUPELO MS 38802-1836



                                                                         DEBTOR

JPMCB                                ASHLEY N LANE                       JERRY WAYNE MCLARTY
MAILCODE LA47100                     PO BOX 901                          20103 OLD HWY 8
700 KANSAS LANE                      GRENADA MS 38902-0901               ABERDEEN MS 39730-9534
MONROE LA 71203-4774



NANCY SUE MCLARTY                    ERIN A MCMANUS                      (P)MILAM LAW PA
20103 OLD HWY 8                      WATKINS AND EAGER PLLC              300 S SPRING ST
ABERDEEN MS 39730-9534               PO BOX 650                          TUPELO MS 38804-4822
                                     JACKSON MS 39205-0650



PHI FINANCE                          (P)RABO AGRIFINANCE LLC             ROBO AGRIFINANCE
PO BOX 733260                        1402 TECHNOLOGY DR                  PO BOX 410650
DALLAS TX 75373-3260                 CEDAR FALLS IA 50613-1233           SAINT LOUIS MO 63141-0650



EXCLUDE

THOMAS C ROLLINS JR                  SIMPLOT                             SIMPLOT AB RETAIL INC DBA SIMPLOT GROWER SOL
THE ROLLINS LAW FIRM PLLC            PO BOX 27                           PO BOX 27
PO BOX 13767                         BOISE ID 83707-0027                 BOISE ID 83707-0027
JACKSON MS 39236-3767
```

```
JIM F SPENCER JR                    (P)TRUSTMARK NATIONAL BANK         U S TRUSTEE
POST OFFICE BOX 650                 P O BOX 291                        501 EAST COURT STREET SUITE 6430
JACKSON MS 39205-0650               JACKSON MS 39205-0291              JACKSON MS 39201-5022
```
(right column struck through, marked EXCLUDE)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:    Jerry Wayne McLarty                                  Case No. 25-11845-SDM
          Nancy Sue McLarty, Debtors                                      CHAPTER 12

## FIRST APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF NECESSARY EXPENSES FOR THOMAS C. ROLLINS, JR.

COMES NOW, Thomas C. Rollins, Jr., (the "Applicant") attorney for the Debtors, and files this *First Application for Allowance of Compensation and Reimbursement of Necessary Expenses for Thomas C. Rollins, Jr.* and in support thereof, would respectfully show to this Honorable Court as follows, to-wit:

1. On June 12, 2025, Debtors filed a bankruptcy petition under Chapter 12 of the bankruptcy code.

2. The Debtors and Thomas C. Rollins, Jr. of The Rollins Law Firm, PLLC (hereinafter "the firm"), have agreed to an hourly billing arrangement in lieu of this Court's standard "no look" fee award. Per said agreement, attorney T.C. Rollins is billed at a rate of $360.00 per hour while attorney Jennifer Calvillo is billed at a rate of $360.00 per hour. Paralegals are billed at a rate of $155.00 per hour. Legal Assistants bill at $100.00 per hour. Said rates are reasonable and in keeping with community custom and standards for attorneys in this area. T.C. Rollins and Jennifer Calvillo are both board certified in consumer bankruptcy law by the American Board of Certification.

3. The Debtors herein paid a $5,000.00 advance payment retainer which should be applied to fees awarded pursuant to this application.

4. Throughout our representation of the Debtors herein, our firm has maintained itemized billing entries which are completed and maintained contemporaneously with

the associated service(s) provided. The services provided by the firm were reasonable in view of the circumstances of this case.

5. The time incurred and services provided by the firm since being engaged to initiate the aforementioned Chapter 12 case have resulted in Attorney's fees in the amount of $12,394.50 and expenses in the amount of $552.57 for a total of $12,947.07. A detailed accounting of which is attached hereto as Exhibit "A".

6. This is the Applicants' first request for allowance of compensation for professional services rendered in this proceeding. This request covers the period from December 26, 2024 to December 1, 2025.

WHEREFORE, PREMISES CONSIDERED, Applicants request that this Court enter an Order awarding reasonable attorneys' fees for the professional services rendered herein and authorizing and directing Debtor to pay said attorneys' fees and expenses. Applicants pray for general relief.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., certify that an accurate copy of the Application for Compensation was filed on CM/ECF this day and that the Chapter 12 Case Trustee and U.S. Trustee are registered to receive electronic notice in this case. The date of said notice is reflected on the Docket.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.