## CHAPTER 12 CASE – MONTHLY CASH RECEIPTS AND DISBURSEMENTS

CHAPTER 12 CASE                                                      Month of **November**, 20**25**

NAME OF DEBTOR: **Jerry W + Nancy S. McLarty**    CASE NO.: **25-11845**

### MONTHLY CASH RECEIPTS AND DISBURSEMENTS

I. **Cash Received During Month:**                                                         Amount

   Business / Farm Income (itemize):

   | Item | Quantity Sold | Amount: |
   |---|---|---|
   | See attached | | |

   Total business / farm income:                                $ 172.00

   Loan proceeds received this month (if any):                  $ -0-

   Income received from non-farming employment:                 $ 1,928.00

   Other receipts:                                              $ —

II. **TOTAL CASH RECEIPTS**                                     $ 2,100.

III. **Expenses Paid:**                                                                    Amount

   Total money paid for household or living expenses:           $ 2,746.60

   Operating expenses paid (itemize):

   | Item | Amount: |
   |---|---|
   | see attached | |

   Total operating expenses paid:                               $ 62,348.69

   Plan Payments Made to Chapter 12 Trustee:                    $ -0-

   **TOTAL EXPENSES PAID**                                      ($ 65,095.29)

IV. **Income (or Loss) For Month**                              - $ 62,995.29

V. **Cash Reconciliation:**

   Cash and Bank Account Balance at Beginning of Month:         $ 265,944.87 ✓

   Income (or Loss) During Month:                               - $ 62,995.29

   Cash and Bank Account Balance at End of Month:               $ 205,685.63

VI. **Other: Unpaid Post Petition Expenses Incurred to date and not paid (Itemize):**

   Expense                                                      Amount

CERTIFY UNDER PENALTY OF PERJURY THAT I HAVE READ THE FOREGOING STATEMENT, AND IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

12-19-2025  *[signature: Jerry W McLarty]*          *[signature: Nancy S. McLarty]*
DATE                            DEBTOR/OFFICER OF DEBTOR

November

Jerry W. & Nancy S. McLarty      Case No. 25-11845

## Monthly Case Receipts & Disbursements

1. **Cash Received During Month**
   Business / Farm Income
   USDA Cattle Program            172.00
   Loan Proceeds Received          -0-
   Income Received from Non Farming 1,928.00   soc sec.

II **Total Cash Receipts**                      $2,100.00

III **Expenses Paid**            Amount
   Total Household or living    $2,946.60
   Operating expenses paid    $
   Item        Amount    $
   Auto / Fuel              $4,335.29
   Bank charge                 37.00
   Cattle Expense           1,822.47
   Church Donation            600.00
   Donation                    30.00
   Farm Lease               5,367.00
   Farm Expense               227.49
   Farm Insurance           1,396.41
   Federal Withholding      1,636.56
   Insurance Life/Health      977.34
   Land Purchase           38,160.48
   Materials                  693.23
   Parts                      389.23
   State taxes                233.00

Jerry & Nancy McLarty    Case No. 25-11845

Operating expenses cont'd
- Supplies     $ 769.70
- Tags     80.00
- Tires     137.50
- Tools     117.66
- Utilities     678.75
- Wages     4,659.58

Total Operating Expenses Paid     $ 62,348.69

Plan Payments Made to Chapter 12     -0-

Total Expenses Paid     $ 65,095.29

IV   Income or Loss for Month     - $ 62,995.29

V   Cash Reconciliation
- Cash & Bank Account Beginning of Month     $ 265,944.87
- Income or Loss     - $ 62,995.29
- Cash & Bank Account End of Month     $ 205,685.63

③

Jerry W McLarty + Nancy S. McLarty     Case No. 25-11845

V. Bank Accounts Begining of Month

| | |
|---|---:|
| Bank of Okolona | $254,894.36 |
| Community Bank | 5,542.39 |
| Community Bank | 1,189.27 |
| Community Bank | 925.34 |
| Guaranty Bank | 1,230.04 |
| Renasant Bank | 2,163.47 |
| | $ 265,944.87 |

Bank Accounts Ending of Month

| | |
|---|---:|
| Bank of Okolona | $191,751.06 |
| Community Bank | 5,504.17 |
| Community Bank | 1,353.27 |
| Community Bank | 923.34 |
| Guaranty Bank | 1,216.04 |
| Renasant Bank | 4,937.75 |
| | $ 205,685.63 |