**SO ORDERED,**



*Judge Selene D. Maddox*

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| IN RE:    Jerry Wayne McLarty | Case No. 25-11845-SDM |
| Nancy Sue McLarty, Debtors | CHAPTER 12 |

### ORDER GRANTING FIRST APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF NECESSARY EXPENSES FOR THOMAS C. ROLLINS, JR.

THIS CAUSE having come on for consideration of the First Application for Allowance of Compensation and Reimbursement of Necessary Expenses for Thomas C. Rollins, Jr. [DK #__51__] (the "Application") filed herein by counsel for the Debtors, the Court hereby orders as follows, to-wit:

IT IS THEREFORE ORDERED that Thomas C. Rollins, Jr. is awarded Attorney's fees in the amount of $12,394.50 and expenses in the amount of $552.57 for a total of $12,947.07. The $5,000.00 advance payment retainer paid to The Rollins Law Firm, PLLC shall be applied to this award. The remaining amount of $7,947.07 shall disbursed by the Trustee to Thomas C. Rollins. Jr. as an administrative expense through the Chapter 12 plan. The Trustee may adjust the wage order as necessary.  The fee awards approved herein are approved on an interim basis, subject to a final fee application at the conclusion of this case, when all fees, including those awarded on an interim basis, shall be subject to final review.

##END OF ORDER##

SUBMITTED BY:

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr., (MSBN103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236

United States Bankruptcy Court

Northern District of Mississippi

| | |
|---|---|
| In re: | Case No. 25-11845-SDM |
| Jerry Wayne McLarty | Chapter 12 |
| Nancy Sue McLarty | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0537-1 | User: autodocke | Page 1 of 2 |
| Date Rcvd: Jan 09, 2026 | Form ID: pdf0003 | Total Noticed: 8 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 11, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jerry Wayne McLarty, Nancy Sue McLarty, 20103 Old Hwy 8, Aberdeen, MS 39730-9534 |
| cr | + | Deere & Company, c/o Les Alvis, P.O. Box 1836, Tupelo, MS 38802-1836 |
| cr | | Deere Credit, Inc., c/o Les Alvis, P. O. Box 1836, Tupelo, MS 38802-1836 |
| cr | + | George Holdings, L.P., 1701 Hwy 25 N, Amory, MS 38821-8744 |
| cr | + | Guaranty Bank and Trust Company, c/o Jay Gore, III, P. O. Box 160, GRENADA, MS 38902-0901, UNITED STATES 38902-0160 |
| cr | | Helena Agri-Enterprises, LLC, c/o Jim F. Spencer, Jr., Watkins & Eager PLLC, Post Office Box 650, Jackson, MS 39205-0650 |
| cr | + | John Deere Financial, f.s.b., c/o Les Alvis, P.O. Box 1836, Tupelo, MS 38802-1836 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: jill.johnson@communitybank.net | Jan 09 2026 23:50:00 | Community Bank, P.O. Box 270, Amory, MS 38821-0270 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jan 11, 2026 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 9, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Ashley N. Lane | |

| District/off: 0537-1 | User: autodocke | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 09, 2026 | Form ID: pdf0003 | Total Noticed: 8 |

on behalf of Creditor Guaranty Bank and Trust Company alane@gorekilpatrick.com kferguson@gorekilpatrick.com

Carter Dobbs, Jr.
on behalf of Creditor George Holdings L.P. carterdobbslaw@gmail.com, dobbscr94490@notify.bestcase.com

Erin A McManus
on behalf of Creditor Helena Agri-Enterprises LLC emcmanus@watkinseager.com, scook@watkinseager.com

Harold J. Barkley, Jr.
hjb@hbarkley13.com trusteeMSNB81@ecf.epiqsystems.com

James T. Milam
on behalf of Creditor Community Bank jtm@milamlawpa.com

Jay Gore, III
on behalf of Creditor Guaranty Bank and Trust Company jgore@gorekilpatrick.com sedwards@gorekilpatrick.com,alane@gorekilpatrick.com

Jim F. Spencer, Jr.
on behalf of Creditor Helena Agri-Enterprises LLC jspencer@watkinseager.com, mryan@watkinseager.com

Les Alvis
on behalf of Creditor John Deere Financial f.s.b. lalvis@rccalaw.com, lesalvis@comcast.net

Les Alvis
on behalf of Creditor Deere Credit Inc. lalvis@rccalaw.com, lesalvis@comcast.net

Les Alvis
on behalf of Creditor Deere & Company lalvis@rccalaw.com lesalvis@comcast.net

Thomas C. Rollins, Jr.
on behalf of Debtor Jerry Wayne McLarty trollins@therollinsfirm.com jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email

Thomas C. Rollins, Jr.
on behalf of Joint Debtor Nancy Sue McLarty trollins@therollinsfirm.com jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email

U. S. Trustee
USTPRegion05.AB.ECF@usdoj.gov

TOTAL: 13