# United States Bankruptcy Court

## Northern District of Mississippi

In re Jerry Wayne McLarty and Nancy Sue McLarty Bankruptcy, Case No. 25-11845-JAW

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

De Lage Landen Financial Services
Name of Transferee

Rabo AgriFinance LLC
Name of Transferor

Name and Address where notices to transferee
De Lage Landen Financial Services
8001 Birchwood Ct
Johnston, IA 50131

Court Claim #:
19

Date Claim Filed: 8/12/2025

Phone: 515 251 5140
Last Four Digits of Acct #: 61763

Phone: 888 395 8505
Last Four Digits of Acct. #:
765551-11002

Name and Address where transferee payments should be sent (if different from above):
De Lage Landen Financial Services, Inc. (c/o US Bank)
PO Box 790316
St Louis, MO 63179

Phone: 515 251 5140
Last Four Digits of Acct #: 61763

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: Emina Aganbegovic
Transferee/Transferee's Agent

Date: 10/05/2026

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.