**2100 B (12/15)**

# United States Bankruptcy Court

Northern District of Mississippi
Case No. 25-11845-SDM
Chapter 12

In re: Debtor(s) (including Name and Address)

Jerry Wayne McLarty
20103 Old Hwy 8
Aberdeen MS 39730

Nancy Sue McLarty
20103 Old Hwy 8
Aberdeen MS 39730

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/05/2026.

Name and Address of Alleged Transferor(s):

Claim No. 19: Rabo AgriFinance LLC, 1402 Technology Parkway, Cedar Falls, IA 50613

Name and Address of Transferee:

De Lage Landen Financial Services
8001 Birchwood Ct
Johnston, IA 50131

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/07/26

Shallanda J. Clay
**CLERK OF THE COURT**

United States Bankruptcy Court

Northern District of Mississippi

In re: Case No. 25-11845-SDM
Jerry Wayne McLarty Chapter 12
Nancy Sue McLarty
Debtors

# CERTIFICATE OF NOTICE

District/off: 0537-1 User: autodocke Page 1 of 2
Date Rcvd: Oct 05, 2026 Form ID: trc Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 4578409 | Email/Text: fm.us.RAFCFLegal@raboag.com | Oct 06 2026 01:29:00 | Rabo AgriFinance LLC, 1402 Technology Parkway, Cedar Falls, IA 50613 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 5, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Ashley N. Lane | on behalf of Creditor Guaranty Bank and Trust Company alane@gorekilpatrick.com price@gorekilpatrick.com,bgriffin@gorekilpatrick.com |
| Carter Dobbs, Jr. | on behalf of Creditor George Holdings L.P. carterdobbslaw@gmail.com, dobbscr94490@notify.bestcase.com |
| Erin McManus Best | on behalf of Creditor Helena Agri-Enterprises LLC ebest@watkinseager.com, ldeford@watkinseager.com |
| Harold J. Barkley, Jr. | hjb@hbarkley13.com trusteeMSNB81@ecf.epiqsystems.com |
| James T. Milam | on behalf of Creditor Community Bank jtm@milamlawpa.com |
| Jay Gore, III | on behalf of Creditor Guaranty Bank and Trust Company jgore@gorekilpatrick.com |

| | |
|---|---|
| | sedwards@gorekilpatrick.com,alane@gorekilpatrick.com,price@gorekilpatrick.com |
| Jim F. Spencer, Jr. | on behalf of Creditor Helena Agri-Enterprises LLC jspencer@watkinseager.com, mryan@watkinseager.com |
| Les Alvis | on behalf of Creditor Deere Credit Inc. lalvis@rccalaw.com, lesalvis@comcast.net |
| Les Alvis | on behalf of Creditor Deere & Company lalvis@rccalaw.com lesalvis@comcast.net |
| Les Alvis | on behalf of Creditor John Deere Financial f.s.b. lalvis@rccalaw.com, lesalvis@comcast.net |
| Thomas C. Rollins, Jr. | on behalf of Joint Debtor Nancy Sue McLarty trollins@therollinsfirm.com jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email |
| Thomas C. Rollins, Jr. | on behalf of Debtor Jerry Wayne McLarty trollins@therollinsfirm.com jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email |
| U. S. Trustee | USTPRegion05.AB.ECF@usdoj.gov |

TOTAL: 13